IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.:  1:19-cv-20883-KMM/JB

JUAN ANTONIO CANOURA,

    Plaintiff,

v.

STATE FARM MUTUAL AUTOMOBILE
INSURANCE COMPANY, a foreign
corporation,

    Defendant.

_____/

**ORDER ON DEFENDANT'S MOTION FOR MEDICAL EXAMINATION
PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 35**

**THIS CAUSE** came before the Court on the Defendant's Motion for Medical Examination. ECF No. [11].  The Court has been advised that the objections to the examination have been withdrawn by Plaintiff.  Given the agreement of the parties, it is hereby **ORDERED AND ADJUDGED** that Defendant's Motion for Medical Examination is **GRANTED**.  The Court notes the following procedures and deadlines regarding the examination, the production of the doctor's report and deposition.

    1.    Plaintiff shall appear for an orthopedic examination on Monday, July 8, 2019 at 3:00 p.m., with an arrival time of 2:30 p.m., at the Orthopedic Care Center, 21000 NE 28th Avenue, Room 104, Aventura, Florida 33180. The examination will be performed by Dr. Rolando Garcia, Jr.

    2.    Dr. Garcia may perform the routine procedures of an orthopedic examination (including x-rays) that are necessary to assess Plaintiff's physical condition and render an expert medical opinion.  The examination shall not involve any invasive testing.

3. Plaintiff may have legal counsel, a videographer, and/or a court reporter attend the examination, so long as such attendance does not interfere with the examination conducted by Dr. Garcia.

4. Pursuant to Dr. Garcia's procedures, Plaintiff shall advise Defendant of any scheduling conflicts at least three (3) business days prior to the examination to avoid the imposition of a cancellation fee on Plaintiff, and immediately provide Defendant with alternative dates for the completion of the orthopedic examination within fourteen (14) days of the originally scheduled date. If the examination cannot be re-set for a date within that time, the parties are to contact the chambers of the undersigned so that the issue can be immediately addressed by the Court during the Court's discovery hearing calendar.

5. Defendant will provide Plaintiff with a copy of Dr. Garcia's report no later than twenty days from the date of the examination. If the mediation is set before the report is due, the report must be provided at least two days before the mediation.

6. Within five days of the orthopedic examination, Defendant will provide Plaintiff with at least three potential dates for the deposition of Dr. Garcia. The deposition of Dr. Garcia must take place at least thirty days before the close of discovery.

**DONE AND ORDERED** in Miami, Florida, this 17th day of June, 2019.

_____
JACQUELINE BECERRA
United States Magistrate Judge