IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
(MIAMI DIVISION)

CASE NO.:  1:19-cv-20883-SMITH/LOUIS

JUAN ANTONIO CANOURA,

      Plaintiff,

      v.

STATE FARM MUTUAL AUTOMOBILE
INSURANCE COMPANY, a foreign
corporation,

      Defendant.

_____/

**DEFENDANT'S EXPERT WITNESS LIST**

COMES NOW the Defendant, STATE FARM MUTUAL AUTOMOBILE INSURANCE

COMPANY, by and through its undersigned counsel, serves its Expert Witness List:

1.      Dr. Rolando Garcia
      Orthopedic Care Center
      21000 N.E. 28th Avenue, Suite 104
      Aventura FL 33180

(i)      Dr. Rolando Garcia's report dated July 8, 2019 is attached

(ii)      Dr. Rolando Garcia's Curriculum Vitae is attached

(iii)      List of cases in which Dr. Rolando Garcia has testified at trial and deposition is
      attached

(iv)      Dr. Rolando Garcia's statement for the report and fee schedule for testimony are
      attached

2.      Dr. Jeff Gelblum
      Neuroscience Consultants
      2801 NE 213 Street, Suite 1004
      Aventura Fl 33180

(i)      Dr. Jeff Gelblum has not yet issued a report.  The Plaintiff's IME with Dr. Gelblum is currently set for September 25, 2019.    Dr. Gelblum is expected to testify regarding the neurological examination of the Plaintiff. He shall address whether the Plaintiff suffered any injuries as a result of the subject accident, and future medical needs of the Plaintiff, if any.  He is also expected to testify as to the reasonable necessity and relationship of medical expenses or lack thereof as to the subject accident.  It is expected that the basis for Dr. Gelblum's opinion will be on his examination of the Plaintiff, the review of his medial records, diagnostic films and the years of experience, training and knowledge in his field.

(ii)      Dr. Jeff Gelblum's Curriculum Vitae is attached.

(iii)      List of cases in which Dr. Jeff Gelblum has testified at trial and deposition from 2007 to 2016 is attached.  An updated list of cases has been requested and will be provided to counsel upon receipt.

(iv)      Dr. Jeff Gelblum's statements for the report are attached.    The fee schedule for testimony has been requested and will be provided to counsel upon receipt.

Respectfully submitted,

By: _____ /s/ Jonathan G. Liss_____
Florida Bar No.:  008941
**BERNSTEIN, CHACKMAN, LISS**
*Attorneys for Defendant, State Farm*
4000 Hollywood Blvd., Suite 610 North
Hollywood, Florida  33021
(954) 986-9600 - Broward
(305) 940-1900 - Dade
(954) 929-1166 - Fax
jonathan@bclrlaw.com
vbennett@bclrlaw.com
dhernandez@bclrlaw.com
erin@bclrlaw.com

*Case No.: 1:19-cv-20883-RS*

### Certificate of Service

**I HEREBY CERTIFY** that on this _____ day of September, 2019, I electronically filed the foregoing document with the Clerk of Court for the U.S. District Court, Southern District of Florida, via the CM/ECF system, which concurrently served a true and correct copy hereof by e-mail to all counsel or parties of record on the Service List below.

By: _____ /s/ Jonathan G. Liss _____
Florida Bar No. 008941

### Service List

Diana Santa Maria, Esq.
LAW OFFICES OF DIANA SANTA MARIA, P.A.
5220 S. University Drive, Suite 205-C
Fort Lauderdale, Florida  33328
Tel:     (954) 434-1077
Fax:     (954) 434-4462
diana@santamarialaw.net
pleadings@santamarialaw.net
mercedes@santamarialaw.net
solange@santamarialaw.net
litigation@santamarialaw.net
*Attorneys for Plaintiff*

G:\WP\SF-14758\exp witness lst.wpd



**Orthopedic
Care Center**

**Orthopaedic Surgery**

**Rolando Garcia, Jr., MD, MPH**
Spine Surgery &
Scoliosis

**Richard Rozencwaig, MD, FACS**
Sports Medicine & Arthroscopy
Shoulder & Elbow Reconstruction

**Dominic J. Lewis, MD**
Foot & Ankle Surgery

**Paul B. Chaplin, MD**
Hand Consultant &
General Orthopaedics

**Physical Medicine &
Rehabilitation**

**Bryce E. Epstein, MD, FAAPMR**
Occupational & Sports Medicine
Electrodiagnosis

21000 N.E. 28th Avenue, Suite 104
Aventura, Florida 33180
(Behind Aventura Hospital)
305-937-1999

230 South Dixie Highway
Hallandale, Florida  33009
954-458-2166

July 08, 2019

## COMPULSORY MEDICAL EXAMINATION

RE:    JUAN CANOURA    422305-CME

Mr. Juan Canoura is a 72-year-old gentleman who presents for Orthopedic Compulsory Medical Examination as it relates to a motor vehicle accident of 3/26/2016.

Mr. Canoura presented picture identification in the form of his Florida driver's license.

Mr. Canoura's entire interview and examination was videotaped by a videographer, Mr. Oscar Santa Maria, on behalf of Mr. Canoura's attorney. The interview and examination was also witnessed by Ms. Solange Ritchie from Mr. Canoura's attorney's office.

Mr. Canoura understands that he is present for Compulsory Medical Examination only and that no treatment will be provided.

Mr. Canoura indicates that on 3/26/2019, he was the restrained driver of a Nissan Versa. He indicates he was waiting for the light to change. I will point out that during the interview and examination, Mr. Canoura made multiple comments about multiple things, some of which were not appropriate. He indicates that on 3/26/2016, he had gone out early at 6 o'clock in the morning because he wanted to be the only person on the road. He indicates he was rear-ended by a moron from Dade County, indicating that he calls morons from Dade County humanoids. He indicates the impact got him by surprise. He indicates he started producing adrenaline and did not feel any immediate pain. The police was called to the scene. He indicates that he went home, but was unable to get out of the car and his wife took him to Palmetto General Hospital. He indicates that since that day, everything has been upside down for him.

OFFICIAL PHYSICIANS
WORLD OLYMPIANS ASSOCIATION

COMPULSORY MEDICAL EXAMINATION
JUAN CANOURA    422305-CME
July 08, 2019
Page 2


He indicates he presented complaining of pain in the whole back with left sciatic pain. He indicates that after the accident, he went to see Dr. Escobar for epidurals.  He then volunteered that the attorney's office then referred him to an orthopedist.  I explained to Mr. Canoura not to provide any information that he discussed with his attorney. He indicates that he treated with a group of doctors at Pembroke Pines for therapy. He indicates the therapy helped for a few hours, but then he had to take Naprosyn. He indicates he also had several epidurals. He does not recall how many. He indicates that the epidurals did help.

Mr. Canoura indicates that in 2017 he suffered a stroke. He indicates that the reason he had the stroke was due to the accident, from the stress of the accident.  He indicates that he has short memory problems as a result.

Mr. Canoura indicates that as a result of the 3/26/2016 accident, he experiences intermittent pain in his neck, which on a good day is between 4 and 5 out of 10, and on a bad day it is a 9 out of 10.

Mr. Canoura indicates he also experiences constant pain in the lower back with radiation down the left leg mostly, but sometimes down the right leg.  The low back pain on a good day is a 4 out of 10, and on a bad day is a 9 out of 10.

Mr. Canoura indicates he cannot stand for more than 5 to 10 minutes, walk for more than 20 minutes, or sit for more than 15 minutes.

Mr. Canoura indicates that in 1999, he had lower back surgery at Palmetto.

Mr. Canoura indicates that in 2013, he was in a car accident and treated for his neck and low back.  He indicates he had therapy and after the therapy he was doing fine and had no further problems with his neck and back until the 2016 accident.

COMPULSORY MEDICAL EXAMINATION
JUAN CANOURA    422305-CME
July 08, 2019
Page 3


**ALLERGIES**:   Penicillin.

**PAST MEDICAL HISTORY**:      Coronary  artery  disease,
angina, hypertension and CVA.

**PAST SURGICAL HISTORY**:      Pacemaker  placement  on
5/24/2019, also cataract surgery and cholecystectomy,
as well as left inguinal hernia repair.

**SOCIAL HISTORY**:    He does not smoke.   He does not
drink.  He is retired.

**PHYSICAL EXAMINATION**:    On physical exam, Mr. Canoura
is 5 feet 5 inches tall and 169 pounds.

The gait is antalgic.   He walks with a cane in his
right hand.

General inspection revealed no fasciculations, tremors
or atrophy.

Inspection  of  the  lumbar  spine  revealed  a  healed
midline scar approximately 3 inches in length.

Voluntary  cervical  range  of  motion  demonstrated
limitation  of  extension,  reporting  dizziness  with
extension  of  his  cervical  spine,  with  full  forward
flexion without pain, with 65 degrees of rotation to
the right and to the left, reporting pain on rotation
to the left.

Voluntary lumbar range of motion demonstrated limited
forward flexion and extension.

Palpation  in  the  midline  revealed  tenderness  in  the
lumbar spine with no palpable hypertonicity or spasms
in the cervical, thoracic or lumbar paraspinals.

Motor strength testing demonstrated 5/5 motor strength
in the bilateral upper and bilateral lower extremities
including bilateral deltoids,  biceps,  triceps,  wrist
extensors, wrist flexors, quadriceps, hamstrings,

COMPULSORY MEDICAL EXAMINATION
JUAN CANOURA    422305-CME
July 08, 2019
Page 4


tibialis anterior, extensor hallucis longus and gastrocnemius.

Babinski was normal bilaterally.  There was a negative Hoffman bilaterally.  There was no clonus bilaterally.

Sensory testing was normal in both upper extremities in all dermatomes.  Sensory testing was diminished in the right fifth toe, otherwise normal throughout both lower extremities.

Reflexes were 1/3 symmetrical in the bilateral biceps and brachioradialis, 2/3 bilaterally at the triceps, 2/3 bilaterally at the knees, and 1/3 bilaterally at the ankles.

In the sitting position, straight leg raise testing was negative bilaterally.

In the supine position, Mr. Canoura reported right-sided low back pain with FABER testing on both the right and on the left.

Straight leg raise testing on the right was negative, and left-sided straight leg raise testing in the supine position produced right-sided lower back pain.

Hip range of motion on the right side produced no pain, and on the left side it produced right-sided lower back pain.

Tinel's testing was negative in the right elbow and negative in the left elbow.  Tinel's testing was negative in the right wrist and negative in the left wrist.

**X-RAYS:**  Cervical spine x-rays were obtained including AP, lateral, obliques and lateral flexion/extension x-rays demonstrating spontaneous fusion C2-C3 with cervical kyphosis with degenerative anterolisthesis C3-C4 and C4-C5 with severe degenerative changes C5-C6 and

COMPULSORY MEDICAL EXAMINATION
JUAN CANOURA    422305-CME
July 08, 2019
Page 5


C6-C7 with disk space narrowing and osteophyte formation.

Lumbosacral spine x-rays were obtained including AP, lateral, obliques and lateral flexion/extension x-rays demonstrating no evidence of fracture or instability with disk space narrowing and mild anterolisthesis L5-S1 with multilevel anterior spur formation and calcification of the aorta.

An AP pelvis x-ray was obtained demonstrating no significant hip or SI joint pathology.

**REVIEW OF RECORDS:**

7/03/2013    Initial Narrative Report by Dr. Karim Habayeb (chiropractor) from CEDA Ortho indicating Mr. Canoura was seen on 7/03/2013 following a 7/01/2013 accident.  The report indicating past medical history of hypertension, heart disease and heart stent, indicating the patient was being treated by a pain specialist, cardiologist and primary care physician. Medications included Plavix, lisinopril and alprazolam. The report indicates Mr. Canoura was seen with constant cervical, upper thoracic, middle thoracic, lumbar, right hand and left hand pain, indicating the patient had an injection with Dr. Luis Escobar, a pain care specialist, indicating that the patient was fine after the injection and was walking without his cane.  The report indicating, however after the motor vehicle accident the neck and lower back pain was exacerbated. The report indicating this was the fourth block and he was asymptomatic.  The report indicating symptoms appearing once again after the motor vehicle accident. The report indicating pain 7 to 8 out of 10 with pain, tenderness and spasms in the cervical, thoracic and lumbar spines.  The physical exam indicating abnormal sensation right C5, C6, C7 and T1, as well as right L4, L5 and S1.  The report indicating patellar and ankle reflexes could not be performed.

COMPULSORY MEDICAL EXAMINATION
JUAN CANOURA    422305-CME
July 08, 2019
Page 6

7/05/2013    Lumbar spine CT scan report by Dr. Alex Alonso from CEDA Orthopedics indicating bulging L1-L2 with herniations L2-L3, L3-L4, L4-L5 and L5-S1.

7/05/2013    Cervical spine CT scan report by Dr. Alonso indicating bulging C3-C4, C4-C5 with herniations C5-C6 and C6-C7.

I received and reviewed a series of chiropractic treatment records from CEDA Ortho indicating complaints of cervical, thoracic, lumbar and bilateral hand pain with pain, tenderness and spasms in the cervical and lumbar spines for 7/12/2013, 7/13, 7/15, 7/18, 7/19, 7/20, 7/22, 7/24, 7/26, 7/27, 7/29, 7/31, 8/02 and 8/03/2013.

8/05/2013    Progress Note by Dr. Habayeb indicating Mr. Canoura was seen for follow up with constant cervical, thoracic, lumbar and left leg pain 8 out of 10, with pain, tenderness and spasms in the cervical, thoracic and lumbar spines, with positive straight leg raise testing, with normal neurologic exam, with recommendation for additional chiropractic treatment.

8/07/2013, 8/09/2013, 8/14/2013, 8/15/2013, 8/17/2013, 8/19/2013, 8/21/2013, 8/24/2013, 8/26/2013, 9/05/2013, 9/06/2013, 9/07/2013, 9/09/2013, 9/13/2013, 9/18/2013, 9/20/2013    Chiropractic Notes indicating cervical, thoracic and lumbar pain, as well as left leg pain.

9/21/2013    Office Note by Dr. Habayeb indicating constant cervical and lumbar pain with radiation to the left leg 7 out of 10 with pain, tenderness and spasms in the cervical and lumbar spines.

9/23/2013    Chiropractic Note indicating cervical and lumbar pain.

9/23/2013    Office Note by Dr. Robert Lorello from CEDA Ortho indicating Mr. Canoura was seen for evaluation with constant cervical and lumbar pain, as well as left thigh pain 8 out of 10, indicating Mr. Canoura

COMPULSORY MEDICAL EXAMINATION
JUAN CANOURA    422305-CME
July 08, 2019
Page 7


sustained a permanent impairment of 17% due to the
7/01/2013 accident, with some estimates for future care
to include physical therapy, chronic anti-inflammatory
and pain medications, cervical and/or lumbar epidural
steroid injections and facet injections typically done
as a series of three up to two times per year and if no
improvement, for cervical spine surgery with an
estimated cost between $80,000 and $98,000, as well as
possible need for lumbar spine surgery with an
estimated cost between $75,000 and $98,000.

9/27/2013    Operative Report by Dr. Jose Marquez for
left heart cardiac catheterization.

9/30/2013, 10/02/2013    Chiropractic Notes indicating
cervical, lumbar and left leg pain.

10/05/2013    "Final Narrative Report" by Dr. Habayeb
indicating Mr. Canoura was seen for final evaluation
following the 7/01/2013 accident, with the opinion that
Mr. Canoura reached maximum medical improvement with
persistent pain in the cervical and lumbar spines 8 out
of 10, assigning Mr. Canoura a 10% permanent impairment
rating including 5% for the cervical and 5% for the
lumbar spine, with herniations C3-C4, C5 to C7, L2 to
L5 with bulging C3 to C5, L1-L2 and L5-S1. The report
also indicating possible need for surgery with an
estimated cost between $50,000 and $120,000.

11/20/2013    Chiropractic Note indicating cervical,
lumbar and left leg pain 5 out of 10.

1/11/2014    Palmetto General Hospital Emergency
Department records indicating Mr. Canoura was seen for
chest wall pain, chest contusion and costochondritis.
The report indicating Mr. Canoura was playing with
teenage children when they crushed him between two
people the night before. The report indicating pain
increasing with movement, feeling like a needle
puncturing him, with shortness of breath. Medications
included Plavix.

COMPULSORY MEDICAL EXAMINATION
JUAN CANOURA    422305-CME
July 08, 2019
Page 8


3/26/2016    Palmetto General Hospital Emergency
Department records indicating Mr. Canoura was seen for
neck pain and back pain with a diagnosis of cervical
and lumbar spine sprain.   The medications at home
included Plavix.   An 11 o'clock Triage Assessment
indicating patient appears in no apparent distress,
comfortable, behavior appropriate for age.   Complains
of pain in scalp and back pain, does not radiate, with
pain 10 out of 10.

3/26/2016    Palmetto General Hospital Emergency
Department Physician's Notes indicating Mr. Canoura was
seen after motor vehicle accident, ambulatory at the
scene with the force of impact low, with injuries to
the neck, with pain with movement, tenderness and
injury to the back with pain with movement and
tenderness, with patient having experienced similar
episodes in the past chronically with a history of
lumbar spine surgery and chronic lumbar pain, with a
pain management doctor, no recently seen, with
medications at home including Plavix.

3/26/2016   Cervical spine CT scan report indicating no
evidence of acute fracture with discogenic and
degenerative changes.

3/26/2016    Brain CT scan report indicating no acute
changes.

3/26/2016    Lumbar spine x-ray report indicating no
acute findings with discogenic and mild degenerative
change.

3/29/2016    Initial Evaluation by Dr. Jibu Williams
from NDAS indicating Mr. Canoura was seen with neck
pain, low back pain radiating to the left leg, and
bladder problems following a 3/26/2016 accident.   The
report indicating a history of laminectomy L5-S1 two
years before at Palmetto General Hospital.   Since that
time, suffering from sciatic nerve pain in the left
leg.   Using a cane since the surgery.   Receiving
chiropractic therapy and epidural injections over the

COMPULSORY MEDICAL EXAMINATION
JUAN CANOURA   422305-CME
July 08, 2019
Page 9

previous two years.  Presenting with neck pain, low
back pain with radiation to the left leg, and loss of
bladder control since the accident.  The report
indicating previous car accident in the 90s.  The
physical exam indicating 5/5 strength in all four
extremities with normal sensation in all four
extremities, with 2+ reflexes in all four extremities.
The recommendations included cervical and lumbar CT
scan, indicating the patient cannot have MRI studies
due to the cardiac stents.

3/29/2016       "Therapeutic Examination #1" by Dr.
Williams.

3/29/2016    "Daily SOAP Note" by Dr. Williams.

3/29/2016    "Case History" by Dr. Williams.

3/29/2016    Treatment Plan by Dr. Williams.

I received and reviewed a series of Daily SOAP Notes by
Dr. Jibu Williams indicating neck, low back and left
leg pain for 3/30/2016, 4/01/2016, 4/04/2016,
4/05/2016, 4/06/2016, 4/11/2016, 4/12/2016 and
4/13/2016.

4/13/2016  "Followup Evaluation" by Dr. Nicholas Suite
from NDAS indicating Mr. Canoura was seen after the
3/26/2016 accident with neck pain and low back pain
with radiation to the left leg.  The report indicating
CT scans of the cervical and lumbar spines demonstrated
multilevel bony neuroforaminal narrowing with
multilevel degenerative disk disease worst at C5-C6,
with osseous fusion C2-C3, with nodule in the right
thyroid and moderate calcified atherosclerotic disease
in the left carotid.  The lumbar CT scan showing
multilevel degenerative disk disease most severe at L5-
S1 with evidence of previous left-sided laminotomy L5-
S1, with diverticulosis and calcified atherosclerotic
disease of the aorta.  The physical exam indicating
normal muscle strength, normal sensation and reflexes,

COMPULSORY MEDICAL EXAMINATION
JUAN CANOURA    422305-CME
July 08, 2019
Page 10


with   recommendation   for   therapy,   as   well   as
electrodiagnostic testing.

4/02/2016    Cervical  spine  CT  scan  report  by  Dr.
Monique Mogensen indicating no evidence of acute bony
fracture  or  subluxation  with  multilevel  degenerative
disk disease, worst at C5-C6, with multilevel stenosis,
a thyroid nodule and some atherosclerotic disease of
the left carotid bifurcation.

4/02/2016   Lumbar spine CT scan report by Dr. Mogensen
indicating  multilevel  degenerative  changes,  worst  at
L5-S1, with evidence of previous left L5-S1 laminotomy,
with multilevel stenosis, diverticulosis and calcified
aorta.

4/14/2016   Lower Extremity EMG/Nerve Conduction Study
Report by Dr. William Pena (chiropractor) indicating
findings consistent with chronic lumbar radiculopathy.

4/15/2016, 4/18/2016, 4/19/2016, 4/22/2016, 4/25/2016
Chiropractic  Notes  indicating  cervical,  lumbar  and
radiating left leg pain.

4/25/2016      "Therapeutic  Examination  #2"  by  Dr.
Williams.

4/26/2016   Office  Note  by  Dr.  Suite  indicating  Mr.
Canoura  was  seen  for  follow  up  after  EMG/nerve
conduction studies with ongoing neck and low back pain,
also with ultrasound of the left hip unremarkable.  The
neurologic examination demonstrating normal strength,
sensation and reflexes.

4/26/2016   SOAP Note indicating neck, low back and
left leg pain 4 out of 10.

4/27/2016, 4/30/2016    Daily SOAP Notes indicating
neck, low back and left leg pain.

5/04/2016   Followup Evaluation by Dr. Suite indicating
Mr. Canoura was seen indicating he noticed marked

COMPULSORY MEDICAL EXAMINATION
JUAN CANOURA    422305-CME
July 08, 2019
Page 11


improvement in his symptoms with physical therapy
alone.    The neurologic examination normal.    The
recommendation was for therapy and follow up.

5/04/2016, 5/06/2016    Daily Notes indicating neck 4,
lower back 3, left leg 4.

5/24/2016    Followup Evaluation by Dr. Suite indicating
Mr. Canoura was seen for follow up with ongoing neck
and lower back pain.    The neurologic exam normal.    The
recommendations included physical therapy, neurosurgery
assessment, pain management assessment, and going to
the ER if symptoms became worse.

5/11/2016,    5/13/2016,    5/27/2016        Daily   Notes
indicating neck, low back and left leg pain.

6/01/2016    Biscayne Plaza Surgery Center Scheduling
Sheet indicating surgeon - Dr. Escobar, indicating
insurance - LOP, with contact name Law Offices of Diana
Maria.

5/28/2016    Daily SOAP Note indicating neck, low back
3, left leg 4.

6/01/2016    Anesthesia Pain Record from Biscayne Plaza
Surgery Center.

7/08/2016    Biscayne Plaza Surgery Center Scheduling
Sheet indicating insurance - LOP.

7/13/2016        Biscayne Plaza Surgery Center Record
indicating bilateral cervical facet injections.

7/13/2016    Anesthesia Pain Record from Biscayne Plaza
Surgery Center.

8/04/2016    Biscayne Plaza Surgery Center Scheduling
Sheet for cervical facet ablation C3, C4, C5, C6, C7.

8/10/2016    Anesthesia Pain Record from Biscayne Plaza

COMPULSORY MEDICAL EXAMINATION
JUAN CANOURA    422305-CME
July 08, 2019
Page 12


Surgery Center indicating start time 8:54, end time
9:34.

3/23/2017     Palmetto General Hospital Emergency
Department records indicating Mr. Canoura was seen for
stroke, hemorrhagic, intracerebral hemorrhage.  The
report indicates EMS stated sudden onset of left-sided
weakness, slurred speech and left-sided headache.  The
report indicating the patient arrived from physician's
office.

3/23/2017     Palmetto General Hospital Emergency
Department Nurse's Notes.

3/27/2017     Discharge Summary by Dr. Arqui Losada
indicating date of admission of 3/23/2017 and date of
discharge of 3/27/2017 for the admitting diagnosis of
intracranial hemorrhage, with final diagnosis of
nontraumatic subarachnoid hemorrhage, essential primary
hypertension, atherosclerotic heart disease, old MI and
hyperlipidemia.

3/23/2017     Neurosurgical Consultation by Dr. George
Ibars from Palmetto General Hospital indicating Mr.
Canoura was seen for abnormal brain CT scan and left
arm numbness.  The report indicating Mr. Canoura was a
retired lab technician experiencing several episodes of
left arm numbness, indicating he stopped taking
Persantine until he began to experience left arm
numbness, experiencing two episodes in about two weeks,
then retaking his medications, indicating he was in the
physician's office the day before collecting
medications when he reported such an episode and was
directed to the ER where a brain CT scan was obtained
showing an abnormality.  The report indicating that at
the time of the examination, the patient was not
complaining of any arm numbness or weakness.  The
neurologic exam normal.  The diagnosis: TIA.

3/23/2017     Cerebral CT scan with perfusion report
indicating questionable ischemic core.

COMPULSORY MEDICAL EXAMINATION
JUAN CANOURA    422305-CME
July 08, 2019
Page 13


3/23/2017    Brain CT scan report indicating probable hemorrhagic products.

3/23/2017    Neck CTA Report indicating mild to moderate narrowing of the origin of the left internal carotid artery with mild narrowing of the ICAs bilaterally.

5/22/2017 to 5/24/2017    48-Hour Ambulatory EEG Report for a chief complaint of focal sensory seizures.

5/19/2017    Upper Extremity EMG/Nerve Conduction Study Report by Dr. Nivea Rivas indicating findings compatible with early median nerve changes, as well as carpal tunnel syndrome with right C5 and left C4-C5 radiculopathy.

7/21/2017    Lower Extremity EMG/Nerve Conduction Study Report by Dr. Rivas indicating normal lower extremity nerve conduction studies with right L4-L5 and left L4 radiculopathy.

8/08/2017    Office Note by Dr. Suite indicating Mr. Canoura was seen for follow up after previous accident of 3/26/2016, indicating patient was seen for follow up but continues to treat with Dr. Escobar, his pain management physician.  The physical exam indicating normal neurologic examination.  Dr. Suite then placed Mr. Canoura at maximum medical improvement, assigning him an impairment rating of 5% to 8% due to the 3/26/2016 accident, with some estimates for future care to include therapy, as well as pain management, indicating no recommendations for any surgery.

7/02/2018    History and Physical from Palmetto General Hospital by Dr. Ilan with a diagnosis of enlarged lymph nodule.

12/13/2018    Palmetto General Hospital Emergency Department records indicating Mr. Canoura was seen with flank pain for three days.  The musculoskeletal review of systems negative except for the History of Present Illness with no back pain, no muscle pain, no joint

COMPULSORY MEDICAL EXAMINATION
JUAN CANOURA    422305-CME
July 08, 2019
Page 14


pain.   The physical exam indicating the neck supple
with no tenderness.   The back exam normal with some
left-sided costovertebral tenderness.

I also received and reviewed some bills including a
bill from NDAS with charges of $11,902 for services
from 3/29/2016 until 5/28/2016.

I also reviewed a bill from Biscayne Plaza Surgery
Center indicating charges of $28,562 for services on
6/01/2016, 6/17/2016, 7/13/2016 and 8/10/2016.

I received and reviewed a bill from CEDA Ortho
indicating charges of $13,485 for services from
7/18/2013 until 11/20/2013.


**REVIEW OF OUTSIDE DIAGNOSTIC IMAGING STUDIES**:

3/26/2016   Lumbar spine x-rays including AP, lateral
and a spot lumbosacral view demonstrating no evidence
of fracture.   There are multilevel degenerative changes
with multilevel anterior osteophyte formation.   There
is mild grade I anterolisthesis L5-S1 with disk space
narrowing.   There is also prominent anterior osteophyte
formation at L1-L2 with also anterior osteophyte
formation at L2-L3, L3-L4, L4-L5.   There is diffuse
calcification of the aorta.

3/26/2016   Cervical spine CT scan.   Axial, sagittal
and coronal series were provided demonstrating cervical
kyphosis.   There is evidence of spontaneous fusion C2-
C3.   There is degenerative anterolisthesis C4-C5.
There are severe degenerative changes at C5-C6 with
severe disk space narrowing, sclerosis of the endplate
and prominent osteophyte formation.   There is marked
disk space narrowing and osteophyte formation C6-C7.
There is multilevel facet hypertrophy and degeneration
with associated multilevel uncovertebral joint
hypertrophy resulting in multilevel foraminal stenosis.

12/13/2018   Lumbar spine x-rays, AP and lateral, as

COMPULSORY MEDICAL EXAMINATION
JUAN CANOURA    422305-CME
July 08, 2019
Page 15


well as a spot lumbosacral view demonstrating no evidence of fracture with once again multilevel degenerative changes with multilevel anterior osteophyte formation with disk space narrowing and mild anterolisthesis L5-S1.

Comparing the 3/26/2016 with the 12/13/2018 lumbar spine x-rays, there are no changes.

4/02/2016   Cervical spine CT scan.  Axial, sagittal and coronal series were provided demonstrating cervical kyphosis.  There is spontaneous fusion C2-C3.  There is multilevel facet degeneration and hypertrophy.  There is degenerative anterolisthesis C4-C5.  There is severe disk space narrowing and osteophyte formation with sclerosis of the endplates C5-C6.  There is marked disk space narrowing and osteophyte formation C6-C7.

4/02/2016   Lumbar spine CT scan.  Axial, sagittal and coronal series were provided demonstrating no evidence of fracture.  There are multilevel degenerative changes with disk space narrowing and disk osteophyte complex L5-S1.    There is multilevel anterior osteophyte formation L1-L2, L2-L3, L3-L4, L4-L5.  There is diffuse calcification of the aorta.   There is multilevel degenerative bulging, as well as multilevel facet hypertrophy.  L5-S1 showing a right paracentral disk osteophyte complex with right-sided foraminal narrowing.


**DISCUSSION:**

I will point out that I have not been provided with the treatment records of Dr. Escobar, the pain management specialist.  I will certainly make myself available to review these records, as well as any additional studies, since my review of additional information may potentially affect the opinions that I am hereby rendering.

However, based on my interview and examination of Mr.

COMPULSORY MEDICAL EXAMINATION
JUAN CANOURA    422305-CME
July 08, 2019
Page 16


Juan Canoura, and based on my review of both medical records, as well as diagnostic imaging studies, it is my opinion within a reasonable degree of medical certainty and probability that Mr. Juan Canoura did not sustain a permanent injury to the cervical spine or to the lumbar spine as a result of the 3/26/2016 accident.

It is also my opinion within a reasonable degree of medical certainty and probability that Mr. Canoura did not sustain a permanent aggravation of a preexisting cervical and lumbar degenerative condition as a result of the 3/26/2016 accident.

It is also my opinion within a reasonable degree of medical certainty and probability that no further treatment would be reasonable or necessary as it relates to the 3/26/2016 accident.

I will point out that my interview and examination of Mr. Canoura was videotaped on behalf of Mr. Canoura's own attorney.

At the time of my examination, I asked Mr. Canoura regarding any preexisting neck or lower back problems prior to the 3/26/2016 accident. Mr. Canoura indicated that in 1999 he had lower back surgery.  He indicated that in 2013 he was in a car accident and had therapy for his neck and back, indicating that after the therapy he was doing fine with no further problems with his neck and back until his 2016 accident.

The treatment records of Mr. Canoura certainly indicate otherwise.

The 3/26/2016 Palmetto General Hospital Emergency Department records indicating Mr. Canoura was seen after the motor vehicle accident with neck pain and lower back pain indicating "The patient has experienced similar episodes in the past, chronically, history of lumbar surgery and chronic lumbar pain, he has a pain management doctor".

COMPULSORY MEDICAL EXAMINATION
JUAN CANOURA    422305-CME
July 08, 2019
Page 17


I had the opportunity to review the cervical spine CT
scan and lumbar spine x-rays from 3/26/2016
demonstrating multilevel degenerative changes with no
evidence of recent trauma.

The treatment records of Mr. Canoura indicating that
Mr. Canoura was taking Plavix at the time of his
3/26/2016 accident.  The records with no mention of any
bleeding, ecchymosis or bruising after the accident,
which is certainly an indication of minor to no trauma
to these areas.

In fact, it would appear that Mr. Canoura developed a
spontaneous brain hemorrhage in 2017 as a result of his
taking Plavix.

The treatment records following the 3/26/2016 accident
repeatedly demonstrating a normal neurologic exam.  In
fact, I find it telling that Mr. Canoura was given a
final evaluation by Dr. Suite indicating no
recommendations for surgery.  This, of course, is in
sharp contrast to the final evaluation following the
2013 accident when Mr. Canoura was seen by Dr. Robert
Lorello on 9/23/2013 with indication that the patient
would likely need future care in the form of physical
therapy, chronic anti-inflammatory and pain
medications, cervical and lumbar epidural and/or facet
injections, as well as possible cervical and lumbar
spine surgery with estimates in the range of $100,000
for each surgery.

I will point out that I was not provided with the
cervical or lumbar spine CT scans of 7/05/2013.
However, I did have the chance to review the subsequent
CT scans of the cervical and lumbar spines from 2016,
essentially demonstrating the same findings described
in the 2013 CT scan reports.

In fact, comparing reports (not films), the 2016
cervical and lumbar spine CT scan reports by Dr.
Mogensen indicating degenerative changes in both the
cervical and lumbar spines with multilevel stenosis,

COMPULSORY MEDICAL EXAMINATION
JUAN CANOURA    422305-CME
July 08, 2019
Page 18


with no specific mention of "herniations"; whereas, the
2013 CT scan report by Dr. Alonso indicating bulging
C3-C4 and C4-C5 with herniations C5-C6 and C6-C7.  The
lumbar spine CT scan report indicating herniations at
L2-L3, L3-L4, L4-L5 and L5-S1.

It is, therefore, once again my opinion within a
reasonable degree of medical certainty and probability
that Mr. Juan Canoura did not sustain a permanent
injury to the cervical spine or lumbar spine as a
result of the 3/26/2016 accident, and that no further
treatment would be reasonable or necessary as it
relates to the 3/26/2016 accident.


ROLANDO GARCIA, JR., M.D., M.P.H.
Diplomate of the American Board of Orthopaedic Surgery
Diplomate of the American Board of Spine Surgery
RG/jlt



**Orthopedic Care Center**
21000 Northeast 28th Avenue
Aventura, Florida 33180
305-937-1999
DrGarciajr@mac.com

**Orthopaedic Surgery**

Stephen S. Wender, MD
Sports Medicine &
Arthroscopic Surgery

Michael M. Koonin, MD, FICS
General Orthopaedics &
Total Joint Replacement

Rolando Garcia, Jr., MD, MPH
Spine Surgery &
Scoliosis

Richard Rozencwaig, MD, FACS
Sports Medicine & Arthroscopy
Shoulder & Elbow Reconstruction

Michael G. Dennis, MD, FACS
Sports Medicine & Arthroscopy
Joint Replacement & Fracture Care

Dominic J. Lewie, MD
Foot & Ankle Surgery

Paul B. Chaplin, MD
Hand Consultant &
General Orthopedics

Frank A. Buttacavoli, MD
Total Joint Replacement
& General Orthopaedics

**Physical Medicine &
Rehabilitation**

Bryce E. Epstein, MD, FAAPMR
Occupational & Sports Medicine
Electrodiagnosis

Jennifer Mejia
Administrator

21000 N.E. 28th Avenue, Suite 104
Aventura, Florida 33180
(Behind Aventura Hospital)
305-937-1999

230 South Dixie Highway
Hallandale, Florida 33009
954-458-2166

# Rolando Garcia, Jr., M.D. M.P.H.

| | |
|---|---|
| **Specialty:** | **Orthopedic Surgery** |
| **Sub-Specialty:** | **Spine Surgery** |
| **Accreditation:** | Board Certified, American Board of Orthopedic Surgery - 1999 |
| | Board Certified, American Board of Spine Surgery – 2004 |
| **Medical License:** | Florida (ME0069428) |
| **Education:** | **Spine Surgery Fellowship** |
| | North Carolina Spine Center |
| | Chapel Hill, NC          August 1996-July 1997 |

**Orthopedic Surgery Residency**
Tulane University School of Medicine and Affiliated Hospitals
New Orleans, LA          July 1992 – June 1996

**General Surgery Internship**
Tulane University School of Medicine and Affiliated Hospitals
New Orleans, LA          July 1991 – June 1992

**Medical Doctorate**
Tulane University School of Medicine
New Orleans, LA          August 1987 – May 1991

**Master of Public Health**
Tulane University School of Medicine
New Orleans, LA          August 1987 – May 1991

**Bachelor of Science –** *Summa Cum Laude*
Tulane University
New Orleans, LA          August 1983 – May 1987

**Awards and Honors**

**Volunteer of the Year Award**
Easter Seals of Miami   2004

**America's Most Outstanding Surgeons 2004**

**Chief Resident of Orthopedic Surgery**
Medical Center of Louisiana          January 1996 –
June 1996



OFFICIAL PHYSICIANS
WORLD OLYMPIANS ASSOCIATION

**1996 Thibodeax Award**
Tulane University School of Medicine, Department of Orthopedic Surgery

**Owl Club Honor Roll**
Tulane University School of Medicine,   1995 and 1996

**Physician's Recognition Award**
American Medical Association   July 1994 – July 1997

**Dean's Merit Scholarship**
Tulane University School of Medicine   1987 – 1991

**Honors in Surgery (*Orthopedics, Vascular, and General*)**
Tulane University

**Phi Beta Kappa**
Tulane University

**Beta Beta Beta (Biology Honor Society)**
Tulane University

**Phi Eta Sigma (Freshman Honor Society)**
Tulane University

**Scholar's Program**
Tulane University

**Dean's List**
Tulane University   1983-1987

**Professional Memberships**

**American Academy of Orthopedic Surgeons**

**North American Spine Society**

**Tulane Caldwell Orthopedic Society**

**Southern Orthopedic Association**

**Southern Medical Association**

**Spine Arthroplasty Society**

**Florida Medical Association**

**Florida Orthopedic Society**

**Dade County Medical Society**

**Work Experience**

**Orthopedic Care Center**
Spine Surgery and Scoliosis
Aventura, Florida   8/97 – present

Positions Held

Board Member of International Advocates for Spine Patients
2014 – Present

Chairman of Continuing Medical Education Committee for the
International Society for the Advancement of Spine Surgery
2014 – Present

Journal Reviewer for the International Journal of Spine Surgery
2013- Present

Scientific Program Reviewer for the North American Spine Society
2012

Overall Scientific Co-Chairman for ISASS
2011

Program and Clinical Committee SAS10
2010

Abstract Clinical Reviewer for SAS9
2009

Local Host for the 2008 SAS Meeting – Miami, FL
2008

Course Chairman New Perspectives in Spine Surgery
2007

Distinguished Faculty for Artificial Disc Replacement Miami Spine
Symposium
2005

Medical Director
Scoliosis Screening Program for Miami-Dade County Schools
1997-2005

Member – Aventura Hospital Surgical Review Committee
2001-2004

Chief of Orthopedic Surgery, Aventura Hospital and Medical Center
2001-2004

Publications – Peer Review Papers and Abstracts

Advocacy: ISASS Policy Statement - Lumbar Artificial Disc. Jack Zigler,
MD(1), Rolando Garcia, MD, MPH, FAAOS(2). International Journal of
Spine Surgery. Volume 9, Article 7, 2015.

Lumbar Total Disc Replacement for Discogenic Low Back Pain: Two-year
Outcomes of the activL Multicenter Randomized Controlled IDE Clinical
Trial. **Garcia R Jr**, Yue JJ, Blumenthal S, Coric D, Patel VV, Leary SP, Dinh
DH, Buttermann GR, Deutsch H, Girardi F, Billys J, Miller LE. Spine. 2015
Dec; 40(24): 1873-81.

Evaluation of Impingement Behaviour in Lumbar Spinal Disc Arthroplasty. Grupp TM, Yue JJ, **Garcia R Jr**, Kaddick C, Fritz B, Schilling C, Schwiesau J, Blomer W. European Spine Journal. 2015 Sep; 24(9): 2033-46.

Biotribological Evaluation of Artificial Disc Arthroplasty Devices: Influence of Loading and Kinematic Patterns during in Vitro Wear Simulation. Grupp TM, Yue JJ, **Garcia R Jr**, Basson J, Schwiesau J, Fritz B, Blomer W. European Spine Journal. 2009 Jan; 18(1): 98-108.

Complications of Lumbar Artificial Disc Replacement Compared to Fusion: Results From the Prospective, Randomized, Multicenter US Food and Drug Administration Investigational Device Exemption Study of the Charité Artificial Disc. Holt RT, Majd ME, Isaza JE, Blumenthal SL, McAfee PC, Guyer RD, Hochschuler SH, Geisler FH, Garcia R Jr, Regan JJ. Spine Arthroplasty Society Journal. 2007 Feb 1;1(1):20-7.

Evaluation of the Learning Curve and the Importance of Surgical Volume for Lumbar Total Disc Replacement: An Analysis of the Prospective, Randomized, Multicenter FDA IDE Study of the Charite Artificial Disc. Regan JJ, MacAfee PC, Blumenthal SL, Guyer RD, Geisler FH, **Garcia, R**, Maxwell JH. Roundtable in Spine Surgery. Volume 1, November 2, 97-108, 2005.

Complications and Clinical Outcome of Lumbar Artificial Disc Replacement vs. Fusion: Results form the Randomized, Mulitcenter FDA Study of the Charite Artificial Disc. Holt RT, Blumenthal SL, McAfee PC, Majd ME, Guyer RD, Isaza JE, Hoschschuler SH, Geisler FH, **Garcia R**, Regan JJ, Ohnmeiss DD. European Spine Journal, Volume 14, Supplement 1, Sep 2005.

A prospective, randomized, Multicenter Food and Drug Administration investigational device exemptions study of lumbar total disc replacement with the Charite artificial disc versus lumbar fusion: part I evaluation of clinical outcomes. Blumenthal S, McAfee PC, Guyer RD, Hoschschuler SH, Geisler FH, Holt RT, **Garcia R**, Regan JJ, Ohnmeiss DD, Spine. 2005 Jul 15;30(14):1565-75.

Artificial Intervertebral Discs and Beyond: A North American Spine Society Annual Meeting Symposium. Blumenthal SL, Ohnmeiss DD, Guyer R, Hoschschuler SH, McAfee P, **Garcia R**, Salib R, Yuan H, Lee C, Bertagnoli R, Bryan V, Winter R, Spine J. 2003 Nov-Dec: 2(6): 460-463.

Failure of Posterior Titanium Altantoaxial Cable Fixation. **Garcia R Jr**, Gorin S, Spine J. 2003 Mar – Apr: 3(2): 166-170.

**Garcia R, Brunet** M, Timon S, & Barrack RL, Extra-Articular Knee Reconstruction: Long-Term Patient Outcome & Satisfaction. Journal of the Southern Orthopedic Association. Spring 2000, Vol 9 (1), 19-23

Guinn S., Catro FP, **Garcia R**, & Barrack RL. Fever Following Total Knee Arthoplasty. American Journal of Knee Surgery. Summer, 1999, 12 (3)

Brinker MR, **Garcia R**, & Barrack RL, Timons S, Guinn S, Fong B, An Analysis of Sports Knee Evaluation Instruments. American Journal of Knee Surgery. Winter 1999 12 (1)

Ezzet KA, **Garcia R,** and Barrack RL, Effect of Component Fixation Method on Osteolysis in Total Knee Arthroplasty. Clinical Orthopeaedics and Related Research. 321:86-91. 1995

**Garcia R,** Saroyan R, Senkowsky J, Smith F, and Kerstein M. Intra-Arterial Uroinase Infusion as an adjunct to Fogarty Catheter Embolectomy in Acute Arterial Occlusion. Surgery, Gynecology, and Obstetrics. Volume 171, 1990

## Publications – Book Chapter/Contributions

"Activ-L™ Artificial Disc" Motion Preservation Surgery of the Spine: Advanced Techniques and Controversies. Chapter 43 p 346-352. Garcia R, Yue J,
Saunders 2008

""Dynamic Pedicle-Screw Stabilization with Nucleus Replacement" Motion Preservation Surgery of the Spine: Advanced Techniques and Controversies Chapter 78 p 612-616. Garcia R, Osborn B, Saunders 2008

Activ-L Lumbar (Aesculap) Total Disc Arthroplasty, Chapter 26. Dynamic Reconstruction of the Spine. Kim, Cammisa Jr., Fessler. Thieme Medical Publishers. 2006.

The History of the Artificial Disc; Spinal Arthroplasty, A New Era in Spine Care, Editors Guyer RD, Zigler JE, Quality Medical Publishing, St. Louis MO, 2005.

**Conference Presentations**

2015 - Section on Spine Motion Technology: The Evolution of Total Disc Replacement and Future Directions, Instructional Course Lecture. NASS, Chicago, IL. Oct 14-17, 2015.

2015 - Moderator General Session Motion. ISASS, San Diego, CA. April 15-17, 2015.

2015 - 3 Year Results of the Prospective Randomized Multicenter FDA IDE Clinical Trial Comparing the Activ L to Prodisc L and Charite Disc Replacement, J Yue, and R. Garcia. ISASS, San Diego, CA. April 15-17, 2015.

2013 - Moderator Lumbar Section. ISASS, Vancouver, BC. April 3-4, 2013.

2012 - Does Lumbar TDR Change Sagittal Balance. Current Solutions in Spine Surgery, Duck Key, FL, April 18-21, 2012.

2012 – When do Lumbar TDR Patients Achieve Maximum Medical Improvement?, ISASS, Barcelona, Spain. Mar 21-23, 2012.

2012 – Predicting Clinical Outcome in Lumbar TDR: Effect on Sex, Operative Level, and Pre-Operative Disability. R Garcia and M Taylor. ISASS, Barcelona, Spain. Mar 21-23, 2012.

2010 - New Perspectives in Spine Surgery, Course Chairman, Miami Anatomical Research Center, Miami, FL. Nov 11-13, 2010.

2010 – Effect of Operative Level and Lumbar TDR Design on Disc Height, Settling, and Subsidence: A Prospective Study Comparing an Unconstrained, Semi-Constrained, and Constrained Implant. R Garcia, J Yue, P Newman, N Wharton, and J Hipp. SAS10 Global Symposium on Motion Preservation Technology, New Orleans, LA. April 27-30, 2010.

2010 - Cervicore vs Fusion: 2 Year Clinical Results and Pain Medication Usage at 5 IDE Study Sites, SAS10 Global Symposium on Motion Preservation Technology, New Orleans, LA. April 27-30, 2010.

2010 – Prospective Randomized Study of Interpedicular Motion Pre and Post Lumbar TDR: Comparison of Unconstrained, Semi Constrained, and Constrained TDR Design, SAS10 Global Symposium on Motion Preservation Technology, New Orleans, LA. April 27-30, 2010.

2009 – Volumetric Analysis of Foraminal Parameters Following Lumbar Total Disc Replacement: A Radiographic and Clinical Comparison of 3 Biomechanical Types of Lumbar Disc Replacements. J Yue, R Garcia, and JM Morreale. NASS, San Francisco, CA. Nov 10-14, 2009.

2009 - Prospective Randomized US Trial Comparing an Unconstrained, Semi-Constrained, and Constrained TDR in the Treatment of Single Level Discogenic Pain: Radiographic Results from 2 Centers in an FDA IDE Study. R. Garcia, S Blumenthal, and J Yue. NASS, San Francisco, CA. Nov 10-14, 2009.

2009 – Volumetric Analysis of Foraminal Parameters Following Total Disc Replacement: A Radiographic and Clinical Comparison of 3 Biomechanical Types of Lumbar Disc Replacement: A Semi-Constrained, A Controlled Translation Device, and an Unconstrained Device. J Yue, R Garcia, and JM Morreale. SAS9 Global Symposium on Motion Preservation Technology, London, England. Apr 28 – May 1, 2009.

2009 – Are Flexible Rods Truly Dynamic? Biomechanical Testing of Semi-Rigid Rods. R Garcia, JA Kozak, H Sandhu, K Wiechert, N Cheema. SAS9 Global Symposium on Motion Preservation Technology, London, England. Apr 28 – May 1, 2009.

2009 - Cervicore Disc Replacement vs Fusion for Single Level Cervical Radiculopathy: Changes in Unemployment and Worker's Compensation. JS Fishgrund, R Garcia, MJ Gratch, and NW Wright. SAS9 Global Symposium on Motion Preservation Technology, London, England. Apr 28 – May 1, 2009.

2009 – Prospective Randomized US Trial Comparing an Unconstrained, Semi-Constrained, and Constrained TDR in the Treatment of Single Level Discogenic Pain: Radiographic Results from 2 Centers in an FDA IDE Study. R. Garcia and J Yue. SAS9 Global Symposium on Motion Preservation Technology, London, England. Apr 28 – May 1, 2009.

2008 – Cervicore Disc Replacement vs. Fusion, Results from Four Study Sites in a Prospective, Randomized, Multicenter Trial. J. Fischgrund, R. Garcia J., M. Gratch, N. Wright. Spineweek,Geneva, Switzerland. May 26-31, 2008. Co-Author.

2008 – Motion Preservation in the Cervical Spine, Florida Orthopedic Society Annual Meeting, May 16, 2008

2005 – Radiculopathy After Prosthesis, 3rd Trans-Atlantic Spine Congress, Dallas, TX, November 3-4, 2005

2005 - Lumbar Disc Replacement- University of Miami, Department of Orthopedic Surgery, Grand Rounds, November 3, 2005

2005 - Evaluation of the Learning curve and the Importance of Surgical Volume for Lumbar Total Disc Replacement:  An Analysis of the Prospective, Randomized, Multicenter FDA IDE Study of the Charite Artificial Disc.  Regan JJ, MacAfee PC, Blumenthal SL, Guyer RD, Geisler FH, **Garcia, R**, Maxwell JH. 12th International Meeting on Advanced Spine Techniques, Banff, Alberta, Canada July 5-9, 2005

2005 - Complications of Lumbar Artificial Disc Replacement vs. Fusion: Results from the Randomized, Multicenter FDA IDE Study of the Charite Artificial Disc.  North American spine Society 20th Annual Meeting, Philadelphia, PA, October 27- November 1, 2005.

2005 - Clinical Experience with DYNESYS, World Spine II, Rio di Janeiro, Brazil, July 31- August 3, 2005.

2005 - Clinical Experience with Lumbar Disc Replacement, The Florida Orthopedic Society Annual Meeting, Sarasota, FL May 15-22, 2005.

2005 – Disc Repair:  Anatomy and Biomechanics, Back in Motion, North American Spine Society Spring Break 2005, Bal Harbor, FL April 6-9, 2005

2004 - Prospective, Randomized, Comparison of Total Disc Replacement to Fusion:  a 24 Month Follow-up FDA Regulated Study.  Blumenthal s, McAfee P, Guyer RD, Hochschuler S. **Garcia R**, Regan JJ, Ohnmeiss D. 19th Annual Meeting of the North American Spine Society, Chicago, IL, October 27-30, 2004

2004 – A Prospective, Randomized, Multicenter Trial of the Charite Artificial Disc vs. Fusion for Single Level Lumbar Degenerative Disc Disease:  two year follow-up. Regan JJ, **Garcia R**, 39th Annual Meeting of the Scoliosis Research Society, Buenos Aires, Argentina, September 6-9,2004

2004 - Clinical Experience with Lumbar Total Disc Replacement, Annual Meeting of the Florida Orthopedic Association, Key Largo, FL 2004

2004 – New Advances in Spine Surgery, Annual Meeting of the Florida Medical Association, Hallandale, FL 2004

2003 – Course Chairman, Challenges to Spine Surgery Symposium, September 19-20, 2003, New Orleans, LA 2003

**Clinical experience with Omega 21 Posterior Spinal Instrumentation System.**
*Presented at Challenges in Spine Surgery Meeting, Saint Thomas, Virgin Islands, 2000*

Discographic Findings in Adults with Back Pain and Isthmic Spondylolisthesis.
*Presented at the 2000 Meeting of the Tulane-Louisville Spine Society. Miami Beach Florida*

Outcome Following Nonoperative treatment of Symptomatic Lumbar Degenerative Disc Disease.
*North American Spine Society Meeting of the Americas, Miami, Florida May 1999*

Outcome Following Nonoperative treatment of Symptomatic Lumbar Degenerative Disc Disease. 1999 meeting of the Tulane Louisville Spine Society, New Orleans, LA May 1999

Discographic Findings in Adults with Back Pain and Isthmic Spondylolisthesis. **Garcia, R** Grubb SA Suh, PB and Kelly, CK. Presented at the 1997 University of Mississippi Medical Center, Spine Residents and Fellows Meeting, Snowbird, UT

Fever Following Total Knee Arthroplasty
Castto, F. Barrrack, RL, **Garcia, R,** and Guinn, S.
Presented at the 1997 Annual Meeting of the Mid-America Orthopedic Association, Hilton Head Island, SC.

Long Term Follow-Up of the Extra-Articular ACL Reconstruction, Garcia R,
Barrack, RL, Timmon, S and Brunet, M.
Presented at the 1994 Annual Louisiana Orthopedic Association Meeting in New Orleans, LA. Presented at the 1995 Annual Mid-America Orthopedic Association meeting in Palm Beach, FL. Presented at the 1995 Annual American Orthopedic Association Residents Meeting in Pittsburgh, PA.

Effect of Component Fixation method on Osteolysis in total Knee Arthroplasty, Ezzert, K, **Garcia, R,** and Barrack RL. Presented at the Knee Society Meeting in 1995 Annual Meeting of the American Academy of Orthopedic Surgeons in Orlando, FL

Disc Herniations in Young Adults. **Garcia, R,** and Burkus JK, Presented at the 1995 Annual Hughston Society Meeting in Columbus, GA.

Evaluative Knee Scoring Systems. **Garcia, R,** Brinkler, M, Barrack, R, Timon, S, Guinn, S and Fong B. Presented at the Mid-America Orthopedic Association Fourteenth Annual Meeting, 1996 San Antonio, TX. Presented at the 1997 Annual meeting of the AAOS, San Francisco, CA

Posters

Effect of Implant Design on Post Operative ROM Following Lumbar TDR and the Effect of Post Operative ROM on Clinical Outcome and Return to Work Status. ISASS 2015, San Diego, CA.

Early Clinical and Radiographic Outcome with the Activ-L Total Disc Replacement: Data From Two Centers in the US Clinical Trial. Garcia R, Yue, J. 2008 Spine Arthroplasty Society's 8th Annual Global Symposium on Motion Preservation and Technology, Miami, Florida

Discographic Findings in Adults with Back Pain and Isthmic Spondylolisthesis. Garcia R, Grubb, SA, Sah, PB and Kelly, CK. Accepted for Presentation at the 1997 Annual Meeting of the North American Spine Society, New York, NY.

## Professional Courses Attended

2008 CerviCore Champion Surgeon Speakers Training, New Jersey

2006 CerviCore Investigator/Coordinator Annual Meeting, New York, New York

2005 Medical Assurance, Inc. Let's Talk: Improving Patient Safety and Reducing Errors Through Communication Fort Lauderdale, Florida

2005 CerviCore Surgeon Training, Sarasota, Florida

2002 Emerging Concepts in Spine Surgery: Controversies and Challenges in the Spine Surgeons' Practice, Key Largo, Florida

2000 SB Charite III Intervertebral Disc Spacer Surgeon Training and Investigator Meeting Techniques for Percutaneous Electrothermal Treatment of Discogenic Pain, Orlando, FL (IDET)

1997 Spine-tech Surgeon Surgical Technique Training Workshop, Greensboro, NC

1997 Advance Cardiac Life Support re-certification Course, Durham, NC

1996 Cervical Spine Research Society – Instructional Course Lecture, Palm Beach, FL

1996 Focused Clinical Program on the BAK Lumbar Interbody Fusion System, Chapel Hill, NC

1996 The McKenzie Approach to Mechanical Back and Neck Pain: A Physician's Course, Chapel Hill, NC

1996 American Academy of Orthopedic Surgeons comprehensive Review Course for Orthopedic Surgeons, Chicago, IL

1996 Making Sense of Spinal Instrumentation, New Orleans, LA

1995 Basic Concepts in Pediatric Orthopedic Surgery, New Orleans, LA

1995 Regional Review Course in Hand Surgery from the American Society of Surgery of the Hand, New Orleans, LA

1995 Advance Cardiac Life Support Recertification Course, Columbus, GA

1994 Dallas Short Course in Orthoitics and Prosthetics, Dallas, TX

1994 Basic Concepts in Pediatric Orthopedics, New Orleans, LA

1994 Annual Seminar in Musculoskeletal Pathology, Marineland, FL

**Professional Meetings Attended**

2015 Castellvi Spine Course, Duck Key, FL

2015 International Society for the Advancement of Spine Surgery, San Diego, CA

2015 North American Spine Society, Chicago, IL

2014 Current Solutions in Spine Surgery, Duck Key, FL

2014 Pittsburgh Spine Summit, New Pittsburgh, PA

2014 International Society for the Advancement of Spine Surgery, Miami, FL

2014 North American Spine Society, San Francisco, CA

2013 North American Spine Society, New Orleans, LA. Oct 9-12, 2013. 24.25 CME.

2013 International Society for the Advancement of Spine Surgery, Vancouver, Canada. Apr 3-5, 2013. 19.75 CME.

2013 Current Solutions in Spine Surgery, Duck Key, FL

2012 North American Spine Society, Dallas, TX. Oct 24-27, 2012. 26.75 CME.

2012 International Society for the Advancement of Spine Surgery, Barcelona, Spain.

2012 Current Solutions in Spine Surgery, Duck Key, FL. Apr 18-21, 2012. 18.0 CME.

2011 Current Solutions in Spine Surgery, Duck Key, FL. Mar 30 - Apr 2, 2011. 10.3 CME.

2011 North American Spine Society, Chicago, IL

2011 International Society for the Advancement of Spine Surgery, Las Vegas, NV

2010 Spine Arthroplasty Society's 10th Annual Global Symposium on Motion Preservation Technology, New Orleans, LA. Apr 27-30, 2010.

2010 Preservation of Motion in the Spine, Duck Key, FL. Apr 7-10, 2010. 15.5 CME.

2009 Spine Arthroplasty Society's 9th Annual Global Symposium on Motion Preservation Technology, London, England, Apr 28 – May 1, 2009, 26.0 CME.

2009 North American Spine Society, San Francisco, CA. Nov 10-14, 2009. 28.25 CME.

2009 International Society for the Advancement of Spine Surgery, London, England

2009 – Treatment of Complex Junctional Pathologies of the Spine, Henderson, NV. April 17-18, 2009.

2008 North American Spine Society, Toronto, CA. 28.25 CME.

2008 Florida Orthopedic Society Annual Scientific Meeting, Key Largo, FL. May 15-18, 2008. 14.0 CME.

2008 Spine Arthroplasty Society's 8th Annual Global Symposium on Motion Preservation Technology, Miami, Florida. May 6-9, 2008.  23.0 CME.

2008 20th Annual Disorders of the Spine, Whistler, Canada, Jan 19-23, 2008. 22.0 CME.

2007 19th Annual Disorders of the Spine, Whistler, Canada

2007 Spine Arthoplasty Society's 7th Annual Global Symposium on Motion Preservation Technology, Berlin, Germany

2006 Spine Arthroplasty Society's 6th Annual Global Symposium on Motion Preservation Technology, Montreal, Canada

2005 North American Spine Society:  World Spine II:  An Interdisciplinary Congress on Spine Care, Rio Di Janerio Brazil

2005 Florida Orthopedic Society Annual Scientific Meeting Sarasota, Florida

2005 3rd Trans Atlantic Spine Congress, Dallas, Texas

2005 North American Spine Society, NASS Spring Break:  Back Into Motion Bal Harbour, Florida

2005 Spine Arthroplasty Society's 5th Annual Global Symposium on Motion Preservation Technology, New York, New York

2005 17th Annual Disorders of the Spine, Whistler Canada

2004 American Academy of Orthopeaedic Surgeons Annual Meeting, San Francisco, California

2004 North American Spine Society 19th Annual Meeting Chicago, Illinois

2004 4th Annual Spine Arthroplasty Society Meeting Vienna, Austria

2004 Florida Orthopedic Society, Key Largo, Florida

2003 Florida Orthopedic Society, Ponte Vedra Beach, Florida

2001 North American Spine Society 16th Annual Meeting, Montreal Canada

2000 North American Spine Society, 15th Annual Meeting, New Orleans, Louisiana

2000 Annual Meeting of The American Academy of Orthopedic Surgeons, Orlando, FL

1999 Annual Meeting of The American Academy of Orthopedic Surgeons, New Orleans, LA.

1998 65th Annual Meeting of the American Academy of Orthopedic Surgeons, New Orleans, LA

1998 North American Spine Society 13th Annual Meeting, San Francisco, California

1997 Annual Meeting of the American Academy of Orthopedic Surgeons, New Orleans, LA

1996  University of Mississippi Medical Center Spine Residents and Felllows Conference, Snowbird, UT

1997  Annual Meeting of the Cervical Spine Research Society, Palm Beach, FL

1996 Annual Meeting of the Mid-America Orthopedic Association, San Antonio, TX

1995 Annual Meeting of the Mid-America Orthopedic Association, Palm Beach, FL

1995 Annual Meeting of the Hughston Society, Columbus, GA

1995  Annual American Orthopedic Association -- Resident meeting, Pittsburgh, PA

1995 Annual Meeting of the Louisiana Orthopedic Association, New Orleans, LA

1994 Annual Meeting of the American Academy of Orthopedic Surgeons, New Orleans, LA

1994 Annual Meeting of the Louisiana Orthopedic Association, New Orleans, LA

**Research Experience**

2001 - 2006
An Open Label, Randomized, Parallel Group Study to Confirm the Safety and Efficacy of PROCRIT (Epoetin Alfa) Administered Perioperatively Versus Standard of Care in Blood Conservation in Subjects Undergoing Major Elective Spinal Surgery, Protocol pr97-19-002.

5/2000 - 1/2006
Link Spine Group Inc., Prospective, Randomized, Multicenter FDA IDE Study of the SB Charite III Intervertebral Dynamic Disc Spacer versus Fusion for Treatment of Degenerative Disc Disease

4/2002 - 1/2006
Link Spine Group, Inc. "Revised Continued Access for Study Investigators to the Link Spine SB Charite III Investigational Device"

5/2002 – January 2005
OrthoBiotec, "An Open Label, Randomized, Parallel-Group Study to Confirm the Safety and Efficacy of PROCRIT® (Epoetin alfa) Administered Perioperatively vs. the Standard of Care in Blood Conservation in Subjects Undergoing Major Elective Spinal Surgery"

6/2003 - Present
Zimmer Spine, "A Clinical Study of the DYNESYS® Spinal System as a Non-fusion Device for Spinal Stabilization"

11/2005 – Present
Stryker Spine, "CerviCore™ Intervertebral Disc for the Treatment of Radicular Symptoms Associated with Loss of Disc Height, Disc/Osteophyte Complex, or Herniated Disc of the Cervical Spine"

01/2007 – Present
Aesculap Implant Systems, Clinical Study to Evaluate the Safety and Effectiveness of the Aesculap Activ-L™ Artificial Disc in the Treatment of Degenerative Disc Disease"

01/2008 – Present
Stryker Spine, "CerviCore® Intervertebral Disc Continued Access for the Treatment of Radicular Symptoms Associated with Loss of disc Height, Disc/Osteophyte Complex, or Herniated Disc of the Cervical Spine"



*Orthopedic Care Center*

## ROLANDO GARCIA, JR., M.D.

**Orthopaedic Surgery**

**Stephen S. Wonder, MD**
Sports Medicine &
Arthroscopic Surgery

**Michael M. Koonin, MD, FICS**
General-Orthopaedics &
Total Joint Replacement

**Rolando Garcia, Jr., MD, MPH**
Spine Surgery &
Scoliosis

**Richard Rozencwaig, MD, FACS**
Sports Medicine & Arthroscopy
Shoulder & Elbow Reconstruction

**Michael G. Dennis, MD, FACS**
Sports Medicine & Arthroscopy
Joint Replacement & Fracture Care

**Dominic J. Lewis, MD**
Foot & Ankle Surgery

**Paul B, Chaplin, MD**
Hand Consultant &
General Orthopaedics

**Frank A. Buttacavoli, MD**
Total Joint Replacement
& General Orthopaedics

**Physical Medicine &
Rehabilitation**

**Bryce E. Epstein, MD, FAAPMR**
Occupational & Sports Medicine
Electrodiagnosis

**Jennifer Mujia**
Administrator

21000 N.E. 28th Avenue, Suite 104
Aventura, Florida 33180
(Behind Aventura Hospital)
305-937-1999

230 South Dixie Highway
Hallandale, Florida  33009
954 458 2166

## TRIAL TESTIMONY 2015

CACE 12-23027 (21) Clytis Fairchild vs. Betty L. Edgell and Horachio Araque 03/04/15 **(D)**

11-27839 CA 20 Dagnay Garcia vs. Calana 03/17/15 **(D)**

2012 21868 09 Cornelia Slew-Murphy vs. Fansa Joseph and Tica Investments 04/08/15 **(D)**

59-A360-473 Marisela Soto-Castro vs. Maria Luna and Jorge Andrade 04/22/15 **(D)**

CACE 14-007874 14 Courtney Veski vs. Karnia Martinez 04/30/15 **(D)**

CASE 13-003823 Susana Muartua vs Marlene N. Pirro/ State Farm 05/14/15 **(D)**

CASE 12-40872 CA 01 Jose Ortega vs. Hernandez V. 05/20/15 **(D)**

CASE NO: 13-37190 CA 23 James Chesshir vs. Jay Joseph Wiener 06/25/15 **(D)**

CASE NO: 13-2452 CA 01 Mario Quintero vs. Annette Cano and Rene Mitchell Moya 07/14/15 **(D)**

CASE NO: CACE-13-017039 Jodi Maher vs. Allstate Fire and Casualty 09/15/15 **(D)**

59-A178-049 Dionel Clapera vs.Vivian E. Thomas and Gary A. Browm 09/17/15 **(D)**

59-A243-046 Carlos Ortiz vs. Adolfo Martinez and Martinez Custom Cab. 10/20/15 **(D)**

CASE NO: CACE 15-000272 (13) Frederick Salaff vs. Geico Indemnity Co. 10/22/15 **(D)**

## TRIAL TESTIMONY 2016

CASE NO: 2014-11072 CA-07 Antonio Diaz vs Avigdor Landman, Raquel Landman 1/12/16 **(D)**

CASE NO: CACE 09-003801 (18) Kathryn Marshall vs. Joseph Barg 1/26/16 **(D)**

-Continued-



OFFICIAL PHYSICIANS
WORLD OLYMPIANS ASSOCIATION

CASE NO: 13-000889 CA 25 Joseph Gautier vs. Charles Nelson 2/9/16 **(D)**

CASE NO: 13-2717 CA 42 Neusa Figueiredo vs. Raquel Srendi 02/18/16 **(D)**

CASE NO: CACE 14-021798 Jesula Petite-Frere vs. Farley & Farley 03/02/16 **(D)**

CASE NO: 08 27555 (14) Mery Cohen vs. Joseph Black 03/03/**16 (D)**

CASE NO: 2014-10279 CA Ernesto Navajas vs. Ferro 03/15/16 **(D)**

CASE NO: 10-42931 CA (04) Reynaldo Trevino snd Yolanda Garcia vs. Ocean Beach Properties 06/23/16 **(D)**

CASE NO: 2015-014860-CA 25 Jorge Elizalde vs. Progressive Express Ins., Co. 08/30/16 **(D)**

CASE NO: 2012-037143 CS 13 Nelson Lugo vs. Eysa Marquez  Brito 08/31/16 **(D)**

CASE NO: 14-007826 (25) Monica Foulkes vs. Melila Bien-Aime 09/14/16 **(D)**

CASE NO: 2015-005443-CA-01 Victor Decespedes vs. Jorge Aristizabal Gomez and Carlos Serrano 09/15/16 **(D)**

CASE NO: CACE -13-023517 (25) David Grad vs. Mark Jurgrau 11/03/16 **(D)**

## TRIAL TESTIMONY 2017

CASE NO: 10-54642 CA 09 Luis Nodarse vs. Norma Reyes and Jesus Fuentes-Quintana 1/17/17 **(D)**

CASE NO: 14-17016 CA Guillermina Rodriguez vs. Bardales, Padron & Paragon Painting  01/31/17 **(D)**

CASE NO: 2015-027128-CA 01 Mario Falconi vs. Fishman 02/07/17

CASE NO: 16000281 (21) Brad Shecter vs. Rapaport 02/15/17 **(D)**

CASE NO: 1674400013 Andrea Mckay vs BJ's Wholes Club 02/16/17 **(D)**

CASE NO: SF10.514 Ronacle Kendrix vs. Salazar 02/23/17 **(D)**

CASE NO: 15-021706 09 Dayana St. Vil Lopez vs. Yo Roofing, ET AL 03/28/17 **(D)**

-Continued-

CASE NO: 12-21868 (09) Cornelia Slew Murphy vs. Fansa Joseph and TICA Investments. LLC 04/20/17 (D)

CASE NO: CACE 14-009934 Gretchen Faurot vs. Bennett Motor Express and Charles Shinabarker 04/21/17b (D)

CASE NO: 2015-000219-CA 10 Jerome Byrd vs. Trevar Brown 04/27/17 (D)

CASE NO: 14-7690 CA 05 Ronald Paige vs. Henry Wardlaw, Jr. 05/09/17 (D)

CASE NO: 12-20642 CA 27 Noraida Urra vs. Diego Garcia 6/15/17 (D)

CASE NO: 12-28152 CA 23 Yamile Bell vs. Esteban J. Perez, III 07/20/17 (D)

CASE NO: CACE-15-019034 (04) Egbert Grant vs. Kaila Wall & Allstate Insurance 09/26/17 (D)

CASE NO: CACE-15-019034 (04) Egbert Grant vs. Kaila Wall & Allstate Insurance 09/27/17 (D) **Continuation**

CASE NO: 14-010149 (05) Gail Harris Wallace vs. James & Michael Anderson 10/10/17 (D)

CASE NO: 2016-013842 CA (06) John Paul Souza vs. Global Construction, LLC. 10/26/17 (D)

CASE NO: 12-022409 (02) Baldo Leon vs. Paul & Steven Lorenzi 11/02/17 (D)

CASE NO: 2016-006024 CA (01) Diana Isaza vs. Jaime & Rocio Uribe 11/07/17 (D)

CASE NO: 80023-12 Agnes Roberts vs. Roberto Carvajal 12/1/17 (D)

## TRIAL TESTIMONY 2018

2018-01-31 09:15
RECEIVED 01/31/2018 10:45
OCC.GRACE 3059372870 >>
P 5/11



**Orthopedic
Care Center**

### Orthopaedic Surgery

**Stephen S. Wender, MD**
Sports Medicine &
Arthroscopic Surgery

**Michael M. Koonin, MD, FICS**
General Orthopaedics &
Total Joint Replacement

**Rolando Garcia, Jr., MD, MPH**
Spine Surgery &
Scoliosis

**Richard Rozencwaig, MD, FACS**
Sports Medicine & Arthroscopy
Shoulder & Elbow Reconstruction

**Michael G. Dennis, MD, FACS**
Sports Medicine & Arthroscopy
Joint Replacement & Fracture Care

**Dominic J. Lewis, MD**
Foot & Ankle Surgery

**Paul D. Chaplin, MD**
Hand Consultant &
General Orthopaedics

**Frank A. Buttacavoli, MD**
Total Joint Replacement
& General Orthopaedics

### Physical Medicine &
### Rehabilitation

**Bryce E. Epstein, MD, FAAPMR**
Occupational & Sports Medicine
Electrodiagnosis

**Jennifer Mejia**
Administrator

21000 N.E. 28th Avenue, Suite 104
Aventura, Florida 33180
(Behind Aventura Hospital)
305-937-1999

200 South Dixie Highway
Hallandale, Florida 33009
954-456-2166

## ROLANDO GARCIA, JR., M.D.

## DEPOSITION-2015

**CASE NO:** 2012-20642-CA Urra vs. Diego Garcia 01/07/15 **(D)**

CASE NO. 13-34777 CA (30) Olivera vs. Stephanie Alexis Mejia 01/09/15 **(D)**

13-21717 CA 42 Figueirdo vs. Raquel Srendi 01/30/15 **(D) (Cancelled)**

CASE NO. 13-012565 CA 01 Pintado vs. James P. Riach 02/17/15 **(D)**

OWCP 06-199230 Stewart vs. Universal Maritine 02/19/15 **(T)**

13-21337 CA Londono vs. Inn North Bay 04/23/15 **(T)**

CASE NO: 14 cv -60269- Scola/ Moises Ore vs. Tricam Industries, Inc. 04/28/15 **(D)**

2012-CA-026461-XXXX-XX Leonard Nobrega vs. Emerging Foods, Inc. 05/11/15 **(T)**

CACE 14-004747 (18) Caro vs. Jesus Armendariz 05/12/15 **(D)**

CACE 12-33101 (18) Melody Tracy-Lee vs. Amerigas Propane, LP 05/28/15 **(D)**

CASE NO. 06 CA 113 M Diane Schaffer vs. Cora Elizabeth Baggs 06/08/15 **(D)**

CACE 13-021925 DIV 05 Albert Morales vs. Progressive 06/18/05 **(D)**

CASE 12-27313 CC 25 Janet Medina vs. State Farm Auto Insurance 06/19/15 **(T)**

CASE 13-037191 CA 01 Rasheed Ali vs. Dariel Oliva/United Parcel Ser. 06/30/15 **(D)**

-Continued-



OFFICIAL PHYSICIANS
WORLD OLYMPIANS ASSOCIATION

CASE NO. 13-012565 CA 01 Juan Pintado vs. James P. Riach 07/16/15 **(D)**

CASE NO. 13-34777 CA (30) Olivera vs. Stephanie Alexis Mejia 08/06/15 **(D)**

CASE NO. 12-10550-CA-08 Yarielsi Batista vs. Evan Finkel and Julie Finkel 08/18/15 **(D)**

CASE NO: 10-15455 CA 23 Sebastiao Fernandes vs. Royal Caribbean Cruises 09/08/15 **(P)**

CASE NO: CACE 14-009934 Gretchen Faurot vs. Bennett Motors Express 10/27/15 **(D)**

CASE NO: 12-20642-CA 27 Noraida Urra vs. Diego Garcia 11/24/15 **(D)**

OJCC NO: 12-024733MGK Mario Esquivel vs. Aramack Uniform Services/Sedgwick Claims Management 12/1/15 **(T)**

CASE NO: 59-A017-491 Martha Oset Paredes vs. John and Ruth McNaughton 12/03/15 **(D)**

CASE NO: 12-38619 CA 01 (23) Marines Medina vs. Imperial Cleaning Corp. **(D)** 12/15/15

## **DEPOSITION-2016**

CASE NO: 11-35482 CA 11 Elizabeth Off vs. Dollar Tree Stores Inc. 1/29/16 **(D)**

CASE NO: CACE 12022405 Cary Yagennan **vs.** State Farm Auto Insurance./ Eduardo Curiel and Arelys Curiel 2/5/16 **(D)**

CASE NO: CACE 14-009934 Gretchen Faurot vs. Bennett Motors Express 02/11/16 **(D)**

CASE NO: 14-030027 CA 20 Dalia Villar vs. Progressive Express Ins Co. 02/23/16 **(T)**

CASE NO: 13-22881 CA 32 Dania Madrid vs. Olida Pages 02/29/16 **(D)**

CASE NO: 2015-001402 CA 06 Isel Martin vs. Publix Super Market, Inc. 04/14/16 **(P)**

-Continued-

CASE NO: CACE 13-028014 (21) Gary Morales vs. Miami Springs Taxi, Inc. 5/12/16 **(D)**

CASE NO: CACE 13-028014 (21) Gary Morales vs. Miami Springs Taxi, Inc. 5/27/16 **(D)**

CASE NO: 14-025508-CA-01 Jose Lopez vs. Cowboy logistics , LLC 6/9/16 **(T)**

CASE NO: CACE 14-020102-14 Deborah Branham vs. John W. Hanifin, Jr. Agnes Hanifin and Mason R. Hanifin 06/16/16 **(D)**

CASE NO: 14-029193 CA 01 Simone Lovett vs. Rodrigo Rodriguez and Randle Ambulance Service, INC. 08/05/16 **(P)**

CASE NO: 2012-CA-000208 Lourdes Ramirez-Cofino and Pedro Cofino vs. State Farm Mutual Automobile Ins. Co. 08/16/16 **(D)**

CASE NO: 2012-037143 CS 13 Nelson Lugo vs. Eysa Marquez –Brito 08/19/16 **(D)**

CASE NO: CACE -14-018643 Ronald Paige vs. Symbiont Service Corp. 09/01/16 **(T)**

CASE NO. CACE 15000716 Brandi Rodriguez and Johnerick Inoa vs. Miller & Miller  09/30/16 **(D)**

OJCC CASE NO: Joshua and Sonya Ho vs. Teigland Franklin & Brokken, D.V.M.'s, P.A. and Joseph Zerilli 10/04/16 **(D)**

OJCC CASE NO: 16-001708SMS Jose Lam Ramirez vs. Vertilux Limited/ Technology Ins. Co./AmTrust North America of Florida 10/10/16 **(T)**

CASE NO: 15-18558 CA 25 Cecilia Rossi Rodrigues vs. Publix Super Market, Inc. 10/14/16 **(D)**

CASE NO: 50 517 T 01128 13 Nku Herculas vs. Royal Caribbean Cruise Ltd. 10/21/16 **(D)**

OJCC CASE NO: 16-004523 CMH Juan Sanchez Reyes vs. Star Bakery, Inc. and ACS/Ascendant Claims Services 11/08/16 **(T)**

CASE NO: 2015-012239-CA-01 Tara Harris vs. Roman V. Golovin and Viktoriia Golovina 11/10/16 **(D)**

-Continued-

OJCC CASE NO: 16-003134ERA Jose Hernandez vs. City of Hialeah
11/11/16 **(T)**

CASE NO: CACE 14011521 Michele Gervolino and Dominic Laurinitis vs.
Sindy L. Swann, Raymond H. Harrell and State Farm Automobile Ins. Co.
11/15/16 **(D)**

CASE NO: 10-54642 CA 09 Luis Nodarse and Livia Nodarse vs. Norma
Reyes and Jesus Fuentes-Quintana 11/23/16 **(D)**

CASE NO: 2015-026135-CA-01 Ronald Rodriguez vs. Brinks Incorporated
12/09/16 **(D)**

## DEPOSITION-2017

CASE NO: 15000219 CA 10 Jerome Byrd vs. Brown 01/13/17 **(D)**

CASE NO: 50-20-1300-1128 Nku Hercules vs. Royal Caribbean Cruises,
LTD., 1/24/17 **(D)**

CASE NO: 14-010149 (05) Gail Harris-Wallace vs. James & Michael
Andersen 03/03/17 **(D)**

CASE NO: 59-A744-184 Rodolfo Perez Madias vs. Mara & Daniel Gordon
03/07/17 **(D)**

CASE NO: 10 CA 6873 Maria Del Carmen Zapata vs. Emily Ruben
03/09/17 **(D)**

CASE NO: 0520-095676 Ibrahim Brown vs. Greater Miami Caterers, Inc.
03/10/17 **(W/C T)**

CASE NO: 2016-000771 CA 01 Franco Montesinos vs. TBC Retail Group.
03/17/17 **(D)**

CASE NO: 15-030165-CA-15 Alexander Gonzalez vs. Frank Cooney and
Theodore F. Neal 03/23/17 **(D)**

CASE NO: CACE 15016433 (03) Bolivar Daiz vs. Leslie Ann Christine
Thomas 03/24/17 **(D)**

CASE NO: 14-25411 CA 09 Farah Garconnet vs.Polynesian Gardens. LLC
03/30/17 **(D)**

-Continued-

CASE NO: 14-22246 CA 01 Travis Royal vs. Silvio Y. Garcia Prieto 04/28/17 **(D)**

CASE NO: 2015-01460 CA 06 Marco Ponce vs. Violet Lloyd 05/5/17 **(D)**

CASE NO: 14-019666MGK Olivia Vega Escalante vs. Walmart and Sedgwick CMS 05/11/17 **(W/C T)**

CASE NO: CACE 15015279 Christopher Laseter vs. Walmart Stores, INC. 05/12/17 **(D)**

CASE NO: 12-318867 CA 32 Devon Parks vs. Edna L. Gutierrez 05/26/17 **(D)**

CASE NO: 2016-003276-CA-01 (22)  Lenor Cruz vs. Wal-Mart Stores East, LP  06/06/17 **(D)**

CASE NO: 11-40573 CA 11 Phillip Brown vs. William Escobar 06/12/17 **(D)**

CASE NO: 0:14-cv-60269 Moises Ore vs. TRICAM INDUSTRIES 06/13/17 **(D)**

CASE NO: 15-002546 (21) Juan Sotelo vs. Benjamin J. Deutschman 06/16/17 **(D)**

CASE NO: CACE-15-011620 Maria PerdomavDe Rodriguez vs. Julio Rodriguez 07/14/17 **(D)**

CASE NO: CACE2010-024782 (21) Edith Kelson vs. State Farm Earline Peter 07/24/17 **(D)**

CASE NO: 15 002546 (21) Juan Sotelo vs. Benjamin J. Deutshchman 07/28/17 **(D)**

CASE NO:    2016-006024 CA 01 Diana Isaza vs. Jaime & Rocio Uribe 08/01/17 **(D)**

CASE NO: 13-24056 CA (24) Elsa Perez vs. Wal-Mart Stores 08/03/17 **(D)**

CASE NO: 2016-009029-CA-01 Aliah & Nasser Joudeh vs. Thomas Lauss 08/08/17 **(D)**

CASE NO: CACE 15000716 Brandi Rodriguez vs. Barnabus & Mary Miller 08/15/17 **(D)**

-Continued-

CASE NO: 15-012302 (14) Alicia Medina vs. State Farm Mutual 08/29/17 **(D)**

CASE NO: CACE 15022531 Eddy Manazanares vs. Charles Ludwig 08/31/17 **(D)**

CASE NO: CACE 16005923 Melissa Anglero vs. Alana Tracy Lowe 09/05/17 **(D)**

CASE NO: CASE 14-018238 (04) James Luger vs. Robert J Shapiro & Geico General Insurance 09/15/17 **(P)**

CASE NO: CASE 17-00181MGK Alexandra Marenco vs. DeJong Construction 09/22/17 **(W/C T)**

CASE NO: 189409 Milutin Vasovic vs. Carnival Cruise Lines 09/29/17 **(T)**

CASE NO: 14-016075 CA 01 Jorge Villadiego vs. Michael Pasano 10/02/17 **(D)**

CASE NO: 14015699 (12) Richard Steckler vs. Brian Eugene Markey 10/13/17 **(D)**

CASE NO: 2016-013842 CA 06 John Paul Souza vs. C.H. Global Construction, LLC. 10/20/17 **(D)**

CASE NO: 2016-013842 CA 06 John Paul Souza vs. C.H. Global Construction, LLC. 10/23/17 **(D)**

CASE NO: 15-023956 CA 01 Juan Carlos Fernandez vs. Bairon De Jesus Ortega, 11/16/17 **(P)**

CASE NO: 13-039196 CA 20 Ramon Morodo vs. Miami-Dade County, City of Miami, 11/20/17 **(T)**

CASE NO: Civil No 1:16-cv-24465-MARTINEZ-GOODMAN Roy Maltez vs. Trepel Airport Equipment GMBH, 11/21/17 **(D)**

CASE NO: 15-CA-000242-K Eugenio Rivera vs. Circle K Stores, INC, 12/07/17 **(D)**

CASE NO: CACE-14-018238 James K. Luger vs. Robert J. Shapiro 12/08/17 **(D)**

-Continued-

2018-01-31 09:16

RECEIVED 01/31/2018 10:45
OCC.GRACE 3059372870 >>

P 11/11

CASE NO: 14-17016 CA 01 Guillermina Rodriguez vs. Alejandro Bardales /Painting & Waterproofing 12/15/17 **(D)**

## DEPOSITION-2018

CASE NO: 16-023786 CA 01 Kirenia Lorenzo-Arzuaga vs. Augusto Enrique Tirado, 01/09/18 **(D)**

OJCC CASE NO: 16-014279GBH Victor Rodriguez vs. Vista Motors 01/24/18 **(WC)**

CASE NO: CACE 12-019808 (09) Valda Anderson vs. North Broward Hospital District. 01/25/18 **(D)**



**Orthopedic Care Center**

Orthopaedic Surgery

Stephen S. Wender, MD
Sports Medicine &
Arthroscopic Surgery

Michael M. Koonin, MD, FICS
General Orthopaedics &
Total Joint Replacement

Rolando Garcia, Jr., MD, MPH
Spine Surgery &
Scoliosis

Richard Rozencwaig, MD, FACS
Sports Medicine & Arthroscopy
Shoulder & Elbow Reconstruction

Michael G. Dennis, MD, FACS
Sports Medicine & Arthroscopy
Joint Replacement & Fracture Care

Dominic J. Lewis, MD
Foot & Ankle Surgery

Paul B. Chaplin, MD
Hand Consultant &
General Orthopaedics

**Physical Medicine &
Rehabilitation**

Bryce E. Epstein, MD, FAAPMR
Occupational & Sports Medicine
Electrodiagnosis

Jennifer Mejia
Administrator

21000 N.E. 28th Avenue, Suite 104
Aventura, Florida 33180
(Behind Aventura Hospital)
305-937-1999

230 South Dixie Highway
Hallandale, Florida 33009
954-458-2166

# ROLANDO GARCIA, JR., M.D.

## DEPOSITION-2016

CASE NO: 11-35482 CA 11 Elizabeth Off vs. Dollar Tree Stores Inc. 1/29/16 **(D)**

CASE NO: CACE 12022405 Cary Yagerman **vs.** State Farm Auto Insurance./ Eduardo Curiel and Arelys Curiel 2/5/16 **(D)**

CASE NO: CACE 14-009934 Gretchen Faurot vs. Bennett Motors Express 02/11/16 **(D)**

CASE NO: 14-030027 CA 20 Dalia Villar vs. Progressive Express Ins Co. 02/23/16 **(T)**

CASE NO: 13-22881 CA 32 Dania Madrid vs. Olida Pages 02/29/16 **(D)**

CASE NO: 2015-001402 CA 06 Isel Martin vs. Publix Super Market, Inc. 04/14/16 **(P)**

CASE NO: CACE 13-028014 (21) Gary Morales vs. Miami Springs Taxi, Inc. 5/12/16 **(D)**

CASE NO: CACE 13-028014 (21) Gary Morales vs. Miami Springs Taxi, Inc. 5/27/16 **(D)**

CASE NO: 14-025508-CA-01 Jose Lopez vs. Cowboy logistics , LLC 6/9/16 **(T)**

CASE NO: CACE 14-020102-14 Deborah Branham vs. John W. Hanifin, Jr. Agnes Hanifin and Mason R. Hanifin 06/16/16 **(D)**

CASE NO: 14-029193 CA 01 Simone Lovett vs. Rodrigo Rodriguez and Randle Ambulance Service, INC. 08/05/16 **(P)**

CASE NO: 2012-CA-000208 Lourdes Ramirez-Cofino and Pedro Cofino vs. State Farm Mutual Automobile Ins. Co. 08/16/16 **(D)**

-Continued-



OFFICIAL PHYSICIANS
WORLD OLYMPIANS ASSOCIATION

CASE NO: 2012-037143 CS 13 Nelson Lugo vs. Eysa Marquez –Brito 08/19/16 **(D)**

CASE NO: CACE -14-018643 Ronald Paige vs. Symbiont Service Corp. 09/01/16 **(T)**

CASE NO. CACE 15000716 Brandi Rodriguez and Johnerick Inoa vs. Miller & Miller  09/30/16 **(D)**

OJCC CASE NO: Joshua and Sonya Ho vs. Teigland Franklin & Brokken, D.V.M.'s, P.A. and Joseph Zerilli 10/04/16 **(D)**

OJCC CASE NO: 16-001708SMS Jose Lam Ramirez vs. Vertilux Limited/ Technology Ins. Co./AmTrust North America of Florida 10/10/16 **(T)**

CASE NO: 15-18558 CA 25 Cecília Rossi Rodrigues vs. Publix Super Market, Inc. 10/14/16 **(D)**

CASE NO: 50 517 T 01128 13 Nku Herculas vs. Royal Caribbean Cruise Ltd. 10/21/16 **(D)**

OJCC CASE NO: 16-004523 CMH Juan Sanchez Reyes vs. Star Bakery, Inc. and ACS/Ascendant Claims Services 11/08/16 **(T)**

CASE NO: 2015-012239-CA-01 Tara Harris vs. Roman V. Golovin and Viktoriia Golovina 11/10/16 **(D)**

OJCC CASE NO: 16-003134ERA Jose Hernandez vs. City of Hialeah 11/11/16 **(T)**

CASE NO: CACE 14011521 Michele Gervolino and Dominic Laurinitis vs. Sindy L. Swann, Raymond H. Harrell and State Farm Automobile Ins. Co. 11/15/16 **(D)**

CASE NO: 10-54642 CA 09 Luis Nodarse and Livia Nodarse vs. Norma Reyes and Jesus Fuentes-Quintana 11/23/16 **(D)**

CASE NO: 2015-026135-CA-01 Ronald Rodriguez vs. Brinks Incorporated 12/09/16 **(D)**

## DEPOSITION-2017

CASE NO: 15000219 CA 10 Jerome Byrd vs. Brown 01/13/17 **(D)**

-Continued-

CASE NO: 50-20-1300-1128 Nku Hercules vs. Royal Caribbean Cruises, LTD., 1/24/17 **(D)**

CASE NO: 14-010149 (05) Gail Harris-Wallace vs. James & Michael Andersen 03/03/17 **(D)**

CASE NO: 59-A744-184 Rodolfo Perez Madias vs. Mara & Daniel Gordon 03/07/17 **(D)**

CASE NO: 10 CA 6873 Maria Del Carmen Zapata vs. Emily Ruben 03/09/17 **(D)**

CASE NO: 0520-095676 Ibrahim Brown vs. Greater Miami Caterers, Inc. 03/10/17 **(W/C T)**

CASE NO: 2016-000771 CA 01 Franco Montesinos vs. TBC Retail Group. 03/17/17 **(D)**

CASE NO: 15-030165-CA-15 Alexander Gonzalez vs. Frank Cooney and Theodore F. Neal 03/23/17 **(D)**

CASE NO: CACE 15016433 (03) Bolivar Daiz vs. Leslie Ann Christine Thomas 03/24/17 **(D)**

CASE NO: 14-25411 CA 09 Farah Garconnet vs.Polynesian Gardens. LLC 03/30/17 **(D)**

CASE NO: 14-22246 CA 01 Travis Royal vs. Silvio Y. García Prieto 04/28/17 **(D)**

CASE NO: 2015-01460 CA 06 Marco Ponce vs. Violet Lloyd 05/5/17 **(D)**

CASE NO: 14-019666MGK Olivia Vega Escalante vs. Walmart and Sedgwick CMS 05/11/17 **(W/C T)**

CASE NO: CACE 15015279 Christopher Laseter vs. Walmart Stores, INC. 05/12/17 **(D)**

CASE NO: 12-318867 CA 32 Devon Parks vs. Edna L. Gutierrez 05/26/17 **(D)**

CASE NO: 2016-003276-CA-01 (22)  Lenor Cruz vs. Wal-Mart Stores East, LP  06/06/17 **(D)**

-Continued-

CASE NO: 11-40573 CA 11 Phillip Brown vs. William Escobar 06/12/17 **(D)**

CASE NO: 0:14-cv-60269 Moises Ore vs. TRICAM INDUSTRIES 06/13/17 **(D)**

CASE NO: 15-002546 (21) Juan Sotelo vs. Benjamin J. Deutschman 06/16/17 **(D)**

CASE NO: CACE-15-011620 Maria PerdomavDe Rodriguez vs. Julio Rodriguez 07/14/17 **(D)**

CASE NO: CACE2010-024782 (21) Edith Kelson vs. State Farm Earline Peter 07/24/17 **(D)**

CASE NO: 15 002546 (21) Juan Sotelo vs. Benjamin J. Deutshchman 07/28/17 **(D)**

CASE NO:     2016-006024 CA 01 Diana Isaza vs. Jaime & Rocio Uribe 08/01/17 **(D)**

CASE NO: 13-24056 CA (24) Elsa Perez vs. Wal-Mart Stores 08/03/17 **(D)**

CASE NO: 2016-009029-CA-01 Aliah & Nasser Joudeh vs. Thomas Lauss 08/08/17 **(D)**

CASE NO: CACE 15000716 Brandi Rodriguez vs. Barnabus & Mary Miller 08/15/17 **(D)**

CASE NO: 15-012302 (14) Alicia Medina vs. State Farm Mutual 08/29/17 **(D)**

CASE NO: CACE 15022531 Eddy Manazanares vs. Charles Ludwig 08/31/17 **(D)**

CASE NO: CACE 16005923 Melissa Anglero vs. Alana Tracy Lowe 09/05/17 **(D)**

CASE NO: CASE 14-018238 (04) James Luger vs. Robert J Shapiro & Geico General Insurance 09/15/17 **(D)**

CASE NO: CASE 17-00181MGK Alexandra Marenco vs. DeJong Construction 09/22/17 **(W/C T)**

CASE NO: 189409 Milutin Vasovic vs. Carnival Cruise Lines 09/29/17 **(T)**

**-Continued-**

CASE NO: 14-016075 CA 01 Jorge Villadiego vs. Michael Pasano 10/02/17 **(D)**

CASE NO: 14015699 (12) Richard Steckler vs. Brian Eugene Markey 10/13/17 **(D)**

CASE NO: 2016-013842 CA 06 John Paul Souza vs. C.H. Global Construction, LLC. 10/20/17 **(D)**

CASE NO: 2016-013842 CA 06 John Paul Souza vs. C.H. Global Construction, LLC. 10/23/17 **(D)**

CASE NO: 15-023956 CA 01 Juan Carlos Fernandez vs. Bairon De Jesus Ortega, 11/16/17 **(D)**

CASE NO: 13-039196 CA 20 Ramon Morodo vs. Miami-Dade County, City of Miami, 11/20/17 **(T)**

CASE NO: Civil No 1:16-cv-24465-MARTINEZ-GOODMAN Roy Maltez vs. Trepel Airport Equipment GMBH, 11/21/17 **(D)**

CASE NO: 15-CA-000242-K Eugenio Rivera vs. Circle K Stores, INC, 12/07/17 **(D)**

CASE NO: CACE-14-018238 James K. Luger vs. Robert J. Shapiro 12/08/17 **(D)**

CASE NO: 14-17016 CA 01 Guillermina Rodriguez vs. Alejandro Bardales /Painting & Waterproofing 12/15/17 **(D)**

## **DEPOSITION-2018**

CASE NO: 16-023786 CA 01 Kirenia Lorenzo-Arzuaga vs. Augusto Enrique Tirado, 01/09/18 **(D)**

OJCC CASE NO: 16-014279GBH Victor Rodriguez vs. Vista Motors 01/24/18 **(WC)**

CASE NO: CACE 12-019808 (09) Valda Anderson vs. North Broward Hospital District. 01/25/18 **(D)**

CASE NO: 2015-020461-CA-01 Lisa Mae (Melissa) Reiss vs. State Farm Mutual Auto Ins. 02/01/18 **(D)**

-Continued-

CASE NO: 2016-017851-CA -13 Nelsa Valladares vs. Government Employees Insurance Co. 02/09/18 **(D)**

CASE NO:2016-032319 CA 01(02) Jacob Wood vs. Sharrod Allen Word 02/13/18 **(T)**

CASE NO: CACE 14-014059 02 Jillian Lenkowitz vs. Stephen Halpern 03/02/18 **(D)**

CASE NO: 16-009139 CA 30 Eduardo Condis-Gutierrez vs. Jillian Ventura and Vera-Williamson 03/13/18 **(D)**

CASE NO: 01-16-0004-8714 Radic Ljubisa vs. Celebrity Cruise Inc. 04/03/18 **(T)**

CASE NO: 2016-014398-CA 01 Michael Cooper vs. Jack Louis & Mary Morgan 04/05/18 **(D)**

CACE 14-016832 (12) Joseph Hollingsworth vs. Douglas Eney 04/06/18 **(D)**

CASE NO: 16-007024 CACE (02) Annette Anderson vs. President Supermarket 04/17/18 **(D)**

CASE NO: 15-030170-CA-08 Christine Renee Molina vs. William Jacob Miller & Aida Vanessa Caro 04/19/18 **(T)**

CASE NO:  01-16-0002-1292 Jarvin Cano vs. NCL (Bahamas) LTD. 05/04/18 **(T)**

CASE NO: CACE 17-016115 (04) Brent Sibley vs. Progressive American Insurance Co. 05/08/18 **(T)**

CASE NO: 11-10663 CA-42 Anias Munoz vs. Yenney Gomez 05/22/18 **(D)**

CASE NO: ST-2015-CV-527 Clifton Franklin vs. Marriott Hotel Management 06/07/18 **(D)**

CASE NO: 16-009181 CA 02 Opal Powe vs. Valerie Vazquez and Ezequiel Molina 06/22/18 **(D)**

CASE NO: 2016-021199-CA-01 (05) Carlos Buitrago vs. Waste Management 07/17/18 **(W/C T)**

CASE NO: 2017-006842-CA-01 Eduin Hernandez Marquez vs. Elizabeth Marie McCain 07/27/18 **(D)**

-Continued-

CASE NO: 204740 Damir Marcev vs. Carnival Cruise Line 08/23/18 **(T)**

CASE NO: CACE-17-003222 Division: 02 Keyla S. Wilson Duviella vs. Gary Keyes 08/28/18 **(D)**

**CASE NO:** 17-008390- CA 15 Sarah Arcila vs. Andre Sultan Osechas 09/04/18 **(D)**

CASE NO: 2016-9447 CA 01 Odalys Diaz Mendez vs. David Rodriguez & Josefina Rodriguez 10/09/18 **(D)**

CASE NO: CACE 17-008404 (18) Amy Skoke vs. Prisa II Davie SC, LLC & Southeast Centers, LLC 11/21/18 **(D)**

CASE NO: 1:17-CV-23483-JLK Jessica L. Matlin vs. Ricardo R. Sanchez De Movellan 11/27/18 **(D)**

CASE NO: 17-005527 CA-01 Marilyn Garcia vs. Floyd Scofield and Hidalgo Imports, LLC. 12/04/18 **(D)**

CASE NO: 16-017089DAL Rodrigo Mayorga vs. AmTrust North America 12/06/18 **(WC)**

## DEPOSITION-2019

**CASE NO:** 17-7891CA01 Ariandy Rodriguez Ramos vs. William Hicks, JR. 01/15/19 **(D)**

**CASE NO:** 01-15-0004-4024 David Harvey Martin vs. NCL (Bahamas) LTD., 01/22/19 **(T)**

**CASE NO:** 1850-0254-00 Lisa Marie Gomez vs. Walgreen Family 1/24/19 **(D)**

**CASE NO:** 2017-022204 CA 01 Victoria Rodriguez vs. Valencia at Doral Condominium No1 01/29/19 **(D)**

**CASE NO:** 107914745 Carmen De Jesus Villalon vs. Affordable Air & Heating.  01/31/19 **(D)**

**CASE NO:** 17-14907 CA 31 Rebecca Saunders vs. Andrey Shklyaev/Century Cab. 02/08/19 **(D)**

**CASE NO:** 15-19160 CA 24 Altamese Wallace vs. Jose Antonio Hernandez 2/14/19 **(D)**

**CASE NO:** OJCC 04-032531 WJH Brian Stone vs. Bed, Bath & Beyond, Inc. 02/21/19 **(T)**

**CASE NO:** 15-007759 (12) Michelle Joiner Quijano vs. Dicey's 2nd Street, Inc. 03/01/19 **(D)**

**CASE NO:** 18-013469 CA 01(30) Jose Vizcaino vs. Felipe M. Montilla 03/08/19 **(D)**

**CASE NO**: 18-CV-21629-DPG Elias Hernandez vs. Joseph Leland Pridemore  (Sam R. Boatright Trucking, LLC.) 03/29/19 **(D)**



**Orthopedic Care Center**

### ROLANDO GARCIA, JR., M.D.

**Orthopaedic Surgery**

Stephen S. Wender, MD
Sports Medicine &
Arthroscopic Surgery

Michael M. Koonin, MD, FICS
General Orthopaedics &
Total Joint Replacement

Rolando Garcia, Jr., MD, MPH
Spine Surgery &
Scoliosis

Richard Rozencwaig, MD, FACS
Sports Medicine & Arthroscopy
Shoulder & Elbow Reconstruction

Michael G. Dennis, MD, FACS
Sports Medicine & Arthroscopy
Joint Replacement & Fracture Care

Dominic J. Lewis, MD
Foot & Ankle Surgery

Paul B. Chaplin, MD
Hand Consultant &
General Orthopaedics

**Physical Medicine &
Rehabilitation**

Bryce E. Epstein, MD, FAAPMR
Occupational & Sports Medicine
Electrodiagnosis

Jennifer Mejia
Administrator

21000 N.E. 28th Avenue, Suite 104
Aventura, Florida 33180
(Behind Aventura Hospital)
305-937-1999

230 South Dixie Highway
Hallandale, Florida  33009
954-458-2166

## TRIAL TESTIMONY 2016

CASE NO: 2014-11072 CA-07 Antonio Diaz vs Avigdor Landman, Raquel Landman 1/12/16 **(D)**

CASE NO: CACE 09-003801 (18) Kathryn Marshall vs. Joseph Barg 1/26/16 **(D)**

CASE NO: 13-000889 CA 25 Joseph Gautier vs. Charles Nelson 2/9/16 **(D)**

CASE NO: 13-2717 CA 42 Neusa Figueiredo vs. Raquel Srendi 02/18/16 **(D)**

CASE NO: CACE 14-021798 Jesula Petite-Frere vs. Farley & Farley 03/02/16 **(D)**

CASE NO: 08 27555 (14) Mery Cohen vs. Joseph Black 03/03/16 **(D)**

CASE NO: 2014-10279 CA Ernesto Navajas vs. Ferro 03/15/16 **(D)**

CASE NO: 10-42931 CA (04) Reynaldo Trevino snd Yolanda Garcia vs. Ocean Beach Properties 06/23/16 **(D)**

CASE NO: 2015-014860-CA 25 Jorge Elizalde vs. Progressive Express Ins., Co. 08/30/16 **(D)**

CASE NO: 2012-037143 CS 13 Nelson Lugo vs. Eysa Marquez –Brito 08/31/16 **(D)**

CASE NO: 14-007826 (25) Monica Foulkes vs. Melila Bien-Aime 09/14/16 **(D)**

CASE NO: 2015-005443-CA-01 Victor Decespedes vs. Jorge Aristizabal Gomez and Carlos Serrano 09/15/16 **(D)**

CASE NO: CACE -13-023517 (25) David Grad vs. Mark Jurgrau 11/03/16 **(D)**

## TRIAL TESTIMONY 2017

CASE NO: 10-54642 CA 09 Luis Nodarse vs. Norma Reyes and Jesus Fuentes-Quintana 1/17/17 **(D)**

-Continued-



Official Physicians
World Olympians Association

CASE NO: 14-17016 CA Guillermina Rodriguez vs. Bardales, Padron & Paragon Painting  01/31/17 **(D)**

CASE NO: 2015-027128-CA 01 Mario Falconi vs. Fishman 02/07/17

CASE NO: 16000281 (21) Brad Shecter vs. Rapaport 02/15/17 **(D)**

CASE NO: 1674400013 Andrea Mckay vs BJ's Wholes Club 02/16/17 **(D)**

CASE NO: SF10.514 Ronaele Kendrix vs. Salazar  02/23/17 **(D)**

CASE NO: 15-021706 09 Dayana St. Vil Lopez vs. Yo Roofing, ET AL 03/28/17 **(D)**

CASE NO: 12-21868 (09) Cornelia Slew Murphy vs. Fansa Joseph and TICA Investments. LLC 04/20/17 **(D)**

CASE NO: CACE 14-009934 Gretchen Faurot vs. Bennett Motor Express and Charles Shinabarker 04/21/17b **(D)**

CASE NO: 2015-000219-CA 10 Jerome Byrd vs. Trevar Brown 04/27/17 **(D)**

CASE NO: 14-7690 CA 05 Ronald Paige vs. Henry Wardlaw, Jr. 05/09/17 **(D)**

CASE NO: 12-20642 CA 27 Noraida Urra vs. Diego Garcia 6/15/17 **(D)**

CASE NO: 12-28152 CA 23 Yamile Bell vs. Esteban J. Perez, III 07/20/17 **(D)**

CASE NO: CACE-15-019034 (04) Egbert Grant vs. Kaila Wall & Allstate Insurance 09/26/17 **(D)**

CASE NO: CACE-15-019034 (04) Egbert Grant vs. Kaila Wall & Allstate Insurance 09/27/17 **(D) Continuation**

CASE NO: 14-010149 (05) Gail Harris Wallace vs. James & Michael Anderson 10/10/17 **(D)**

CASE NO: 2016-013842 CA (06) John Paul Souza vs. Global Construction, LLC. 10/26/17 **(D)**

CASE NO: 12-022409 (02) Baldo Leon vs. Paul & Steven Lorenzi 11/02/17 **(D)**

CASE NO: 2016-006024 CA (01) Diana Isaza vs. Jaime & Rocio Uribe 11/07/17 **(D)**

-Continued-

CASE NO: 80023-12 Agnes Roberts vs. Roberto Carvajal 12/1/17 **(D)**

## TRIAL TESTIMONY 2018

CASE NO: 2015-020461-CA-01 Lisa Mae (Melissa) Reiss vs. State Farm Mutual Auto Ins. 02/06/18 **(D)**

CASE NO: 2016-10972-CA-02 George Morffiz vs. Joseph Leo and Meisner Electric 03/06/18 **(D)**

CASE NO: 14-11072-CA-09 Antonio R. Diaz vs. Jose Landman 03/16/18 **(D)**

CASE NO: 14-022662-08 Marcia Barnett vs. Viktoriya Kleyzor 04/04/18 **(D)**

**CASE NO:** 15-026659 CA 01 Octavio Muguercia Herrera vs. David E. Choukroun & Flagler Investment Con, LLC. 08/21/18 **(D)**

CASE NO: CACE-16-004321 (18) Theresa Morris vs. Nicole Batista & Maria Batista 09/27/18 **(D)**

CASE NO: 06-06697 05 David Zucker vs. Miguel Gonzalez (GEICO) 10/16/18 **(T)**

CASE NO: 06-06697 05 David Zucker vs. Miguel Gonzalez (GEICO) "continued" 10/17/18 **(T)**

CASE NO. 2017-002150CA01 Erwin Torres Apolo vs. Lucas G. Aloisi & Glenn D. Aloisi 10/30/18 **(D)**

CASE NO. 15-012302 (14) Alicia Medina vs. State Farm Mutual Automobile Insurance 11/01/18 **(D)**

CASE NO: 11-40573 CA 11 Phillip Brown vs. William Escobar and Mastec North America, INC. 11/29/18 **(D)**

## TRIAL TESTIMONY 2019

CASE NO: 15-018558-CA-01 (25) Cecilia Rodrigues vs. Publix Super Market, INC. 01/17/19 **(D)**

**CASE NO:** 16-028464 CA 22 Michael Appel vs. State Farm Mutual Auto Insurance 02/05/19 **(T)**

**CASE NO:** 15-018269 (2) Joseph Baffi vs. World Petroleum, Corp. 03/07/19 (D)



**Orthopedic Care Center**

### ROLANDO GARCIA, JR., M.D.

**Orthopaedic Surgery**

**Rolando Garcia, Jr., MD, MPH**
Spine Surgery &
Scoliosis

**Richard Rozencwaig, MD, FACS**
Sports Medicine & Arthroscopy
Shoulder & Elbow Reconstruction

**Dominic J. Lewis, MD**
Foot & Ankle Surgery

**Paul B. Chaplin, MD**
Hand Consultant &
General Orthopaedics

**Physical Medicine &
Rehabilitation**

**Bryce E. Epstein, MD, FAAPMR**
Occupational & Sports Medicine
Electrodiagnosis

21000 N.E. 28th Avenue, Suite 104
Aventura, Florida 33180
(Behind Aventura Hospital)
305-937-1999

230 South Dixie Highway
Hallandale, Florida 33009
954-458-2166

## TRIAL TESTIMONY 2016

CASE NO: 2014-11072 CA-07 Antonio Diaz vs Avigdor Landman, Raquel Landman 1/12/16 **(D)**

CASE NO: CACE 09-003801 (18) Kathryn Marshall vs. Joseph Barg 1/26/16 **(D)**

CASE NO: 13-000889 CA 25 Joseph Gautier vs. Charles Nelson 2/9/16 **(D)**

CASE NO: 13-2717 CA 42 Neusa Figueiredo vs. Raquel Srendi 02/18/16 **(D)**

CASE NO: CACE 14-021798 Jesula Petite-Frere vs. Farley & Farley 03/02/16 **(D)**

CASE NO: 08 27555 (14) Mery Cohen vs. Joseph Black 03/03/16 **(D)**

CASE NO: 2014-10279 CA Ernesto Navajas vs. Ferro 03/15/16 **(D)**

CASE NO: 10-42931 CA (04) Reynaldo Trevino snd Yolanda Garcia vs. Ocean Beach Properties 06/23/16 **(D)**

CASE NO: 2015-014860-CA 25 Jorge Elizalde vs. Progressive Express Ins., Co. 08/30/16 **(D)**

CASE NO: 2012-037143 CS 13 Nelson Lugo vs. Eysa Marquez –Brito 08/31/16 **(D)**

CASE NO: 14-007826 (25) Monica Foulkes vs. Melila Bien-Aime 09/14/16 **(D)**

CASE NO: 2015-005443-CA-01 Victor Decespedes vs. Jorge Aristizabal Gomez and Carlos Serrano 09/15/16 **(D)**

CASE NO: CACE -13-023517 (25) David Grad vs. Mark Jurgrau 11/03/16 **(D)**

## TRIAL TESTIMONY 2017

CASE NO: 10-54642 CA 09 Luis Nodarse vs. Norma Reyes and Jesus Fuentes-Quintana 1/17/17 **(D)**

-Continued-



**Official Physicians
World Olympians Association**

New Patients OCC OCC305-933-3112                    (3/13) 08/21/2019 03:26:20 PM -0400

CASE NO: 14-17016 CA Guillermina Rodriguez vs. Bardales, Padron & Paragon Painting  01/31/17 **(D)**

CASE NO: 2015-027128-CA 01 Mario Falconi vs. Fishman 02/07/17

CASE NO: 16000281 (21) Brad Shecter vs. Rapaport 02/15/17 **(D)**

CASE NO: 1674400013 Andrea Mckay vs BJ's Wholes Club 02/16/17 **(D)**

CASE NO: SF10.514 Ronaele Kendrix vs. Salazar  02/23/17 **(D)**

CASE NO: 15-021706 09 Dayana St. Vil Lopez vs. Yo Roofing, ET AL 03/28/17 **(D)**

CASE NO: 12-21868 (09) Cornelia Slew Murphy vs. Fansa Joseph and TICA Investments. LLC 04/20/17 **(D)**

CASE NO: CACE 14-009934 Gretchen Faurot vs. Bennett Motor Express and Charles Shinabarker 04/21/17b **(D)**

CASE NO: 2015-000219-CA 10 Jerome Byrd vs. Trevar Brown 04/27/17 **(D)**

CASE NO: 14-7690 CA 05 Ronald Paige vs. Henry Wardlaw, Jr. 05/09/17 **(D)**

CASE NO: 12-20642 CA 27 Noraida Urra vs. Diego Garcia 6/15/17 **(D)**

CASE NO: 12-28152 CA 23 Yamile Bell vs. Esteban J. Perez, III 07/20/17 **(D)**

CASE NO: CACE-15-019034 (04) Egbert Grant vs. Kaila Wall & Allstate Insurance 09/26/17 **(D)**

CASE NO: CACE-15-019034 (04) Egbert Grant vs. Kaila Wall & Allstate Insurance 09/27/17 **(D) Continuation**

CASE NO: 14-010149 (05) Gail Harris Wallace vs. James & Michael Anderson 10/10/17 **(D)**

CASE NO: 2016-013842 CA (06) John Paul Souza vs. Global Construction, LLC. 10/26/17 **(D)**

CASE NO: 12-022409 (02) Baldo Leon vs. Paul & Steven Lorenzi 11/02/17 **(D)**

CASE NO: 2016-006024 CA (01) Diana Isaza vs. Jaime & Rocio Uribe 11/07/17 **(D)**

-Continued-

CASE NO: 80023-12 Agnes Roberts vs. Roberto Carvajal 12/1/17 **(D)**

## **TRIAL TESTIMONY 2018**

CASE NO: 2015-020461-CA-01 Lisa Mae (Melissa) Reiss vs. State Farm Mutual Auto Ins. 02/06/18 **(D)**

CASE NO: 2016-10972-CA-02 George Morffiz vs. Joseph Leo and Meisner Electric 03/06/18 **(D)**

CASE NO: 14-11072-CA-09 Antonio R. Diaz vs. Jose Landman 03/16/18 **(D)**

CASE NO: 14-022662-08 Marcia Barnett vs. Viktoriya Kleyzor 04/04/18 **(D)**

**CASE NO:** 15-026659 CA 01 Octavio Muguercia Herrera vs. David E. Choukroun & Flagler Investment Con, LLC. 08/21/18 **(D)**

CASE NO: CACE-16-004321 (18) Theresa Morris vs. Nicole Batista & Maria Batista 09/27/18 **(D)**

CASE NO: 06-06697 05 David Zucker vs. Miguel Gonzalez (GEICO) 10/16/18 **(T)**

CASE NO: 06-06697 05 David Zucker vs. Miguel Gonzalez (GEICO) "continued" 10/17/18 **(T)**

CASE NO. 2017-002150CA01 Erwin Torres Apolo vs. Lucas G. Aloisi & Glenn D. Aloisi 10/30/18 **(D)**

CASE NO. 15-012302 (14) Alicia Medina vs. State Farm Mutual Automobile Insurance 11/01/18 **(D)**

CASE NO: 11-40573 CA 11 Phillip Brown vs. William Escobar and Mastec North America, INC. 11/29/18 **(D)**

## **TRIAL TESTIMONY 2019**

CASE NO: 15-018558-CA-01 (25) Cecilia Rodrigues vs. Publix Super Market, INC. 01/17/19 **(D)**

**CASE NO:** 16-028464 CA 22 Michael Appel vs. State Farm Mutual Auto Insurance 02/05/19 **(T)**

**CASE NO:** 15-018269 (2) Joseph Baffi vs. World Petroleum, Corp. 03/07/19 **(D)**

**CASE NO:** 15-002546 (21) Juan Sotelo vs. Benjamin J. & Elizabeth Deutschmann 07/30/19 **(D)**

**CASE NO:** 2013-014981-CA-01 Juanita Jackson vs. Ken 21 St. Llc. 08/15/19 **(D)**

New Patients OCC OCC305-933-3112                    (5/13) 08/21/2019 03:27:31 PM -0400



**Orthopedic Care Center**

## ROLANDO GARCIA, JR., M.D.

**Orthopaedic Surgery**

Rolando Garcia, Jr., MD, MPH
Spine Surgery &
Scoliosis

Richard Rozencwaig, MD, FACS
Sports Medicine & Arthroscopy
Shoulder & Elbow Reconstruction

Dominic J. Lewie, MD
Foot & Ankle Surgery

Paul B. Chaplin, MD
Hand Consultant &
General Orthopaedics

**Physical Medicine & Rehabilitation**

Bryce E. Epstein, MD, FAAPMR
Occupational & Sports Medicine
Electrodiagnosis

21000 N.E. 28th Avenue, Suite 104
Aventura, Florida 33180
(Behind Aventura Hospital)
305-937-1999

230 South Dixie Highway
Hallandale, Florida 33009
954-458-2166

### DEPOSITION-2016

CASE NO: 11-35482 CA 11 Elizabeth Off vs. Dollar Tree Stores Inc. 1/29/16 (D)

CASE NO: CACE 12022405 Cary Yagerman vs. State Farm Auto Insurance./ Eduardo Curiel and Arelys Curiel 2/5/16 (D)

CASE NO: CACE 14-009934 Gretchen Faurot vs. Bennett Motors Express 02/11/16 (D)

CASE NO: 14-030027 CA 20 Dalia Villar vs. Progressive Express Ins Co. 02/23/16 (T)

CASE NO: 13-22881 CA 32 Dania Madrid vs. Olida Pages 02/29/16 (D)

CASE NO: 2015-001402 CA 06 Isel Martin vs. Publix Super Market, Inc. 04/14/16 (P)

CASE NO: CACE 13-028014 (21) Gary Morales vs. Miami Springs Taxi, Inc. 5/12/16 (D)

CASE NO: CACE 13-028014 (21) Gary Morales vs. Miami Springs Taxi, Inc. 5/27/16 (D)

CASE NO: 14-025508-CA-01 Jose Lopez vs. Cowboy logistics , LLC 6/9/16 (T)

CASE NO: CACE 14-020102-14 Deborah Branham vs. John W. Hanifin, Jr. Agnes Hanifin and Mason R. Hanifin 06/16/16 (D)

CASE NO: 14-029193 CA 01 Simone Lovett vs. Rodrigo Rodriguez and Randle Ambulance Service, INC. 08/05/16 (P)

CASE NO: 2012-CA-000208 Lourdes Ramirez-Cofino and Pedro Cofino vs. State Farm Mutual Automobile Ins. Co. 08/16/16 (D)

-Continued-



OFFICIAL PHYSICIANS
WORLD OLYMPIANS ASSOCIATION

CASE NO: 2012-037143 CS 13 Nelson Lugo vs. Eysa Marquez –Brito 08/19/16 **(D)**

CASE NO: CACE -14-018643 Ronald Paige vs. Symbiont Service Corp. 09/01/16 **(T)**

CASE NO. CACE 15000716 Brandi Rodriguez and Johnerick Inoa vs. Miller & Miller  09/30/16 **(D)**

OJCC CASE NO: Joshua and Sonya Ho vs. Teigland Franklin & Brokken, D.V.M.'s, P.A. and Joseph Zerilli 10/04/16 **(D)**

OJCC CASE NO: 16-001708SMS Jose Lam Ramirez vs. Vertilux Limited/ Technology Ins. Co./AmTrust North America of Florida 10/10/16 **(T)**

CASE NO: 15-18558 CA 25 Cecilia Rossi Rodrigues vs. Publix Super Market, Inc. 10/14/16 **(D)**

CASE NO: 50 517 T 01128 13 Nku Herculas vs. Royal Caribbean Cruise Ltd. 10/21/16 **(D)**

OJCC CASE NO: 16-004523 CMH Juan Sanchez Reyes vs. Star Bakery, Inc. and ACS/Ascendant Claims Services 11/08/16 **(T)**

CASE NO: 2015-012239-CA-01 Tara Harris vs. Roman V. Golovin and Viktoriia Golovina 11/10/16 **(D)**

OJCC CASE NO: 16-003134ERA Jose Hernandez vs. City of Hialeah 11/11/16 **(T)**

CASE NO: CACE 14011521 Michele Gervolino and Dominic Laurinitis vs. Sindy L. Swann, Raymond H. Harrell and State Farm Automobile Ins. Co. 11/15/16 **(D)**

CASE NO: 10-54642 CA 09 Luis Nodarse and Livia Nodarse vs. Norma Reyes and Jesus Fuentes-Quintana 11/23/16 **(D)**

CASE NO: 2015-026135-CA-01 Ronald Rodriguez vs. Brinks Incorporated 12/09/16 **(D)**

## DEPOSITION-2017

CASE NO: 15000219 CA 10 Jerome Byrd vs. Brown 01/13/17 **(D)**

-Continued-

New Patients OCC OCC305-933-3112                    (7/13) 08/21/2019 03:28:45 PM -0400

CASE NO: 50-20-1300-1128 Nku Hercules vs. Royal Caribbean Cruises, LTD., 1/24/17 **(D)**

CASE NO: 14-010149 (05) Gail Harris-Wallace vs. James & Michael Andersen 03/03/17 **(D)**

CASE NO: 59-A744-184 Rodolfo Perez Madias vs. Mara & Daniel Gordon 03/07/17 **(D)**

CASE NO: 10 CA 6873 Maria Del Carmen Zapata vs. Emily Ruben 03/09/17 **(D)**

CASE NO: 0520-095676 Ibrahim Brown vs. Greater Miami Caterers, Inc. 03/10/17 **(W/C T)**

CASE NO: 2016-000771 CA 01 Franco Montesinos vs. TBC Retail Group. 03/17/17 **(D)**

CASE NO: 15-030165-CA-15 Alexander Gonzalez vs. Frank Cooney and Theodore F. Neal 03/23/17 **(D)**

CASE NO: CACE 15016433 (03) Bolivar Daiz vs. Leslie Ann Christine Thomas 03/24/17 **(D)**

CASE NO: 14-25411 CA 09 Farah Garconnet vs.Polynesian Gardens. LLC 03/30/17 **(D)**

CASE NO: 14-22246 CA 01 Travis Royal vs. Silvio Y. Garcia Prieto 04/28/17 **(D)**

CASE NO: 2015-01460 CA 06 Marco Ponce vs. Violet Lloyd 05/5/17 **(D)**

CASE NO: 14-019666MGK Olivia Vega Escalante vs. Walmart and Sedgwick CMS 05/11/17 **(W/C T)**

CASE NO: CACE 15015279 Christopher Laseter vs. Walmart Stores, INC. 05/12/17 **(D)**

CASE NO: 12-318867 CA 32 Devon Parks vs. Edna L. Gutierrez 05/26/17 **(D)**

CASE NO: 2016-003276-CA-01 (22)  Lenor Cruz vs. Wal-Mart Stores East, LP  06/06/17 **(D)**

-Continued-

New Patients OCC OCC305-933-3112                              (8/13) 08/21/2019 03:29:16 PM -0400

CASE NO: 11-40573 CA 11 Phillip Brown vs. William Escobar 06/12/17 (D)

CASE NO: 0:14-cv-60269 Moises Ore vs. TRICAM INDUSTRIES 06/13/17 (D)

CASE NO: 15-002546 (21) Juan Sotelo vs. Benjamin J. Deutschman 06/16/17 (D)

CASE NO: CACE-15-011620 Maria PerdomavDe Rodriguez vs. Julio Rodriguez 07/14/17 (D)

CASE NO: CACE2010-024782 (21) Edith Kelson vs. State Farm Earline Peter 07/24/17 (D)

CASE NO: 15 002546 (21) Juan Sotelo vs. Benjamin J. Deutshchman 07/28/17 (D)

CASE NO:    2016-006024 CA 01 Diana Isaza vs. Jaime & Rocio Uribe 08/01/17 (D)

CASE NO: 13-24056 CA (24) Elsa Perez vs. Wal-Mart Stores 08/03/17 (D)

CASE NO: 2016-009029-CA-01 Aliah & Nasser Joudeh vs. Thomas Lauss 08/08/17 (D)

CASE NO: CACE 15000716 Brandi Rodriguez vs. Barnabus & Mary Miller 08/15/17 (D)

CASE NO: 15-012302 (14) Alicia Medina vs. State Farm Mutual 08/29/17 (D)

CASE NO: CACE 15022531 Eddy Manazanares vs. Charles Ludwig 08/31/17 (D)

CASE NO: CACE 16005923 Melissa Anglero vs. Alana Tracy Lowe 09/05/17 (D)

CASE NO: CASE 14-018238 (04) James Luger vs. Robert J Shapiro & Geico General Insurance 09/15/17 (D)

CASE NO: CASE 17-00181MGK Alexandra Marenco vs. DeJong Construction 09/22/17 (W/C T)

CASE NO: 189409 Milutin Vasovic vs. Carnival Cruise Lines 09/29/17 (T)

-Continued-

CASE NO: 14-016075 CA 01 Jorge Villadiego vs. Michael Pasano 10/02/17 **(D)**

CASE NO: 14015699 (12) Richard Steckler vs. Brian Eugene Markey 10/13/17 **(D)**

CASE NO: 2016-013842 CA 06 John Paul Souza vs. C.H. Global Construction, LLC. 10/20/17 **(D)**

CASE NO: 2016-013842 CA 06 John Paul Souza vs. C.H. Global Construction, LLC. 10/23/17 **(D)**

CASE NO: 15-023956 CA 01 Juan Carlos Fernandez vs. Bairon De Jesus Ortega, 11/16/17 **(D)**

CASE NO: 13-039196 CA 20 Ramon Morodo vs. Miami-Dade County, City of Miami, 11/20/17 **(T)**

CASE NO: Civil No 1:16-cv-24465-MARTINEZ-GOODMAN Roy Maltez vs. Trepel Airport Equipment GMBH, 11/21/17 **(D)**

CASE NO: 15-CA-000242-K Eugenio Rivera vs. Circle K Stores, INC, 12/07/17 **(D)**

CASE NO: CACE-14-018238 James K. Luger vs. Robert J. Shapiro 12/08/17 **(D)**

CASE NO: 14-17016 CA 01 Guillermina Rodriguez vs. Alejandro Bardales /Painting & Waterproofing 12/15/17 **(D)**

## DEPOSITION-2018

CASE NO: 16-023786 CA 01 Kirenia Lorenzo-Arzuaga vs. Augusto Enrique Tirado, 01/09/18 **(D)**

OJCC CASE NO: 16-014279GBH Victor Rodriguez vs. Vista Motors 01/24/18 **(WC)**

CASE NO: CACE 12-019808 (09) Valda Anderson vs. North Broward Hospital District. 01/25/18 **(D)**

CASE NO: 2015-020461-CA-01 Lisa Mae (Melissa) Reiss vs. State Farm Mutual Auto Ins. 02/01/18 **(D)**

-Continued-

CASE NO: 2016-017851-CA -13 Nelsa Valladares vs. Government Employees Insurance Co. 02/09/18 (D)

CASE NO:2016-032319 CA 01(02) Jacob Wood vs. Sharrod Allen Word 02/13/18 (T)

CASE NO: CACE 14-014059 02 Jillian Lenkowitz vs. Stephen Halpern 03/02/18 (D)

CASE NO: 16-009139 CA 30 Eduardo Condis-Gutierrez vs. Jillian Ventura and Vera-Williamson 03/13/18 (D)

CASE NO: 01-16-0004-8714 Radic Ljubisa vs. Celebrity Cruise Inc. 04/03/18 (T)

CASE NO: 2016-014398-CA 01 Michael Cooper vs. Jack Louis & Mary Morgan 04/05/18 (D)

CACE 14-016832 (12) Joseph Hollingsworth vs. Douglas Eney 04/06/18 (D)

CASE NO: 16-007024 CACE (02) Annette Anderson vs. President Supermarket 04/17/18 (D)

CASE NO: 15-030170-CA-08 Christine Renee Molina vs. William Jacob Miller & Aida Vanessa Caro 04/19/18 (T)

CASE NO:  01-16-0002-1292 Jarvin Cano vs. NCL (Bahamas) LTD. 05/04/18 (T)

CASE NO: CACE 17-016115 (04) Brent Sibley vs. Progressive American Insurance Co. 05/08/18 (T)

CASE NO: 11-10663 CA-42 Anias Munoz vs. Yenney Gomez 05/22/18 (D)

CASE NO: ST-2015-CV-527 Clifton Franklin vs. Marriott Hotel Management 06/07/18 (D)

CASE NO: 16-009181 CA 02 Opal Powe vs. Valerie Vazquez and Ezequiel Molina 06/22/18 (D)

CASE NO: 2016-021199-CA-01 (05) Carlos Buitrago vs. Waste Management 07/17/18 (W/C T)

CASE NO: 2017-006842-CA-01 Eduin Hernandez Marquez vs. Elizabeth Marie McCain 07/27/18 (D)

-Continued-

CASE NO: 204740 Damir Marcev vs. Carnival Cruise Line 08/23/18 **(T)**

CASE NO: CACE-17-003222 Division: 02 Keyla S. Wilson Duviella vs. Gary Keyes 08/28/18 **(D)**

**CASE NO:** 17-008390- CA 15 Sarah Arcila vs. Andre Sultan Osechas 09/04/18 **(D)**

CASE NO: 2016-9447 CA 01 Odalys Diaz Mendez vs. David Rodriguez & Josefina Rodriguez 10/09/18 **(D)**

CASE NO: CACE 17-008404 (18) Amy Skoke vs. Prisa II Davie SC, LLC & Southeast Centers, LLC 11/21/18 **(D)**

CASE NO: 1:17-CV-23483-JLK Jessica L. Matlin vs. Ricardo R. Sanchez De Movellan 11/27/18 **(D)**

CASE NO: 17-005527 CA-01 Marilyn Garcia vs. Floyd Scofield and Hidalgo Imports, LLC. 12/04/18 **(D)**

CASE NO: 16-017089DAL Rodrigo Mayorga vs. AmTrust North America 12/06/18 **(WC)**

## DEPOSITION-2019

**CASE NO:** 17-7891CA01 Ariandy Rodriguez Ramos vs. William Hicks, JR. 01/15/19 **(D)**

**CASE NO:** 01-15-0004-4024 David Harvey Martin vs. NCL (Bahamas) LTD., 01/22/19 **(T)**

**CASE NO:** 1850-0254-00 Lisa Marie Gomez vs. Walgreen Family 1/24/19 **(D)**

**CASE NO:** 2017-022204 CA 01 Victoria Rodriguez vs. Valencia at Doral Condominium No1 01/29/19 **(D)**

**CASE NO:** 107914745 Carmen De Jesus Villalon vs. Affordable Air & Heating. 01/31/19 **(D)**

**CASE NO:** 17-14907 CA 31 Rebecca Saunders vs. Andrey Shklyaev/Century Cab. 02/08/19 **(D)**

**CASE NO:** 15-19160 CA 24 Altamese Wallace vs. Jose Antonio Hernandez 2/14/19 **(D)**

New Patients OCC OCC305-933-3112 (12/13) 08/21/2019 03:31:27 PM -0400

**CASE NO:** OJCC 04-032531 WJH Brian Stone vs. Bed, Bath & Beyond, Inc. 02/21/19 **(T)**

**CASE NO:** 15-007759 (12) Michelle Joiner Quijano vs. Dicey's 2nd Street, Inc. 03/01/19 **(D)**

**CASE NO:** 18-013469 CA 01(30) Jose Vizcaino vs. Felipe M. Montilla 03/08/19 **(D)**

**CASE NO:** 18-CV-21629-DPG Elias Hernandez vs. Joseph Leland Pridemore (Sam R. Boatright Trucking, LLC.) 03/29/19 **(D)**

CASE NO: 2047-013087 CA 01 (32) Maria Arias vs. John Hodges 04/11/19 **(D)**

OJCC CASE NO: 17-001811MGK Alexander Marenco vs. Dejong Construction 04/23/19 **(T)**

CASE NO: 18-CVS-5253 Richard Segal vs. Stein Mart, INC. and Childress Klein Properties, Etc…. 04/25/19 **(T)**

CASE NO: CACE16014730 Carl Honeyghan vs. Continental Casualty Co. 05/03/19 **(D)**

CASE NO: CACE 14-12988 (25) Anot Delius vs. Gold Coast Tires of Coconut Creek 05/07/19 **(D)**

CASE NO: 502017CA003510XXXXMB-AG Eileen Hirsch vs. State Farm Mutual Insurance Co. 05/09/19 **(T)**

CASE NO: 2018-016182-CA-01 Alexander Balseiro vs. Alexander A. Sanchez, Jaime Perez & Daydid Specialties, Inc. 05/10/19 **(T)**

**CASE NO:** CACE-16-020036 Andres Gongalez Cardenas vs. Ricardo Alvaro (Alabama Farmers Cooperative, Inc.) 05/21/19 **(D)**

**CASE NO:** 2018-033330-CA-01 (11) Alberto Garcia vs. Rechtien International Trucks, Inc. 05/28/19 **(T)**

CASE NO: 18-CVS-5253 Richard Segal vs. Stein Mart, INC. and Childress Klein Properties, Etc…. 06/04/19 **(T)**

**CASE NO:** 18-014250 CA 01 (15) Garnell Smith vs. Neil Stephen Bulbin 06/21/19 **(D)**

CASE NO: 01-16-0004-2909 Nancy Ortiz vs. Royal Caribbean Cruises 07/23/19 **(T)**

New Patients OCC OCC305-933-3112                                    (13/13) 08/21/2019 03:32:02 PM -0400

CASE NO: **15-20941-10** Barbara Galeago vs. Department of Off- Street Parking Off the City Miami 07/31/19 **(D)**

**CASE NO: CACE** 14-009667 (14) Robert Frankl vs. Alan Matthews and Geico Insurance Co. 08/12/19 **(D)**



**Orthopedic Care Center**

INVOICE FOR PAYMENT PLEASE FORWARD TO PAYOR

Orthopaedic Surgery

Rolando Garcia, Jr., MD, MPH
Spine Surgery &
Scoliosis

Richard Rosenewsig, MD, FACS
Sports Medicine & Arthroscopy
Shoulder & Elbow Reconstruction

Dominic J. Lewis, MD
Foot & Ankle Surgery

Paul B. Chaplin, MD
Hand Consultant &
General Orthopedics

Physical Medicine &
Rehabilitation

Bryce E. Epstein, MD, FAAPMR
Occupational & Sports Medicine
Electrodiagnosis

21000 N.E. 28th Avenue, Suite 104
Aventura, Florida 33180
(Behind Aventura Hospital)
305-937-1999

230 South Dixie Highway
Hallandale, Florida 33009
954-458-2166

JULY 8, 2019

JONATHAN LISS, ESQ.
4000 HOLLYWOOD BLVD
SUITE 610
HOLLYWOOD, FL 33021

## COMPULSORY MEDICAL EXAMINATION
RE: JUAN ANTONIO CANOURA 422305 -CME

| | | |
|---|---|---|
| VIDEO CME | | $850.00 |
| REVIEW OF RECORDS: | (4 HRS X 750.00) | $3,000.00 |
| REVIEW OF CT | (3 SETS X 250.00) | $750.00 |
| OUTSIDE X-RAYS: | | |
| MULTIPLE VIEWS | | $200.00 |
| IN-HOUSE X-RAYS: | | |
| CERVICAL SPINE | | $385.00 |
| LUMBAR SPINE | | $415.00 |
| AP PELVIS | | $220.00 |
| **TOTAL:** | | **$5,820.00** |

TAX I.D. #: 65-0357304





**Orthopedic Care Center**

Orthopaedic Surgery

Stephen S. Wender, MD
Sports Medicine &
Arthroscopic Surgery

Michael M. Koonin, MD, FICS
General Orthopaedics &
Total Joint Replacement

Paul B. Chaplin, MD
Hand Consultant &
General Orthopaedics

Rolando Garcia, Jr., MD, MPH
Spine Surgery &
Scoliosis

Richard Rozencwaig, MD, FACS
Sports Medicine & Arthroscopy
Shoulder & Elbow Reconstruction

Michael G. Dennis, MD, FACS
Cartilage Restoration
Sports Medicine & Arthroscopy

Dominic J. Lewis, MD
Foot & Ankle Surgery

Physical Medicine &
Rehabilitation

Bryce E. Epstein, MD, FAAPMR
Occupational & Sports Medicine
Electrodiagnosis

Nina Bieler
Administrator

21000 N.E. 28th Avenue
Aventura, Florida 33180
(Behind Aventura Hospital)
305-937-1999

230 South Dixie Highway
Hallandale, Florida  33009
954-456-2166

## FEE SCHEDULE

## DR. ROLANDO GARCIA

| TELEPHONE & LIVE CONFERENCE | $250.00 | 1-15 MINS |
| | $500.00 | 16-30 MINS |
| | $750.00 | 31-45 MINS |
| | $1,000.00 | 46-60 MINS |

(PRE PAYMENT REQUIRED FOR)
(PHONE CONFERENCE)

| PRE- DEPOSITION | $250.00 | 15-30 MINS |
| VIDEO DEPOSITION | $1,000.00 | PER HOUR |
| DEPOSITION | $800.00 | PER HOUR |
| WORKER'S COMP DEPO | $200.00 | PER HOUR |
| REVIEW OF RECORDS | $750.00 | PER HOUR |

TRIAL TESTIMONY        $1,000.00 PER HOUR PORTAL TO
PORTAL, $4,000.00 MUST BE PAID IN ADVANCE.

FEES ARE TO BE PAID IN ADVANCE PRIOR TO SCHEDULED TIME OR AT
TIME OF SERVICE.

REVIEW OF RECORDS WILL BE BILLED ACCORDINGLY.

A 50% DISRUPTION FEE WILL BE INVOICED IF CANCELLATION IS LESS
THAN 48 HOURS OF SCHEDULED APPOINMENT.

 TRIAL TESTIMONY FEES WILL NOT BE REFUNDED IF PATIENT
APPOINMENTS OR SURGERIES HAVE POSTPONED OR RESCHEDULED DUE
TO COURT PROCEDURES.

TAX I.D. #65-0357304

Revised 06/14/2013



OFFICIAL PHYSICIANS
WORLD OLYMPIANS ASSOCIATION

# Jeff Gelblum, M.D.

**Curriculum Vitae**

**Date:**          January 1, 2019

**Birthplace:**   Baltimore, Maryland

**Education/Training/Employment:**
**1981:** Bachelor of Science, University of Maryland Honors Program. **Major:** Zoology/ Journalism.
**1985:** Medical Doctorate, University of Maryland School of Medicine, Baltimore, MD.
**1985 - 86:** Medical Internship, Mount Sinai Medical Center Miami Beach. Florida.
**1985 - 89:** Residency in Neurology, University of Miami School of Medicine.
**1988:** Chief Resident in Neurology, Jackson Memorial Hospital University of Miami, Miami Veterans Hospital.
**1989 - 90:** Fellow in Neuromuscular Diseases, EMG/NCS.
**1992 - Present:** Private Practice - Miami, FL.
**2015-2020:** Board Member, First Choice Neurology, Inc.

**Board Certification:**
1990: Diplomate American Board of Psychiatry and Neurology, Inc.
1992: Diplomate American Board of Electrodiagnostlc Medicine, Inc.
2000: Expert Medical Advisor, Florida's Division of Worker's Compensation Claims.
2016-2018: Certification -- Florida Physicians Medical Cannabis.

**Professional Affiliation:**
American Medical Association
Dade County Medical Association
Florida Medical Association
American Academy of Neurology
American Association of Electrodiagnostic Medicine/Science & Technology Board Member
American Society of Neurophysiology Monitoring
American Association for the Study of Headache
American Epilepsy Society
Board Member Neuroscience Consultants

**Attending Staff:**
Mount Sinai Medical Center, Miami Beach, FL
Aventura Medical Center, Aventura, FL
Miami Jewish Health Systems, Miami, FL
Prior - Miami Heart Institute, Miami Beach, FL

Prior - Peking Union Medical College, Beijing, PRC

**Current Faculty Affiliation:** Nova Southeast College of Medicine : Asst Clinical Prof. Neurology
**Senior Neurology Attending -** Mount Sinai Medical Center
**Senior Neurology Attending -** Aventura Medical Center, Miami, FL
**Consulting Medical Director -** Brucker Biofeedback Center, Miami Jewish Home and Hospital

**Prior Faculty Affiliation:**
**Voluntary Associate Professor of Neurology -** University of Miami School of Medicine
**Pharmacy and Therapeutics Committee -** Mount Sinai Medical Center
**Institutional Review Board -** Mount Sinai Medical Center

**Consultant for Neurology:**
Activis Pharmaceuticals, Dublin, Ireland
Affiliated Research Centers, Chicago, IL
Avanir Pharmaceuticals, Aliso Viejo, CA
Florida Medical Quality Assurance, Inc., (PRO), Tampa, FL
Florida Division of Workers Compensation
Gerson Lehrman Group, Austin Texas
International Association Special Investigation Units
Otsuka Pharmaceuticals, Tokyo
State Farm Mutual, Bloomington, IL
UCB Pharma, Brussels, Belgium
'Un Sourire Pour Espoir', Paris, France
Akcea Pharma, California

**Perceptorships:**
Alzheimer recognition, treatment, long-term care
Anticonvulsant Applications
Migraine/Pain management

**Research Activities:**
**Principal Investigator:**
Neurontin STEPS - Parke-Davis - Top Recruiter
Alnatidine Migraine Study - Janssen
Topamax Epilepsy Study - Ortho-McNeil
Memantine Neuropathy Study - Nerobiology Technology, Inc/Mertz
Lamictal HIV Neuropathy Study - Glaxo - Top Recruiter
Lamictal Monotherapy Epilepsy Study - Glaxo
Neurontin Diabetic Neuropathy - Pfizer
Carisbamate Epilepsy Study - Johnson and Johnson
Sumatrlptan/Naproxen Migraine Responders - GSK

Epilepsy Treatment in the Emergency Dept - UCB PharmaLyrica HIV Neuropathy - Pfizer
Axona Treatment for Alzheimer's -- Accera Pharmaceuticals

**Honors:**
**"Intern of the Year" -** Mount Sinai Medical Center, Miami Beach, FL
**Young Founder -** Mount Sinai Medical Center, Miami Beach, FL

**Publications:**
Gelblum, JB, Et al. Effects of nasal Insufflation of could oxygen on pulmonary artery Resistance in humans. International Hypoxia. Symposium. ,Banff. Canada, 1985.
Gelblum, JB Et al. Cerebrospinal fluid characteristics in AIDS. Archives of AIDS research 2 (1),33-41, 1988.
Gelblum, JB, Et at. Choreoarthetosis following surgery for congenital heart disease. American Neurologic ASSOCiation, Movement Disorders Section. New Orleans, 1989.
Gelblum, JB., Difini, J., Ayyar, DR. Selective involvement of the dorsal cutaneous nerve of the hand. American Association of Electrodiagnostic Medicine Chicago, 1990.
Gelblum, JB., Et al. The use of surface EMG in the diagnosis and treatment of nerve and muscle disorder. Muscle and Nerve. 19 (3), 392-395, 1995.
Gelblum, JB., Et al. Dynamic electromyography In gait and motion analysis. Muscle and Nerve. 19 (3),1996.
Gelblum, JB., Et al. How to detect excessive electrodiagnostic testing. Insurance Fraud Alert. Summit G. 9-11. 1996
Gelblum, JB., Et at. Advances in the treatment of pain: Role of anti convulsants. Southern Clinical Neuro Society, 57-67. 1999.
Gelblum, JB., Et al. Barriers to diagnosis and treatment of Alzheimer's: World Alzheimer's Association.
Gelblum, JB., Et al. Role of Glutamate Antagonism: Memantine. Experimental and Clinical Applications. Dekkar. Amsterdam. 2001.
Gelblum, JB., Et al. Controlling chronic non-malignant pain. Medical crossfire. 3:9, September 2001.
Emergency Department of Utilization of Anticonvulsants. Poster Presentation. AES December 2007.
Gelblum, JB, Et al. Long Term Use of Capyrillic Acid for Management of Alzheimer's Disease. Dove Press 2013.
Gelblum JB, Kuritsky, et. al. Diagnosing and treating neurogenic orthostatic hypotension in primary care. Taylor & Francis Online, June 2015.

**Journal Peer Review Work:**
Headache: The Journal of head and face pain: Evaluating HIV patients with headaches; November 2000.

**International Educational Lectures:**

Beijing, PRC - Anticonvulsant Mechanisms; October, 1994 -1995.
Ixtapa, Mexico - Phamacotherapies of Pain Management - Anticonvulsant and Antidepressant Drug Program - January 1997.
Montreal, Canada - Stating-based lipid Reduction Therapy in Stroke Prevention March 1998.
Curaçao , NA - Clinical Applications of Neuronal Stabilization - January 1999.
Taiwan, ROC - Neuropathic Pain Treatments - Role of Anticonvulsants - August 2000.
Hua lien, ROC - Epilepsy Management in Adults - August 2000.
Singapore - Pain Management In Neurologic Conditions - August 2000.
St Lucla, WI - Emerging Anticonvulsants - November 2000.
Sebu, Philippines -Stroke Risk Control -Winter 2001.
San Juan, Puerto Rico - Epilepsy and Alzheimer Pharmacology - March 2001.
San Juan, Puerto Rico - Society of Neurophysiology - Current Treatments in Multiple Sclerosis - August 2003.
Aruba. N.A. - Neurology Society - Understanding and Expanding Dementia Treatment March 2005.
Trinidad - Neurology Society - Dementia Pharmacotherapy - April 2005.
San Juan, Puerto Rico Keynote Speaker - IX Annual Congress of Neurophysiology - Pharmacotherapy of Dementia - June 2005.
San Juan, Puerto Rico - CME Presentation -IX Annual Congress of Neurophysiology Understanding Neuropathic Pain - June 2003.
Miami, FL - Keynote Speaker for Annual Caribbean Pain Symposium. - November 2005.
Barbados, WI - Advances in the Treatment of Neurologic Pain Syndrome - Jan 2006.

**Continuing Medical Education Presentations: (Greater than 200 Presentations Nationwide)**
Program Director - CME courses on "Emerging Applications of Anticonvulsants" Mount Sinai Medical Center.
Program Director - CME courses on "Contemporary Migraine Treatment".
Anticonvulsants in Pain Management - Dosing to Effect.
Anticonvulsants for Mood Disorders of the Neurologically Impaired.
Epileptic seizures - Pharmacologic Protocols.
Dementia Treatment Algorithms - Medication Interventions.
Alzheimer's Recognition in Primary Care and Psychiatry
Migraine Diagnosis and Treatment Cox -II Inhibition in Neurologic and Musculoskeletal Pain Disorders.
Anti-platelet Therapy in Stroke.
Lipid Reduction Drugs in Cerebrovascular Prevention.
Electrodiagnostic Assessment of Peripheral Nerve Injury.
Depression in Neurodegenerative Disorders - Modern Pharmacology.
Seizure Management In Primary Care - Georgia Academy Family Practice.
Behavioral Disturbances of Dementia - Pharmedica Symposium, 2002.
Thomas Jefferson University, Philadelphia, PA - Vascular Dementia Update - March 2005.

Faculty Harvard University, Joslin Diabetes Institute. Neur('pathlc Pain Treatment, August 2005.
Nova Southeast College of Medicine: "Update *of* Neurological Pain". Jan 2006.
St. Joseph Hospital/Baltimore, MD: "Neuropathic Pain". February, 2006.
Bethesda Naval Hospital: Geriatric Seizure Management. February 2006.
Florida Osteopathic Medical Association. Neurologic Basis of Pain. February 2006.
Neuropathic Pain Video CMA. New York, NY. October 2006.
Neuroscience Update. Mississippi Gulf Coast Medical Association. March 2007.
Barry University Podiatric Pain Symposium. October 2007.
Palm Beach Neuroscience CME Program. October 2007.
American College Emergency Physicians. Seattle, WA. Epilepsy Emergencies at Sea, Oct. 2007.
Neurologic Disorders In the Elderly, 3rd Annual Conference. Palm Beach, FL Oct 2007.
Fibromyalgia Treatment in the Neurology Clinic. PrimeMed. Ft. Lauderdale. Feb 2008.
Pri-Med National CME Developer, 2012, 2014: Alzheimer's Disease Treatment.
Coordinating Care Between Neurology and Psychiatry in Parkinson's Psychosis: 2016.

**Community Outreach Programs:**
Stroke Prevention through Cholesterol Management Alzheimer's Early Detection and Treatment HIV and Neurological Complications of Pain and Stroke Toxic Drug. Interactions In the Elderly Board of Directors: Epilepsy Foundation of Florida.
Trustee: Dade County Art in Public Places.

**National Media Presentations:**
**Television:**
NBC Network - Diabetic Neuropathy special,1998.
Alzheimer's Satellite Media Tour with Ms, Olympia Dukakis, March 1999.
World Alzheimer's Conference Satellite Media Tour, July 2000.
Fox Network Alzheimer Special: Caring for the Caregiver - February, 2000.
Univision (En Espanol) - Neurological Functions of Human Sexuality, Nov 2000.
Co-Host with Leeza Gibbons Show - LA, California -New Advances in Alzheimer'sTreatment, April 2001.
Satellite Media Tour -Philadelphia, PA - American Academy of Neurology Dementia Recognition, May 2000.
Psych -Link Neurologic panelist - Dementia treatments ,May 2002.
Neurologic consultant to NBC-6 - " Dangers of switching to generic anticonvulsants medications", May 2007.
**Radio:**
**Local Talk Media:**
Drug Management of Pain Nationwide "Wakeup" Interview -Medication Options in Alzheimer's Treatment National Healthtalk -Chicago, Il -November 2000.
Alzheimer's Treatment and Diagnosis American Health Radio Chicago, Il March 2001.
Alzheimer's Recognition National Radio Media Tour -April 2001.
Strategies to avoid nursing home placement, Voice of America -April 2001. Alzheimer's Treatment National Radio Media Tour -Stockholm -July 2002.

South Florida Regional spokesman: "Prescription Drug interactions in the Elderly" sponsored by Quigley Corporation, January 2006.

**Internet Initiatives:**
**Founder of Neuroline, Inc.**
Internet based resource of data acquisition, cross-reference, and retrieval for enhanced recgonition and treatment of neurologic diseases.
**Founder of Neuro2go**
Online Interactive conferencing system enabling health care providers to acquire realtime updates of emerging clinical practices, requiring no private software downloads, registratons, or hardware configurations.
**Founder of Neuroblog**
A former daily on-line periodical geared toward the lay-public providing timely updates on contemporary neurologic issues and other matters of public interest.

## LEGAL TESTIMONY CASE SHEET

| A | B | C |
|---|---|---|
| JONES,JOSEPH | ROBERT ROOTH | 1/9/2007 |
| JONES,JOSEPH | ROBERT ROOTH | 1/25/2007 |
| JONES,JOSEPH | VALERIE CONZO | 2/9/2007 |
| BACALLEO,GRISELL | VALERIE CONZO | 2/13/2007 |
| SAINVIL,GREGORY | ROSSMAN | 2/20/2007 |
| CYBRIN,GARDY | FELICIA KAUFMAN | 3/27/2007 |
| JONES,JOSEPH | BARRY ROOTH | 4/4/2007 |
| PELZER,DAGMAR | SECRETARY BECKY | 4/10/2007 |
| SAINVIL,GREGORY | LESLIE DELMAN | 4/17/2007 |
| WILK,KENNETH | W. MATTHEWMAN | 4/18/2007 |
| WILK,KENNETH | W.MATTHEWMAN | 4/27/2007 |
| WILK,KENNETH | W.MATTHEWMAN | 5/1/2007 |
| NOTCHIE,JOHN | WILLIAM MARTIN | 5/2/2007 |
| BIRSKY,JUSTIN | DAVID MISHAEL | 5/4/2007 |
| GROSS,MARSHA | S. KRONENBERG | 6/12/2007 |
| SAINVIL,GREGORY | STEVEN ROSSMAN | 7/10/2007 |
| WOODARD,CHESTER | JOHN MORAN | 9/19/2007 |
| GORNELL,NICHOLAS | FRANK PIERCE | 10/17/2007 |
| BRACKETT,CHRIS | SECRETARY KATHY | 11/1/2007 |
| FERRIERA,JORCELO | LINCOLN CONNELLY | 11/28/2007 |
| PRATT,ANCELL | DAVID APPLEBEE | 12/27/2007 |
| CABRERA,LEONARDO | FELICIA KAUFMAN | 1/1/2008 |
| WEIDER,CELESTE | DAVID WEIDER | 1/31/2008 |
| FERRIERA,JORCELO | LINCOLN CONNELLY | 3/10/2008 |
| WEIDER,CELESTE | DAVID WEIDER | 3/14/2008 |
| PITTMAN,SHELLY | ALBERT DIB | 5/5/2008 |
| BRIDGET ASHTON | MICHAEL B. | 5/12/2008 |
| FERRIERA,JORCELO | LINCOLN CONNELLY | 7/23/2008 |
| LEVINE,KERRY | JEFF FOX | 3/12/2009 |
| LEVINE,KERRY | SHEROUSE | 3/12/2009 |
| RAKOVER,YORAM | ANDREW YAFFA | 4/20/2009 |
| SVENSEN,TERJE | LINDA AMADI | 4/28/2009 |
| BIRSKY,JUSTIN | DAVID MISHAEL | 5/5/2009 |
| WEIDER,CELESTE | SUSAN LERNER | 5/7/2009 |
| RAKOVER,YORAM | ADAMS @ ADAMS | 6/8/2009 |
| HORNIK,HELENA | EDWARD BLUMBERG | 7/8/2009 |
| PARKER,MARTIN | CARLOS DEL AMO | 7/24/2009 |
| SOL,RICHARD | LINCOLN CONNELLY | 9/11/2009 |
| PARKER,MARTIN | ANTHONY SOTO | 10/16/2009 |
| JIMENEZ,YASMIN | FELICIA KAUFMAN | 10/21/2009 |
| SVENSEN,TERJE | TIMOTHY MARTIN | 12/10/2009 |
| NOTCHIE,JOHN | RONALD ROSEN | 2/1/2010 |
| NOTCHIE,JOHN | SECRETARY GINA | 2/17/2010 |
| ROTHMAN,DAVID | KEITH PIERRO | 3/11/2010 |
| ROTHMAN,DAVID | KIETH PIERRO | 3/16/2010 |
| PARKER,MARTIN | ROBERT RUBENSTEIN | 3/19/2010 |
| SINGH,RAMESH | BRAD ASNIS | 4/20/2010 |
| BROWN,RONDAL | W.MATTHEWMAN | 5/11/2010 |
| HARTMAN,DEBRA | DAVID APPLBYE | 5/14/2010 |
| HORRILLO,MARGARET | STEVEN HAMMER | 5/25/2010 |
| SOL,RICHARD | LINCOLN CONNELLY | 6/8/2010 |
| MERRIL,DANIEL | TOM CECIL | 7/8/2010 |
| HORRILLO,MARGARET | LARRY FOREMAN | 8/5/2010 |

CASE SHEET

| A | B | C |
|---|---|---|
| WEIDER,DAVID | JAMES SCARY | 8/1/2013 |
| HORRILLO,MARGARET | LARRY FOREMAN | 10/15/2013 |
| SIMS,ASTLEY | JAMES SPARKSMAN | 2/7/2014 |
| LOFGREN,AMY | JEFF FINLEY | 4/29/2014 |
| FONSECA,KIM | MATTHEW WARING | 7/17/2014 |
| CASTRO,JOSE | PB GARDENS PA | 9/16/2014 |
| SCHNIEDER,HOWARD | JEFFREY HIRSCH | 11/17/2014 |
| OLIVIERA,CAMILE | JEFF MIDWALL | 2/4/2015 |
| MATTHEWS,JOSHUA | BLAKE COLE | 12/1/2014 |
| SILVERMAN,NOAH | EUGENIO BARROS | 1/10/2015 |
| GOODMAN,CHARLES | MARIA DIAZ | 2/15/2015 |
| RODRIGUEZ,A | SCHLESINGER P.A. | 2/15/2015 |
| PHILLIPS,KENNETH | ALBERT DIB | 3/1/2015 |
| JOHN KOTONIAS | JUDY ZIENKA | 6/11/2015 |
| CAROL KENNEDY | JUDY ZIENKA | 6/11/2015 |
| JOHN SMEDES | MICHEAL BECKMAN | 9/4/2015 |
| JOHN SMEDES | MICHEAL BECKMAN | 9/8/2015 |
| WALLACE PINKSTON | HAYES SCHLOSS | 9/24/2015 |
| CRYSTAL SEWELL | LUKS SANTANIELLO | 10/16/2015 |
| ROSE CALDWELL | GARY GORDOY | 10/28/2015 |
| ANTHONY ZIBELLI | MATTHEW KAPLAN | 12/22/2015 |
| YVONNE BENRUBE | LINNES FINNEY | 1/15/2016 |
| JACQUELYN PARKER | CHRIS MCCLURE | 4/18/2016 |
| JACQUELYN PARKER | CHRIS MCCLURE | 5/2/2016 |
| ENRIQUE CRUZ | KELLY KRONENBERG | 7/20/2016 |
| MARITZA LABAUT | KAREN GILMARTIN | 9/15/2016 |
| DAN GOLINKSY | JONATHAN LISS | 9/20/2016 |
| CESAR MORALES | SCOTT LEVINE | 9/26/2016 |
| CHERULUS JOSEPH | JONATHAN LISS | 10/13/2016 |
| BRENDA MCHUGH | JEFF GORDON | 11/18/2016 |

CASE SHEET

# NEUROSCIENCE CONSULTANTS
### Federal Tax ID: 54-2107535

2801 N.E. 213 STREET SUITE#1004 AVENTURA, FL 33180   Phone 305-936-9393 Fax 305-963-9650

| Patient Name | | Patient Account # | Attorney Name | | Date |
|---|---|---|---|---|---|
| JUAN ANTONIO CANOURA | | 1112935 | JONATHAN LISS | | 6-5-19 |

| | | | CPT | FEE | |
|---|---|---|---|---|---|
| Bernstein, Chackman & Liss 4000 Hollywood Boulevard Suite 610 North Tower Hollywood, FL 33021 954-986-9600 > MAIN 954-929-1166 > FACSIMILE | | | | | |
| I.M.E. | | | 99075 | $1350.00 | |
| VIDEO I.M.E. | | | 99075 | $1850.00 | |
| EEG | | | 95816 | $1493.00 | |
| BAER | | | 92585 | $553.00 | |
| VER | | | 95930 | $695.00 | |
| SSEP(UPPER) | | | 95938 | $1,418.00 | |
| | | | CPT | FEE | |
| SSEP(LOWER) | | | 95938 | $1,418.00 | |
| EMG( Bilateral Upper or Lower Per Order) | | | 95885 | $520.00 | |
| NCS(Nerve Conduction Studies) | | | 95910 | $792.00 | |

| | CHECK # | |
|---|---|---|
| **Please submit payment STAT so date discussed can be confirmed. Thank you** | TOTAL CHARGES | |
| | AMOUNT DUE | **$1,350.00** |

To allow coordination of patient care, live testimony fees must be paid at least 10 business days in advance.

{50% disruption charge of pre-paid fee shall apply to cancellation 6-10 business days prior to date of testimony; 100% disruption fee shall apply to cancellation occurring within 5 business days.}

SIGN _____     DATE _____



c/o Jeff Gelblum, MD
2801 NE 213 Street
10th Floor
Aventura, FL 33180
305.495.9099
jeffgelblum@gmail.com
http://neuronline.com
Tax Reg N°: 65-0773527
Office Manager, Caroline Garcia: 305.401.3833
Fax: 305.936.9650

# Neuronline, Inc

# Invoice

**Bill To:**   Jonathan Liss, Esq
erin@bclrlaw.com
4000 Hollywood Blvd
Suite 610 North Tower
Hollywood, FL 33021

**Invoice No:**   1Canoura
**Date:**   07/26/2019
**Terms:**   NET 7
**Due Date:**   08/02/2019

| Description | Quantity | Rate | Amount |
|---|---|---|---|
| 7/26/19: Juan CANOURA vs State Farm - Record Review | 6 hours | $800.00 | $4,800.00 |

|  |  |
|---|---|
| Subtotal | $4,800.00 |
| TAX 0% | $0.00 |
| Total | $4,800.00 |
| PAID | $0.00 |

**Payment Details**

Payments only accepted via check. No credit cards, please.

## Balance Due          $4,800.00

**Notes**

Thanks for your prompt remittance of this agreed amount. Please feel free to contact me for any inquiries.

Regards,
Dr. Jeff Gelblum