IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
(MIAMI DIVISION)

JUAN ANTONIO CANOURA,                                      Case No.: 1:19-cv-20883

       Plaintiff,

vs.

STATE FARM MUTUAL AUTOMOBILE
INSURANCE COMPANY, a foreign
corporation,

       Defendant.

_____/

## PLAINTIFF'S EXPERT WITNESS DISCLOSURE

The Plaintiff JUAN CANOURA, through the undersigned counsel, serves his Expert

Witness List:

> **1.  Dr. Nicholas Suite, M.D.**
> **11860 West State Road 84, Suite B-10**
> **Davie FL 33325**

Dr. Suite's medical records and reports (*which are confidential medical records*) have

been attached as exhibits to his video deposition transcript attended by and provided

to  all parties.

 Dr. Suite is a neurologist/ health care provider who has treated, evaluated, and/or

reviewed records and/or films of the Plaintiff for the physical and emotional injuries

and the sequelae of such injuries suffered by him in the motor vehicle crash of

March 26, 2016.

Dr. Suite is expected to testify about the injuries suffered by Plaintiff resulting from

his March 26, 2016 car crash, its effect on the Plaintiff's spine and general health

(including his subsequent stroke) and the future prognosis of these conditions for

the Plaintiff.

He is also expected to testify on the reasonable necessity and relationship of Plaintiff's medical expenses incurred as a result of the subject crash. His testimony will also include testimony regarding Plaintiff's past medical treatment and need for future medical care.  The grounds for his opinions will be based on treatment of the Plaintiff, review of his medical records and results of testing performed on Plaintiff, diagnostic films along with his educational background, and years of training and experience in the field of neurology.

(i)   Dr. Suite's Curriculum Vitae is attached.

(ii)  List of cases in which Dr. Suite has testified at trial and in deposition is attached.

(iii) Dr. Suite's fee schedule for testimony has been requested and will be provided to counsel upon receipt.

Respectfully submitted,

*Diana Santa Maria*
DIANA SANTA MARIA
Florida Bar No. 473340
**Law Offices of Diana Santa Maria, P.A.**
University Place, Suite 205C
5220 South University Drive
Fort Lauderdale, Florida 33328
Telephone: (954) 434-1077
Fax: (954) 434-4462
diana@santamarialaw.net
pleadings@santamarialaw.net

**(CERTIFICATE OF SERVICE ON THE NEXT PAGE)**

2

<u>**CERTIFICATE OF SERVICE**</u>

**I HEREBY CERTIFY** that a copy of the foregoing has been furnished by Electronic mail

this 17th day of September 2019, to counsel for Defendant at these email addresses:

jonathan@bclrlaw.com; dhernandez@bclrlaw.com; and erin@bclrlaw.com.

**Law Offices of Diana Santa Maria, P.A**.
University Place, Suite 205C
5220 South University Drive
Fort Lauderdale, Florida 33328
Telephone: (954) 434-1077
Fax: (954) 434-4462

*Diana Santa Maria*
DIANA SANTA MARIA
Florida Bar No. 473340
diana@santamarialaw.net
pleadings@santamarialaw.net

3

# Nicholas D. A. Suite, M.D.

## Patient Care Services:

- ❖ 2525 Embassy Drive, Suite 7
  Cooper City, Florida 33026

- ❖ 1108 Kane Concourse, Suite 300B
  Bay Harbor Islands, Florida 33154

- ❖ 11420 North Kendall Drive, Suite 101
  Miami, Florida 33176

  Telephone (954) 431-6884        Facsimile (954) 436-6936

  Website: www.EmbassyHealth.com

## Conferences, Medical Records and Administrative Office:

- ❖ 11860 West State Road 84, Suite B-10
  Davie, Florida 33325

  Email: academicneurologynetwork@gmail.com

  Telephone (954) 626-0618        Facsimile (954) 626-0619

## Additional Contact Information:

  Direct Email: nsuite@gmail.com

  Cellular: (954) 868-1567    (if no answer, please leave a text message)

## Patient Appointment Scheduling Assistant's Email:

  Email: embassy2525@gmail.com

## EDUCATION

| | |
|---|---|
| **1982 – 1986** | M.D. |
| | The Johns Hopkins University School of Medicine |
| | 720 Rutland Avenue, Baltimore, Maryland 21205 |
| | |
| **1978 – 1982** | B.A. (Biology) |
| | The Johns Hopkins University of Arts and Sciences |
| | 3400 N. Charles Street, Baltimore, Maryland 21218 |
| | |
| **1970 – 1977** | Campion College, Kingston, Jamaica (High School) |

## POSTGRADUATE TRAINING

| | |
|---|---|
| **1992 – Present** | Private Practice (see below) |
| | Neurology and Neurological Rehabilitation |
| | |
| **1991-1992** | Additional year of Residency in Neurology |
| | Department of Neurology |
| | University of Miami School of Medicine, Miami, Florida |
| | |
| **1989-1991** | Residency in Neurology, Chief Residency in Neurology |
| | Department of Neurology |
| | The New York Hospital - Cornell University Medical Center, |
| | Memorial Sloan Kettering Cancer Center, |
| | Hospital for Special Surgery, New York, New York 10021 |
| | |
| **1986-1989** | Internship and Residency in Internal Medicine |
| | Department of Medicine |
| | The New York Hospital - Cornell University Medical Center |
| | Memorial Sloan Kettering Cancer Center |
| | Hospital for Special Surgery, New York, New York 10021 |

## TEACHING

| | |
|---|---|
| **2018 – Present** | Clinical Assistant Professor of Neurology, Dr. Kiran C. Patel College of Allopathic Medicine of Nova University |
| | |
| **2018 – Present** | Admissions Committee Member, Dr. Kiran C. Patel College of Allopathic Medicine of Nova University |
| | |
| **2001 – Present** | Science Instructor – American Heritage High School, Plantation, FL Courses: Introduction to Human Diseases, Honors Genetics, Medical Terminology, Sports Medicine, Embryology. |
| | Co- Founder – Pre Medical Program |
| | American Heritage High School, Plantation, FL |

**1993 – 2008**     Voluntary Clinical Assistant Professor of Neurology
University of Miami School of Medicine
Miami, Florida 33136

**1977 – 1978**     Assistant Teacher – Cooper City High School
Mathematics Remedial Program, Cooper City, FL

## LICENSURE

New York #170969
Florida #59343
Michigan #4301088933

## BOARD CERTIFICATION

**1994 – Current**     Certified – American Board of Psychiatry and Neurology (Neurology)

**1991 – 2001**     Certified – American Board of Internal Medicine

**2016 – Current**     Certified – Expert Medical Advisor, Florida Department of Financial
Services, Division of Workers' Compensation

## ELECTIVES

**1986**     Osler Medical Service, The Johns Hopkins Hospital
Sub Internship

**1986**     Neurology, The Johns Hopkins Hospital, Dr. G.M. McKhann
Sub Internship

**1985**     Neurology Clerkship
Prof. John Marshall; Prof. J. Newsom Davis; Prof. R.W. Ross Russell
National Hospital for Nervous Diseases
Queen Square, London

## AWARDS & HONORS

**1985**     Research Award
"The Effect of Volatile Anesthetics on Calcium uptake in Rabbit Cardiac
Sarcoplasrnic Reticulum"
The Johns Hopkins School of Medicine

**1981**     Alpha Epsilon Delta – Premedical Honor Society
The Jones Hopkins University

**1979 – 1982**     Alumni Scholar – The Johns Hopkins University

## EXTRACURRICULAR ACTIVITIES

Men's Squash Champion - The Johns Hopkins University 1983 and 1984
Winner- Maryland, DC and Virginia Insilco Squash Tournament 1983-1984
Washington, DC

Grand Finalist – Insilco National Squash Championship 1983 – 1984
Los Angeles, CA

## PROFESSIONAL ASSOCIATIONS

American Academy of Neurology

## PUBLICATIONS

(Non Peer Reviewed)
Suite, N.D.A. "The Descriptive Terminology Pertaining to Intervertebral Disk
Pathology," Neurology Associates Group Newsletter, Vol.1, No.2, September, 2001

Suite, N.D.A. "Neurology Associates Group is the Gold Standard in Personal Injury
Care," *Neurology Associates Group Newsletter*, Vol.1, No.1, April, 2001

(Peer Reviewed)
Barbut D; Borer S; Gharavi A; Wallerson D; Devereux R.B; Supino, P; Suite N.D.A
"Anticardiolipin Antibody in Isolated Mitral or Aortic Regurgitation or Both, and
Possible Relation to Cerebral Ischemic Events" *American Journal of Cardiology* Vol.70
pp.901-905, October, 1992

Wong M.C; Suite N.D.A; Labar D.R. "Seizures in Immunodeficiency Virus Infection"
*Arch. Neuro.* Vol. 47 pp. 640-642, June, 1990

Sundaresan N.; Suite N.D.A "Optimal Use of the Ommaya Reservoir in Clinical
Oncology" *Oncology* Vol.3 No 12 pp.1 5-22, December, 1989

Casella, E.S; Suite, N.D.A; Fisher, Y. Blank TJJ "The Effect of Volatile Anesthetics on
the pH Dependence of Calcium Uptake by Cardiac Sarcoplasrnic Reticulum"
*Anesthesiology* 67 (3) pp. 386-390, September, 1987

Suite, N.D.A.; Sequeiros, J; McKhann G; "Machado Joseph Disease in a Sicilian
American Family" *Neurogenetics* 3 (3) pp. 177-182, May, 1986

## ABSTRACTS

(Peer Reviewed)
Casella, E.S; Suite, N.D.A; Fisher, Y. Blank TJJ "The Effect of Volatile Anesthetics on
the Ph Dependence of Calcium Uptake by Cardiac Sarcoplasrnic Reticulum"
Biophysical Journal, February, 1986

Suite, N.D.A.; Sequeiros, J; McKhann G; " Presumable Machado Jpseph Disease in a
Family of Sicilian Extraction" American Journal of Human Genetics Vol.37 No 4,
July, 1985

## LETTERS

(Peer Reviewed)
Wong M.C; Suite N.D.A; Labar D.R. "Generalized Status Epilepticus in a Patient with the Acquired I Immuno-deficiency Syndrome" *Annals Internal Medicine* Vol.11 6, No 2, pp.171, January, 1992

Suite, N.D.A.; Sequeiros, J "Spinopontine Atrophy Disputed as a Separate Entity: The First Description of Machado Joseph Disease" *Neurology* Vol.36, No 10, pp. 1403, October, 1986

## LECTURES GIVEN

Insurance Adjusters' CEU Update Lecture: "Medical Terminology", Texas Property and Casualty, 9120 Burnett Road, Austin, TX, August 5, 2009

Insurance Adjusters' CEU Update Lecture: "Complex Regional Pain Syndrome/ RSD, Diskogenic back pain; treatments and controversies ("Perc disk phenomenon"), JL Companies, Austin, TX, August 4, 2009

Insurance Adjusters' CEU Update Lecture: "Management of painful disease states: The percutaneous disk phenomenon, CRPS/ RSD, and other topics." July 30th, 2009 at Geico Headquarters, 3535 West Pipkin Road, Lakeland, FL 33811

Insurance Adjusters' CEU Update Lecture: "Degenerative disease from acute trauma", July 7, 2009, Webinar, CNA Nursing Case Managers, Syracuse, NY

Florida Bar CLE series of Ethics Lectures: " Ethical Issues vs. Patient Benefits in the management of painful disease states", North Miami Beach, FL, January 2009

Florida Bar CLE series of Ethics Lectures: "Internet Medicine; Good practice or Malpractice", North Miami Beach, FL, September 2008, series of four

"Successful Intra-arterial tPA treatment of Basilar artery thrombosis in a 44 year old man presenting with 'Locked-in syndrome'", Neurology Resident Education Series, Cleveland Clinic, FL, June 2006

"Avoiding neurological misdiagnosis in the ER: Case vignettes and lessons for discussion", Audience: Emergency Room physicians and nursing staff, Memorial Regional Hospital, Hollywood, FL, February 2004

W"Brain Death: The Debate Continues on When to Pull the Plug", Keynote Speaker, CLE Seminar, Ft. Lauderdale, FL, March 14, 2002

"I Got It, I Got It! I Ain't Got It. Pearls and Pitfalls in the Preparation of a Personal Injury Case", Keynote Speaker, CLE Seminar, North Miami Beach, FL, April 18, 2002

"The Best Medical Approach to Evaluating Your Case", Keynote Speaker,

CLE Seminar, North Miami Beach, FL, May 30, 2002

"The Best Medical Approach to Evaluating Your Case",Keynote Speaker,
CLE Seminar, North Miami Beach, FL, June 13, 2002

"The Emergency Treatment of Stroke: Current Approaches", Keynote Speaker,
Nassau, Bahamas, February 4, 1999

## SCIENTIFIC MEETINGS ATTENDED AND CME'S

**Nicholas D A Suite, MD**
*REPORT OF AMA PRA*
*CATEGORY 1 CME CREDIT™*

2/2/2015   CONTINUUM - Cerebrovascular Disease 2014 2.00

2/2/2015   CONTINUUM - Neurology of Systemic Disease2014   2.00

2/2/2015   CONTINUUM - Neuro-ophthalmology 2014        2.00

2/2/2015   CONTINUUM - Peripheral Nervous System Disorders 2014   2.00

2/2/2015   CONTINUUM - Patient Management Problem - Sports Neurology 2014     2.00

2/2/2015   CONTINUUM - Pre and Post Test Cerebrovascular Disease 2014    12.00

2/2/2015   CONTINUUM - Pre and Post Test Neurology of Systemic Disease 2014 12.00

2/2/2015   CONTINUUM - Pre and Post Test Neuro-ophthalmology 2014        12.00

2/2/2015   CONTINUUM - Pre and Post Test Peripheral Nervous System Disorders 201412.00

2/2/2015   CONTINUUM - Pre and Post Test Sports Neurology 2014     12.00

1/26/2015 CONTINUUM - Neurology of Pregnancy 2014   2.00

1/26/2015 CONTINUUM - Pre and Post Test Neurology of Pregnancy 2014     12.00

1/22/2015 CONTINUUM - Patient Management Problem - Movement Disorders 2013 2.00

1/22/2015 CONTINUUM - Pre and Post Test Movement Disorders 2013 12.00

12/31/2014 CONTINUUM - Patient Management Problem - Dementia 2013     2.00

12/31/2014 CONTINUUM - Patient Management Problem - Sleep Disorders 2013     2.00

12/31/2014 CONTINUUM - Post Test Dementia 2013          10.00

12/31/2014 CONTINUUM - Post Test Sleep Disorders 2013        10.00

01/24/2013 Patient Management Problem – Neurorehabilitation 2.00

01/24/2013 CONTINUUM – Neurorehabilitation 2011 10.00

01/24/2013 CONTINUUM – Spinal Cord, Root and Plexus Disorders 2011 10.00

01/24/2013 Patient Management Problem – Spinal Cord, Root & Plexus Disorders 2011 2.00

01/24/2013 CONTINUUM – Neurologic Consultation in the Hospital 2011 10.00

01/24/2013 Patient Management Problem – Neurologic Consultation in the Hospital PMP 2011 2.00

01/24/2013 Patient Management Problem – Secondary Stroke Prevention 2011 2.00

01/24/2013 CONTINUUM – Secondary Stroke Prevention 2011 10.00

01/24/2013 Patient Management Problem – Peripheral Neuropathy 2012 2.00

01/24/2013 CONTINUUM – Peripheral Neuropathy 2012 10.00

01/24/2013 Patient Management Problem – Neuro-oncology 2012 2.00

01/24/2013 Patient Management Problem – Critical Care Neurology 2012 2.00

01/24/2013 CONTINUUM – Critical Care Neurology 2012 10.00

01/24/2013 CONTINUUM – Headache 2012 10.00

01/24/2013 Patient Management Problem – Headache PMP 2012 2.00

01/24/2013 Patient Management Problem – Neuro-otology 2012 2.00

01/24/2013 CONTINUUM – Neuro-otology 2012 10.00

01/24/2013 Patient Management Problem – Infectious Disease 2012 2.00

01/24/2013 CONTINUUM – Infectious Disease 2012 10.00

01/22/2013 Patient Management Problem – Neurologic Complications of Systematic Disease 2011 2.00

01/22/2013 CONTINUUM – Neurologic Complications of Systematic Disease 2011 10.00

01/22/2013 Patient Management Problem – Neurogenetics 2011 2.00

01/22/2013 CONTINUUM – Neurogenetics 2011 10.00

01/22/2013 CONTINUUM – Movement Disorders 2010 10.00

01/22/2013 CONTINUUM – Dementia 2010 10.00

01/22/2013 CONTINUUM – Epilepsy 2010 10.00

01/22/2013 CONTINUUM – Behavioral Neurology 2010 10.00

01/22/2013 CONTINUUM – Multiple Sclerosis 2010 10.00

01/22/2013 CONTINUUM – Traumatic Brain Injury 2010 10.00

02/02/2010 CONTINUUM – Multiple Sclerosis 2007 10.00

02/02/2010 CONTINUUM - Autonomic Disorders 2007 10.00

02/02/2010 CONTINUUM - Critical Care Neurology 2009 10.00

02/02/2010 CONTINUUM - Myasthenic Disorders and ALS 2009 10.00

02/02/2010 CONTINUUM - Neurologic Manifestations of Systemic Disease 2008 10.00

01/19/2010 CONTINUUM - Acute Ischemic Stroke 2008 10.00

01/19/2010 CONTINUUM - Childhood Neurologic Disorders in Adulthood 2009 10.00

01/19/2010 CONTINUUM - Neuro-ophthalmology 2009 10.00

01/19/2010 CONTINUUM - Neuroendocrinology 2009 10.00

01/19/2010 CONTINUUM - Neuroimaging 2008 10.00

01/19/2010 CONTINUUM - Neuropathic Pain 2009 10.00

01/19/2010 CONTINUUM - Neurotoxicology 2008 10.00

12/31/2009 CONTINUUM - Neurogenetics 2008 10.00

12/31/2009 CONTINUUM - Spinal Cord, Root, and Plexus Disorders 2008 10.00

01/12/2007 CONTINUUM - Critical Care Neurology 2006 8.00

01/12/2007 CONTINUUM - Dementia 2004 10.00

01/12/2007 CONTINUUM - Epilepsy 2004 10.00

01/12/2007 CONTINUUM - Infectious Diseases 2006 10.00

01/12/2007 CONTINUUM - Movement Disorders 2004 6.00

01/12/2007 CONTINUUM - Muscle Diseases 2006 8.00

01/12/2007 CONTINUUM - Neuro-oncology 2005 10.00

01/12/2007 CONTINUUM - Neuro-otology 2006 10.00

01/12/2007 CONTINUUM - Pain and Palliative Care 2005 10.00

01/12/2007 CONTINUUM - Psychiatry for Neurologists 2006 10.00

01/12/2007 CONTINUUM - Spinal Cord Disorders 2005 10.00

## Completed CME Activities on MedscapeActivity

Current and Emerging Treatment Options in Advanced Ovarian Cancer
Medscape 12/31/09 AMA PRA       Category 1 Credit(s)™ 1.00

Highlights of the Summit on ADHD: Targeting and Overcoming the
Challenges of Diagnosing and Treating ADHD in an Adult Population
Scepter, division of QED Communications, Inc.
12/31/09 AMA PRA       Category 1 Credit(s)™ 1.00

Recommendations for Prescribing NSAIDs in the Primary Care Setting
Medscape 12/31/09 AMA PRA       Category 1 Credit(s)™; AAFP Prescribed credit(s) 0.25

Cancer Survivors at "Substantial" Risk of Cardiovascular Disease
Medscape 12/31/09 AMA PRA       Category 1 Credit(s)™; AAFP Prescribed credit(s) 0.25

Recognizing and Addressing Healthcare Disparities in Medication Prescribing
Among Racial and Ethnic Minorities with Acute and Chronic Pain
University of Medicine and Dentistry of New Jersey (UMDNJ) - Center for
Continuing/Outreach Education
12/31/09 AMA PRA       Category 1 Credit(s)™ 0.75

Postherpetic Neuralgia in the Elderly
Medscape 12/31/09 AMA PRA       Category 1 Credit(s)™ 0.50

Herpes Zoster Attacks Increase Stroke Risk By 30%
Medscape 12/31/09 AMA PRA       Category 1 Credit(s)™; AAFP Prescribed credit(s) 0.25

Progressive Leg Weakness in a Patient with AIDS
Medscape 12/31/09 AMA PRA       Category 1 Credit(s)™ (s) 0.25

Unintended Pregnancy During Radiotherapy for Cancer
Medscape 12/31/09 AMA PRA       Category 1 Credit(s)™ 0.25

Chronic Pelvic Mass in a Young Patient with Ascites
Medscape 12/31/09 AMA PRA       Category 1 Credit(s)™ 0.50

Community-Associated Methicillin-Resistant Staphylococcus Aureus, Iowa, USA
Medscape 12/31/09 AMA PRA         Category 1 Credit(s)™ 0.50

Recognition and Treatment of Breakthrough Pain in Patients with Cancer:
Key Concepts for Radiation Oncology Professionals
Educational Review Systems, Inc.
12/31/09 AMA PRA    Category 1 Credit(s)™; AAFP Prescribed credit(s) 1.00

A Case of Diabetic Charcot Arthropathy of the Foot and Ankle
Medscape 12/31/09 AMA PRA         Category 1 Credit(s)™ 0.50

Minimizing Blood Loss During Orthopaedic Surgery and Spinal Surgery:
The Advent of a New Technology and the Role of the Harmonic Scalpel in
Orthopaedic and Spinal Surgery
Medscape 12/31/09 AMA PRA         Category 1 Credit(s)™ 0.50

From Bench to Bedside -- Advances in Immune Inflammatory Rheumatic
Diseases: An Expert Interview with Joseph A. Markenson, MD
Medscape 12/31/09 AMA PRA         Category 1 Credit(s)™ 0.50

Revisiting the Effectiveness of Standard Antidepressants in Bipolar Disorder:
Are Monoamine Oxidase Inhibitors Superior?
Medscape 12/31/09 AMA PRA         Category 1 Credit(s)™ 0.50

Cases from AHRQ WebM&M: EMR Entry Error -- Not So Benign
Medscape 12/31/09 AMA PRA         Category 1 Credit(s)™ 0.50

Considerations in the Role of Male Circumcision in the Prevention of HIV
Transmission in the USA
Medscape 12/31/09 AMA PRA         Category 1 Credit(s)™ 1.00

Lumbar Spinal Stenosis: Syndrome, Diagnostics and Treatment
Medscape 12/31/09 AMA PRA         Category 1 Credit(s)™ 1.25

Migraine During Pregnancy: Is It More Than a Headache?
Medscape 12/31/09 AMA PRA         Category 1 Credit(s)™ 0.75

Delirium in Elderly Adults: Diagnosis, Prevention and Treatment
Medscape 12/31/09 AMA PRA         Category 1 Credit(s)™ 1.00

Intravascular Lymphomatosis of the Brain in a Patient with Myelodysplastic Syndrome
Medscape 12/31/09 AMA PRA         Category 1 Credit(s)™ 0.50

Diagnosis of Pheochromocytoma in the Setting of Parkinson Disease
Medscape 12/31/09 AMA PRA         Category 1 Credit(s)™ 0.50

Sudden Unexpected Death in Epilepsy: Risk Factors and Potential Pathomechanisms
Medscape 12/31/09 AMA PRA         Category 1 Credit(s)™ 1.00

Neurological Complications of Chronic Kidney Disease
Medscape 12/31/09 AMA PRA         Category 1 Credit(s)™ 0.75

Pediatric Multiple Sclerosis
Medscape 12/31/09 AMA PRA          Category 1 Credit(s)™ 1.25

Cavernous Malformations: Natural History, Diagnosis and Treatment
Medscape 12/31/09 AMA PRA          Category 1 Credit(s)™ 1.25

Chemotherapy-Related Posterior Reversible Leukoencephalopathy Syndrome
Medscape 12/31/09 AMA PRA          Category 1 Credit(s)™ 0.50

When Metals Compete: A Case of Copper-Deficiency Myeloneuropathy and Anemia
Medscape 12/31/09 AMA PRA          Category 1 Credit(s)™ 0.50

A Case of Maternal Herpes Simplex Virus Encephalitis During Late Pregnancy
Medscape 12/31/09 AMA PRA          Category 1 Credit(s)™ 0.50

Short-Term and Long-Term Stroke Risk Increased After Transient Ischemic Attack
Medscape 12/31/09 AMA PRA          Category 1 Credit(s)™ 0.25

Iatrogenic Events Common, Often Serious, in Neonates
Medscape 01/10/09 AMA PRA          Category 1 Credit(s)™; AAFP Prescribed credit(s) 0.25

Part 1: The Case of the Emergency Department Physician Who Burned Out:
Risk Factors, Impact, and Early Interventions
Medscape 01/10/09 AMA PRA          Category 1 Credit(s)™ 0.75

Medication Errors and Patient Safety in Mental Health
Medscape 01/10/09 AMA PRA          Category 1 Credit(s)™ 1.50

Recent Advances in Anticoagulation Therapy
Medscape 01/10/09 AMA PRA          Category 1 Credit(s)™ 1.00

Cases From AHRQ WebM&M: Mistaken Identity
Medscape 01/10/09 AMA PRA          Category 1 Credit(s)™ 0.25

Medication Compliance and Avoiding Adverse Drug Reactions
Medscape 01/28/07 AMA PRA          Category 1 Credit(s)™ 1.00

Patterns of Errors Contributing to Trauma Mortality: Lessons Learned from
2594 Deaths
Medscape 01/28/07 AMA PRA          Category 1 Credit(s)™ 1.00

American Academy of Neurology 2002
Continuum – Epilepsy, Neurological Disorders & Pregnancy,
Neuroimmunology, Muscle Disease, Occupational Neurology

American Academy of Neurology 2002
Continuum – Neurology Update, Practice Management & Technology

American Academy of Neurology 1998
Continuum – Pain Management

American Academy of Neurology 1998
Continuum – Neurorehabilitation

American Academy of Neurology 1998
Continuum – Substance Abuse

American Academy of Neurology 1998
Continuum – Motor Neuron Disease

American Academy of Neurology 1998
Continuum – Critical Care

American Academy of Neurology 1998
Continuum – Sleep Disorder

American Academy of Neurology 1998
Continuum – Psychiatry

American Academy of Neurology 1998
Continuum – Geriatric Neurology

Memorial Hospital Pembroke – "AIDS/HIV Update" 1997

Memorial Hospital Pembroke – "Domestic Violence/Surgery" 1997

EMSA - "Cardiovascular Disease in the 90's" 1995
Ft. Lauderdale, FL

Med. Col. Wisconsin- "Clinical Applications of MRI, Planar Imaging" 1995
Boca Raton, FL

American Neurological Association- "Medical Leadership Council" October 1995
Georgetown University Medical Center

University of Miami- "Symposium for the Dept. of Neurology" 1995
The Alexander Hotel, Miami Beach, FL

EMSA- "Risk Reduction/Documentation of Cobra Update" 1994
Ft. Lauderdale, FL

Emergency Medical Institute- "Overview of Herpes Zoster"- 1994
Pembroke Pines, FL

Risk Management for Physicians 1993
Naples, FL

University of Miami "Neuro Oncology Symposium 1993"
Miami Beach, FL

University of Kansas "Movement Disorders Update 1993"

Miami, FL

Memorial Hospital Pembroke – AIDS/HIV Update 1993
Naples, FL

University of Miami "Update in Neurology 1992"
Miami Beach, FL

## WORK HISTORY / APPOINTMENTS

| | |
|---|---|
| 2011 to Present | Owner & Director of "NDAS" Neurology, Diagnosis & Applied Solutions Inc. |
| September 2009 to November 2010 | Medical Director * Reliance Medical Rehabilitation West Palm Beach, FL |
| July 2009 to November 2010 | Voluntary Neurologist* La Clinica Caridad (Free Clinic) Boynton Beach, FL |
| January 2008 to November 2011 | Staff Neurologist* Johnson Medical Center Hollywood, FL |
| September 2008 to November 2011 | Consultant Neurologist* Neurology Associates Group Miami, FL |
| September 1992 to Present | Founding Neurologist Nicholas D.A. Suite M.D. & Sydney O. Suite M.D. (Deceased) &Neurology LLC Davie, FL/Cooper City, FL |
| September 1998 to April 2007 | Staff Neurologist & CEO Neurology Associates Group Miami, FL |
| 2007 Sabbatical Year | Senior Staff Neurologist* The Henry Ford Hospital West Bloomfield, MI |

## HOSPITAL AFFILIATIONS / APPOINTMENTS

| | |
|---|---|
| 2005-2008 | Executive Committee Member Cleveland Clinic of Florida Weston, FL |
| 2003-2005 | Vice Chief of Staff Memorial Hospital Pembroke |

|  | Pembroke Pines, FL |
|---|---|
| 2003- 2005 | Chairman - Quality Care Committee<br>Memorial Hospital Pembroke<br>Pembroke Pines, FL |
| 1999-2003 | Secretary Treasurer of the Medical Staff<br>Memorial Hospital Pembroke<br>Pembroke Pines, FL |
| 1995-2005 | Executive Committee Member<br>Memorial Hospital Pembroke<br>Pembroke Pines, FL |
| 1995- 2003 | Co-Chairman of the Unified Credentials Committee<br>Memorial Health Care System |
| 1992-1997 | Chief, Section of Neurology<br>Memorial Hospital Pembroke<br>Pembroke Pines, FL |

## ACTIVE STAFF MEMBER

| 2005 – 2008 | Cleveland Clinic of Florida<br>Weston, FL |
|---|---|
| 2005 – 2008 | Plantation General Hospital<br>Plantation, FL |
| 1993 – 2014 | Memorial Hospital West<br>Pembroke Pines, FL |
| 1993 – 2005 | Memorial Regional Hospital<br>Hollywood Medical Center<br>Hollywood, FL |
| 1994 – 2000 &<br>2014 – present | HealthSouth Sunrise Rehabilitation Hospital<br>Sunrise, FL |
| 1997 – 2000 | Greater Miami Jewish Home<br>Miami, FL |
| 2017 – present | The Miami Medical Center |

## NICHOLAS D. A. SUITE M.D.

## THE ACADEMIC NEUROLOGY NETWORK INC.

### Please address all written correspondence to 11860 W. State Road 84, Suite B-10, Davie, FL 33325

#### You may also e-mail inquiries to: nsuite@gmail.com

*To Whom It May Concern:*

*The following is a list of the legal cases in which I have served as an expert witness in court depositions and testimony in the past 4 years, to the best of my recollection. I am keeping a prospective list at this time, and I acknowledge that I may not have all of the retrospective cases going back 4 years, but the research is ongoing and this list will be updated if additional cases are discovered.*

Allstate v. Total Rehab  (Defense side)
Case number 502004CA002497XXXMB (AA)
Attorney for the plaintiff: Frank Goldstein, Stephen Rosansky (954-767-8393)
Attorney for the defense: Ver Ploeg, Lumpkin, Esq. (305-577-3996)
Deposition on March 24, 2011


Frederick Felson v. Playa Del Sol Association, Inc. Case number CACE07010888 (Defense side)
Attorney for the plaintiff: Robert Gluck
Attorney for the defense: Josephs Jack (305-445-3800)
Court testimony on April, 2009


Ursulina Ledezma v. Nelson Hernandez Case number 0617984CA23 (Plaintiff side)
Attorney for the plaintiff: Peter A. Miller (305) 416-2200
Attorney for the defense: Julie Taylor (305) 671-2980
Court testimony on February 4th, 2011


Jo Ellen Cornelius v. Liberty Cruise Case number 0425140CAOS (Plaintiff side)
Attorney for the plaintiff: John Hickey (305-371-8000)
Attorney for the defense: Domingo Rodriguez
Court testimony on September 30, 2011


Alan Hill v. Liberty Cruise (Plaintiff side)
Case number 0923815CIV-MORENO/TORRES
Attorney for the plaintiff: John Hickey (305-371-8000)
Attorney for the defense: Sterling McMahan, Curtis Mase, Esq.

Deposition on May 5th, 2011


Louis Indeck v. Health South of Fort Lauderdale Case number CACE09-041160 (Plaintiff side)
Attorney for the plaintiff: David Durkee (305-442-1700)
Attorney for the defense: Michael Petruccelli
Court testimony on April 5th, 2010


Sheila Carson v. Mark Woertendyke & Mary Kay, Inc. Case number 10CA238P (Plaintiff side)
Attorney for the plaintiff: David Durkee (305-442-1700)
Attorney for the defense: Lyman Reynolds
Deposition on December 30th, 2011


Yahtavian Bellamy v. Boomers Case number 0832734-08 (Plaintiff side)
Attorney for the plaintiff: Matthew Weissing Esq.
Attorney for the defense: Johnson Leiter Belsky (954) 462-3116
Deposition on May 4th, 2010 Trial on October 31, 2011


Emily Victor v. McHenry, et.al Case number CT 11008456 (18) (Plaintiff side)
Attorney for the plaintiff: Kelly Uustall, Esq. (954-522-6601)
Attorney for the defense: Seth Goldberg, Esq.
Deposition on March 19, 2012


Wieslawa Kupiec v. Royal Caribbean Case number 70331 (Plaintiff side)
Attorney for the plaintiff: John Hickey (305-371-8000)
Attorney for the defense: Jerry Hamilton, Esq.
Deposition on October 3rd, 2011


Souad Mourad v. John Loessler and JML Construction Corporation Case number 11-03444 (09)
(Plaintiff side)
Attorney for the plaintiff: Todd McFarlin, Esq. (954-522-6601)
Attorney for the defense: John Korf, Esq.
Deposition on January 6th, 2012


Margaret Miall v. NCL Case number 10-24222 (Plaintiff side)
Attorney for the plaintiff: Glenn Holzberg, Esq. (305-668-6410)
Attorney for the defense: Foreman Friedman, Esq.

Deposition on January 23, 2012

Aimee Banden v. Orlando Health Hospital Case number 2008-CA-16009-0 (Plaintiff side)
Attorney for the plaintiff: William Norton
Attorney for the defense: Frank Pierce III
Deposition on October 21, 2011

Edita Gramada as NGO Constantin Gramada v. Princess Cruises (Plaintiff side)
Case number 04-07090 CA 06
Attorneys for the Plaintiff: Steven Dunn, Scott Sandler, Paul Hoffman
Attorney for the Defense: House Counsel RCCL (Maltzman-Foreman)
Deposition on January 18, 2008

Bernadette Ryan VS. Eurania Cruz and GEICO (Defense side)
Case Number 10-47505 (09)
Attorney for the Plaintiff: William C. Ruggiero
Attorney for the Defense: Steven R. Adamsky (954) 335-1010
Trial Date on September 4th, 2012

Helfan Robin V. Dr. Gail Ballweg (Defense side)
Case No. 07-15695 (18)
Attorneys for Plaintiff: Friedman Rodman and Rodman
Attorneys for Defense: Deutch & Blumberg, P.A.
Trial date of February 5th, 2014

Estate of Attride v. Holmes Regional Medical Center (Plaintiff side)
Case No. 05-2011-CA-46742
Attorney for Plaintiff: Clancey Bounds
Attorney for Defendant: David Doyle
Deposition: March 14, 2014

Walker, Jennifer v. Riverwalk Surgery Center et al. (Plaintiff Side)
Case No. 13-CA-002750.
Attorney for Plaintiff: Clancey Bounds (407) 399-0440
Attorneys for Defense: Mr. Jonathon P. Lynn, Esq. w/ Chimpoulis, Hunter & Lynn, P.A
Mr. Ross L. Fogleman III, Esq. w/ Dickinson & Gibbons, P.A.
Trial Date on July 07th 2015

Charles Vickers v. Aaron L. St. Clair, M.D., et al (Plaintiff side)
Case No. 05-2011-CA-008505
Attorney for Plaintiff: Brent Smith
Attorney for Defendants: Kevin O'Hara, Scott Baughan, et al
Deposition: July 10, 2015


Kimberly Limpus v. Lakeland Regional Medical Center (Plaintiff side)
Case No. 2014-CA-002380
Attorney for Plaintiff: Clancey Bounds
Attorney for Defendant:  Paula Lozano
Deposition: July 13, 2015

Arthur Bond and Debbie Bond vs. Charles Schallop, M.D., The Palm Beach Gardens Medical
Center AUXILIARY, INC. d/b/a Palm Beach Gardens Medical Center (Defense Side)
Case NO.: 2014CA001454   AG
Attorney for Plaintiff: Jaime A. Alvarez, Esq./ Foley & Mansfield
Attorneys for Defense: James L. White, III, Esq./ Bobo Ciotoli, White & Russell, P.A.,
Patrick M. Johns, Esq. / Wicker, Smith, O'hara, McCoy
Deposition date of August 8th, 2015


Lakhan, Kenneth & Jocelyn v. Advance Stores Company, Inc., d/b/a Advance Auto Parts, et al.
(Plaintiff side)
Case No. 2011-CA-001515-ON
Attorney for the Plaintiff: Griffith J. Winthrop, III and John K. Overchuck
Attorneys for Defense:  Luke Seifert, Susan Seigle, and Nick Mooney
Trial Date on August 08th 2015


Ngan Thi Oliver, as Guardian and next friend of Phat Tan Nguyen v. Lauderdale Marine Center,
LLC (Plaintiff side)
Case no.: 10-014063 08
Plaintiff: Moore & Company, P.A.
Defense: Wilson, Elser, Moskowitz, Edelman & Dicker, LLP
Trial date on October 7th 2015


Rigaud, Lyonel and Beata v. TooJay's Downtown Gardens, LLC 0928-009
 (Defense side)
Case No: 2013CA018193
Attorney for Plaintiff: Gordon & Doner P.A.
Attorney for Defense: McIntosh, Sawran &Cartaya P.A.
Deposition on October 28, 2015

Strugala, Janet & Gary v. FB Contractors (Plaintiff side)
Case No: 12-CA-003437
Attorney for Plaintiff: Barnes Trial Group
Attorney for Defense: Weinberg. Wheeler, Hudgins. Gunn & Dial (Kate D. Spinelli, Esq.)
Deposition on November 6th, 2015

Ziad E. Hawatmeh, M.D, P.A., a/a/o Maximo Barosso vs. State Farm Mutual Automobile
Insurance Company  (Plaintiff side)
Case No.: 11-02301-CC-25 (01)
Attorney for Plaintiff: Friedland Law Group
Attorney for Defense: Green, Murphy, Murphy & Kellam
Deposition Date on November 18th 2015.

Hall, Julie vs. Orlando Health, Inc. D/B/A Orlando Regional Medical Center (Plaintiff side)
Case No.: 2013-CA-013661-0
Attorney for Plaintiff: Dellecker, Wilson, Seidule, King, McKenna, Ruffier & SOS
Attorney for Defense: Wicker, Smith, O'hara, McCoy & Ford, P.A.
Deposition Date on December 16th, 2015

Crews, Timmy W. vs. Frederick Wilson, Jr., and Gina R. Wilson (Plaintiff side)
Case No.: 16-2012-CA-004104
Attorney for Plaintiff: The Law Office of William J. Scott, PA
Attorney for Defense: The Roebuck Law Office
Deposition Date on January 18th, 2016

Allen, Rembus vs.                 (Plaintiff side)
C/A No: 2014-CP-26-2105
Attorney for Plaintiff: Elliott & Phelan, LLC & L. Morgan Martin, PA
Attorney for Defense: Hood Law Firm for Defendant Poole and Buyck, Sanders & Simmons for
the Defendant Sears
Trial Date: April 06, 2016

Tacius Pierre- Louis and Yanick Pierre-Antoine vs. Protective Insurance Company (Plaintiff
side)
C/N: 2013 CA015153 XXXX MB Division AO
Attorney for Plaintiff: The Law Office of Erich Taylor and Gary Roberts & Associates, P.A.
Attorney for Defense: King & Chaves, LLC

LIST 26 | 6

Deposition Date: May 09, 2016

Crews, Timmy W. vs. Frederick Wilson, Jr., and Gina R. Wilson (Plaintiff side)
Case No.: 16-2012-CA-004104
Attorney for Plaintiff: The Law Office of William J. Scott, PA
Attorney for Defense: The Roebuck Law Office
Trial Date: May 24, 2016

Lorea Thomson Petitioner and Robert Thomson Respondent (Petitioner side)
Case No: 502015DR009706NBFJ
Attorney for Petitioner: Schutz and White P.A.
Attorney for Respondent: The Law Offices of John T. Christiansen, P.L.
Deposition Date: May 31st, 2016
30 – Theodore Clifton III vs. The Johns Hopkins Health (Plaintiff side)
Case No: 24-C-15-002961OT
Attorneys for Plaintiff : Weltchek Mallahan & Weltchek, LLC
Attorneys for Defense:  Goodell, De Vries, Leech & Dann, LLP
Deposition Date: June 10th, 2016

Armentia Thomas (guardian of Daniel Thomas) vs. Hector A. Martinez M.D.,  Paragon
Emergency Services, INC.; Bijoy K John, M.D.; Cape Coral Hospitalists INC; Manatee
Memorial Hospital, L.P. d/b/a Lakewood Ranch Medical Center; and Wellington Regional
Medical Center, INC.  (Plaintiff Side)
Case No: 41 2015CA000438
Attorneys for Plaintiff: Gary Cohen, Esq., Grossman Roth Yaffa Cohen P.A.
Attorneys for Defense: William D. Bonezzi Esq., Bonezzi Switzer et al.
Deposition Date: July 1st, 2016

Candy Murga vs. Precision Trading Corp and Brandsmart USA of South Dade Inc. (Plaintiff
side)
Attorneys for Plaintiff: Farmer, Jaffe, Weissing, Ecdwards, Fistos & Lehrman P.L.
Attorney for Defense: Robert Tacher Esq., Peterson Bernard
Deposition Date: July 8th, 2016

Dania Madrid vs.              (Plaintiff side)
Case No: 13-22881 CA 32
Attorneys for Plaintiff: Roberts and Durkee Attorneys at Law
Attorneys for Defense: Henry Salas, Esquire,  Cole Scott & Kissane, P.A.
Trial Date: August 2nd and 3rd, 2016

Vickie Lynn Greer vs. Carnival Corporation, Carnival Cruise line (Plaintiff side)
Case No: 15-cv-24493-UNGARO/Otazo-Reyes
Attorneys for Plaintiff: Aronfeld Trial Lawyers
Attorneys for Defense: Foreman Friedman PA & Donniese Annette DeSouze Webb, Esq
Carnival corporation
Deposition Date: August 11th , 2016


Richard Davison (personal representative) of Gria Davison vs. Ben Kirbo, M.D.; Southern
Plastic Surgery, P.A.; Patti Pijut, CRNA;  Canopy Roads Nurse Anesthesia, P.A.; Southeastern
Outpatient Surgery Center, LLC; Jeffrey Lubin, M.D.; Emcare, Inc.; and Tallahassee Medical
Center. Inc. d/b/a Capital Regional Medical Center  (Plaintiff side)
Case No: 2014-CA-641
Attorneys for Plaintiff: Johnathan M Pavsner, P.A.
Attorneys for Defense: Dennis, Jackson, Martin & Fontela, P.A.
Guiday, Schwartz, et al. ; Andrews, Crabtree, et al.; LaCava & Jacobson, P.A.; Henry Buchanan
et al.
Deposition Date: August 31st, 2016


Hall, Julie vs. Orlando Health, Inc. D/B/A Orlando Regional Medical Center (Plaintiff side)
Case No.: 2013-CA-013661-0
Attorney for Plaintiff: Dellecker, Wilson, Seidule, King, McKenna, Ruffier & SOS
Attorney for Defense: Wicker, Smith, O'hara, McCoy & Ford, P.A.
Deposition Date: September 9th, 2016


The estate of Leslie Garlock (Petitioners) vs. Earl Garlock as representative of Estate of Leslie
Garlock (Petitioners side)
Case No: 2012-CP-0370
Attorneys for Plaintiff: Keith Taylor PA
Attorneys for Defense: Bond, Arnett, Phelan, Smith & Carreras, P.A.
Deposition Date: September 19th, 2016


Josephina Gonzalez, Individually and as Personal representative of the Estate of Daniel Berrios
vs. Memorial Hospital Miramar (Plaintiff Side)
Case No: CACE 14-016510
Attorneys for Plaintiff: The Law Office of Jay Cohen P.A.
Attorneys for Defendants: NOSICH & GANZ, Attorneys at Law; Yamada & Inphynet
Deposition Date: September 21st, 2016.

Marsha Hedrick, Guardian and Next friend of Kathleen Grubb vs. Vijayachandara S Nair, M.D. and Sinai Hospital of Baltimor (Plaintiff Side)
Case No: 12-C-15-002381
Attorneys for Plaintiff: Schochor , Federico and Staton P.A.
Attorneys for Defense: Shaw & Morrow, P.A ;  Baxter, Baker, Sidle, Conn & Jones, P.A.
Deposition Date: September 23rd, 2016.

Cynthia Cook vs. Bay Area Renaissance Festival of Largo, Inc. (Plaintiff Side)
Case No: 12-CA-003023
Attorneys for Plaintiff: Bullock Law Group
Attorneys for Defense: Banker Lopez Gassler P.A.
Deposition Date: September 28th, 2016.

Suzanne J. Crouch and John Crouch vs. Martin Memorial Medical Center, Inc., d/b/a Martin Memorial Rehabilitation Center at Palm City  (Defense Side)
Case No: 432016CA000236CAXMX
Attorneys for Plaintiff: Cohen Milstein Sellers & Toll, PLLC
Attorneys for Defense: Billing Cochran Lyles Mauro & Ramsey, P.A.
Deposition Date: September 30th, 2016

Jacqueline Reed, as guardian for Jermaine Hobbs vs. Palms West Hospital Limited Partnership; Roger Duncan, M.D.; David Laquerre, CRNA; Dennis Stevens, CRNA; and Sherida Healthcorp, Inc. (Plaintiff Side)
Case No; 50 2014CA 010898XXXMB AG
Attorneys for Plaintiff: Forman Law Offices, P.A.
Attorneys for Defense: Billing, Cochran, Lyles, Mauro & Ramsey, P.A.
Deposition Date: October 10th, 2016

Lynne Cox Little, et al., vs. Erie Insurance Exchange  (Plaintiff side)
Case No: 10-C-15-002372 CN
Attorneys for Plaintiff: The Pappas Law Group, LLC/ Greenberg Law Offices
Attorneys for Defense:  Budow and Noble, P.C
Deposition Date: October 19th, 2016

Christopher Banks and Lori Banks vs. South Browarad Hospital District d/b/a Memorial Healthcare system a/k/a Memorial Health System of Broward, Inc. et al. (Plaintiff Side)
Case Number:  CACE 14-18490 (03)

Attorneys for Plaintiff: Law Office of Jay Cohen
Attorneys for Defense: Julia M. Ingle, Esq. Lubell & Rosen, LLC / Robert Paradela Esq. Wicker
Smith O'Hara, McCoy & Ford, P.A.
Deposition Date: October 26th, 2016


Trudyann Gohagen vs. Advantage Roofing & Restoration Inc.a Florida Corporation, and Bank of
America (Defense Side)
Case No: 14-008070 (02)
Attorneys for Plaintiff: Law Office of Victor H. Waite, P.A.
Attorneys for Defense: Lydecker Diaz
Deposition Date: November 8th, 2016


Knapstein, Nicole, Amber M Neary (guardian) vs. Geico General Insurance Company (Plaintiff
Side)
Case No: 05-2007-CA-020159
Attorneys for Plaintiff: Weaver and Weaver  P.A. / Law Office of Eric S. Block PLLC / Tuttle
Law P.A.
Attorneys for Defense: Marshall Dennehey Warner Coleman & Goggin, P.C.
Deposition Date: November 14th, 2016


Ginder A. Kirkeberg, III and Julie Frances Kirkeberg  vs.  HCA Health Services of Florida INC.
d/b/a St. Lucie Medical Center, Eduardo Ferreira Borges, M.D., Eduardo Borges M.D., P.A.
(Defense Side)
Case No: 56-2012-CA-003875
Attorneys for Plaintiff:  Searcy Denney Scarola Barnhart & Shipley, P.A.
Attorneys for Defense:  Billing Cochran Lyles Mauro & Ramsay, P.A. / Law office of Keith
JPuya, P.A.
Deposition date: November 15th, 2016


Elise Benders, Individually and as Parent and Natural Guardian of Maliah Daniels f/k/a Maliah
Benders,  a minor child vs.  Julio R Sanchez M.D.; Ayan Adbulmagid, M.D.; Janos Katanics,
M.D; Sanchez-Nicholls Med Corporation; Florida Em-I Medcial Services P.A. Janos Katanics
M.D., P.A.; Emcare, Inc; J,H, Gatewood Emergency Services, P.A.; and Hernando HMA, L.L.C
D/B/A Brooksville Regional Hospital  (Plaintiff Side)
Case # 13-001784 – CA
Attorneys for Plaintiff: Jayson Farthing Skafidas & Wright P.A.
Attorneys for Defense:  La Cava & Jacobson, P.A.
Deposition Date:  November 16th, 2016

Elise Benders, Individually and as Parent and Natural Guardian of Maliah Daniels f/k/a Maliah Benders, a minor child vs. Julio R Sanchez M.D.; Ayan Adbulmagid, M.D.; Janos Katanics, M.D; Sanchez-Nicholls Med Corporation; Florida Em-I Medcial Services P.A. Janos Katanics M.D., P.A.; Emcare, Inc; J,H, Gatewood Emergency Services, P.A.; and Hernando HMA, L.L.C D/B/A Brooksville Regional Hospital  (Plaintiff Side)
Case # 13-001784 – CA
Attorneys for Plaintiff: Jayson Farthing Skafidas & Wright P.A.
Attorneys for Defense:  La Cava & Jacobson, P.A.
Deposition Date: January 13th , 2017


Christopher Banks and Lori Banks vs. South Browarad Hospital District d/b/a Memorial Healthcare system a/k/a Memorial Health System of Broward, Inc. et al. (Plaintiff Side)
Case Number: CACE 14-18490 (03)
Attorneys for Plaintiff: Law Office of Jay Cohen P.A.
Attorneys for Defense: Marc Ganz, Esq. Nosich & Ganz
Trial Date: January 23rd, 2017

Serena Epps vs. Anoop Duggal, M.D. et al. (Plaintiff side)
Case No: 24-C-16-000468 OT
Attorneys for Plaintiff: Weltchek Mallahan Weltchek LLC
Attorneys for Defense: Anderson, Coe, King, LLP
Deposition date: February 14th, 2017

Rajdey Basnadan representative of Anand Basnadan vs. North Broward Hospital District; Rajiv Chokshi, MD and Rajiv Chokshi, MD, P.A. (Plaintiff Side)
Case No: CACE 15-019228 (13)
Attorneys for Plaintiff:   Law Office of Jay Cohen P.A.
Attorneys for Defense: Chimpoulis, Hunter & Lynn, P.A.
Deposition date: February 22nd, 2017

Eugene McCain vs. St. Clair County et al.  (Plaintiff side)
Case No: 2:16-cv-10112
Attorneys for Plaintiff: Fieger, Fieger, Kennedy & Harrington, PC
Attorneys for Defense: Fletcher, Fealko, Schoudy & Francis P.C.; Giarmarco, Mullins & Horton PC; Siemion Huckabay
Deposition Date: March 27th, 2017

Estate of Laura J. Grant (Wendy Grant William Grant) vs.  Ford Motor Company et al (Plaintiff side)
Case No: 2012 – CA-05890 – O
Attorneys for Plaintiff: Cohen Milstein P.A.; Turner & Associates
Attorneys for Defense: McDonald, Toole, Wiggins, P.A.; Hill Righ Keller & Main PL; Weinstein Tippetts & Little LLP; Bowman & Brooke LLP
Deposition Date: April 7th, 2017

Estate of Kimisha Haigler, Representative Charles Davis vs. Hartsville HMA, LLC and Low County Physician Group  ( Plaintiff side)
Case No: 2016-CP-16-00001
Attorneys for Plaintiff: Elliott & Phellan LLC
Attorneys for Defense: Hall Booth Smith P.C.
Deposition Date: April 19th, 2017


Herbert Maze and Karen Maze legal guardians of Reagan Maze vs. Carnival Corporation (Plaintiff side)
Case No: 1:16-cv-21012
Attorneys for Plaintiff: Leesfield Scolaro P.A.
Attorneys for Defense: Fowler White Burnett P.A.
Deposition Date: April 24th, 2017


John Shelton and Cynthia Shelton vs. Warren Coco; Go-Devil Manufacturing Co. (Plaintiff side)
Case No: 2011-CA-052536-XXXX-XX
Attorneys for Plaintiff: Weaver & Weaver, P.A.
Attorneys for Defense: Wicker Smith O'Hara, McCooy & Ford P.A.
Deposition date: April, 28, 2017


Erika C. Geist (Estate of Dietrich Ziemer) vs. Stephen Parker MD et all. Carolinas Rehabilitation Hospital (Defense side)
Case No: 2014-CP-21-02841
Attorneys for Plaintiff: Fayrell Furr Jr Esq. Brenda Kline Esq.
Attorneys for Defense: Hood Law Firm
Deposition date: May 2nd, 2017


Gerry Goodine and Catherine Goodine  vs. Broward County (Defense Case)
Case No: 15-008347.13
Attorneys for Plaintiff: Adam Scher Law Group, P.A.
Attorneys for Defense: Joni Armstrong Coffey/ County Attorney for Broward County.
Date of deposition: May 3rd 2017


Juan Salicrup vs. Jododi, LLC d/b/a/ The Box of Central Florida (Plaintiff Side).
Case No: 2012-CA-002906-0 35
Attorneys for Plaintiff: Spohrer & Dodd P.L. and Weaver & Weaver P.A.
Attorneys for Defense: Cole Scott & Kissane, P.A.

Deposition date May 22, 2017


Steven Conrad Kupinski  vs. Leonel Ramon Roche and Mercedes Roche (Plaintiff side)
Case No: 11-06051CA 08
Attorneys for Plaintiff: Mark Weinstein / Weinstein & Cohen P.A.
Attorneys for Defense: Clark, Robb, Mason, Coulombe, Buschman & Charbonnet
Deposition Date: August 14th, 2017


Kathleen Colwell Del-Cul vs. St. Joseph's Hospital, Inc. (Plaintiff side)
Case No: 15-CA-11774
Attorneys for Plaintiff: Becker & Poliakoff
Attorneys for Defense: Lamb, Goldman & Cullaro P.A.
Deposition date: August 18th, 2017


Terry Pulley (James Thomas Pulley deceased) vs. Brian Dublin M.D. Central Florida Cardiology
Group P.A.  (Plaintiff side)
Case No.: 2015-CA-008247-O
Attorneys for Plaintiff: Kevin Carden Esq. Bounds Law Group
Attorneys for Defense: Thomas Dukes, III  McEwan, Martinez, Dukes & Hall, P.A.
Deposition date: August 23rd, 2017


Orilis Roman (Jesus Ajete) vs. Hialeah Hospital Inc.  (Plaintiff side)
Case No: 2017-010057-CA-01
Attorneys for Plaintiff:  William Dean Esq. Ford Dean & Rotubdo, P.A.
Attorneys for Defense: Falk, Waas, Hernandez, Cortina, Solomon & Bonner, P.A.
Deposition date: September 20th, 2017


Joseph Byrne & Vicki Byrne vs. Wellington Regional Medical Center, Inc.  (Plaintiff side)
Case no.: 2016 CA 010038 AG
Attorneys for Plaintiff: Grossman Roth Yaffa Cohen P.A.
Attorneys for Defense: The Law Office of Jay Cohen P.A.
Deposition date: September 25th, 2017

Lorna Thompson, Estate of Donald Thompson vs. South Broward Hospital District
d/b/a/ Memorial Healthcare System (Plaintiff side)
Case no.: CACE-16-010764 (26)
Attorneys for Plaintiff: The Law Offices of Jay Cohen P.A.
Attorneys for Defense:  Chimpoulis, Hunter, Lynn P.A.  and Wicker, Smith, O'hara, McCoy &
Ford, P.A.
Date of deposition: October, 4th, 2017

Amanda Fader vs. Nicole Herrera (Plaintiff side)
Case no: CACE14006494
Attorneys for Plaintiff: Goldberg and Rosen P.A.
Attorneys for Defense: Carman, Beauchamp, Sang & Gonzales P.A.
Trial Date: October 24th, 2017


Donald Roberson vs. Rathbum & Son Mason Inc. Wayne A. Rathbyn and State Farm (Plaintiff side)
Case No.: 2015-10805-CIDL
Attorneys for Plaintiff: Law Offices of Eric Block PLLC.
Attorneys for Defense: Law Offices of Wilkerson & Rood
Deposition date: October 27, 2017


Mitchell W. Endress and Michelle Eskenazi-Endres vs. HD American Road LLC, d/b/a Orlando Harley Davidson et al. (Plaintiff side)
Case No.: 2012-CA-014703
Attorneys for Plaintiff: Legally Pink Law, PLLC
Attorneys for Defense: Banker Lopez Gassler P.A.
Date of Deposition: November 11th, 2017


Kristine Phansaithong, et al. vs. Howard County General Hospital, et al. (Plaintiff side)
Case No: 13-C-16-109094
Attorneys for Plaintiff: Schochor, Federico and Staton, P.A.
Attorneys for Defense: Vernick and Associates, LLC & Goodel, DeVries, Leech & Dann LLP
Date of Deposition: November 14th, 2017


Capital First Trust Company, as a limited guardian for the Estate of Candi Rae Mars vs. Western Dairy Transport, LLC and Sebastian G. Corral (Plaintiff side)
Case No: 15PH-CV01384
Attorneys for Plaintiff: Ramsdell Law Firm, LLC  &  Law Office of Dorothy Clay Sims, Esq.
Attorneys for Defense: Pitzer Snodgrass, P.C.
Date of Deposition: November 30th, 2017


Isaac Aelion and Riva Aelion vs. 1st Parking USA, Inc., Sands Pointe Ocean Beach Resort Condominium Association et al. (Plaintiff side)
Case No.: 2017-002393-CA-01
Attorney for Plaintiff:  Panter, Panter & Sampedro, P.A
Attorney for Defense: Wicker Smith O'Hara McCoy & Ford, P.A.
Date of Deposition: December 13th, 2017

Daphne Washington, Individually and as Personal Representative of the Estate of Ernest Washington, deceased. (Plaintiff Side)
Case No: 16-CP-40-5485
Attorneys for Plaintiff: Elliott & Phelan, LLC
Attorneys for Defense: James E. Parham, Jr.
Date of Deposition: January 12, 2018


Thomas Bruzzesi (individually and as a father of a minor James Bruzzesi) vs. Austin WM Coleman, DO d/b/a Coleman Eye care  (Plaintiff Side)
Case No: 16-CA-004224
Attorneys for Plaintiff:  Steven Deutsch, Esq. Deutsch and Blumberg P.A.
Attorneys for Defense:  Nosich & Ganz, Goodis Thompson & Miller P.A., LaCava & Jacobson, P.A.
Deposition date: January 19th, 2018


Tavon Knight (Mother and Next Friend) of Manzo Faust-Knight vs. Maryland Provo-1 Medical Wervices, P.C., et al. (Plaintiff side)
Case No. 24-C-17-000892 MM
Attorneys for Plaintiff: Schochor Federico & Staton P.A.
Attorneys for Defense: Chason, Rosher, Leary & Marshall, LLC, ; Anderson, Coe, King, LLP
Deposition date: January 22, 2018.


Bernadette Lovell and Elmer Robert Lovell vs. Mears Destination Services, INC and John K. Ortiz  (Plaintiff side)
Case NO.: 2016-CA-010672
Attorneys for Plaintiff: Paul and Perkins
Attorneys for Defense: McEwan, Martinez, Dukes & Hall P.A.
Deposition date: February 7th, 2018


Nicholas Pastor vs. 904 Las Olas, Inc, d/b/a Mangos Restaurant and Lounge (Defense Side)
Case NO: CACE 2016-004939
Attorneys for Plaintiff: The Haggard Law Firm P.A.; Saban & Solomon
Attorneys for Defense: Cole Scott Kissane  P.A.
Deposition date: February 8th, 2018

Kerri Shockey vs. Truman Medical Center, INC., et al., (Plaintiff side)
Case No.: 1516-CV27356
Attorneys for Plaintiff: Norton & Norton, P.C
Attorneys for Defense: FoxGalvin, LLC; Horn Aylward & Bandy, LLC
Deposition date: February 19th, 2018

Rajdey Basnadan representative of Anand Basnadan vs. North Broward Hospital District; Rajiv
Chokshi, MD and Rajiv Chokshi, MD, P.A. (Plaintiff Side)
Case No: CACE 15-019228 (13)
Attorneys for Plaintiff:   Law Office of Jay Cohen P.A.
Attorneys for Defense: Chimpoulis, Hunter & Lynn, P.A.
Trial date: 02/21/18


Executive Diagnostic Center Inc. a/a/o Ernesto Hernandez vs. United Automobile Inc. Co
(Plaintiff Side)
Case NO: 12-1985SP24
Attorneys for Plaintiff: Patino Law Firm
Attorneys for Defense: House Counsel of United Automobile Insurance
Trial date: February 22, 2018


Krysta Czajkowski vs. University of Maryland Midtown Health, INC. f/k/a Maryland General
Hospital,  INC.,  (Plaintiff Side)
Case NO. 24-C-17-002904 MM
Attorneys for Plaintiff: Schochor Federico Staton P.A.
Attorneys for Defense: Waranch & Brown, LLC
Deposition date: March 7th, 2018


Candy Lussier and Larry Lussier vs. Trident Medical Center LLC d/b/a et al. (Plaintiff Side)
Case NO:2016-CP-18-1058
Attorneys for Plaintiff: McLeod Law
Attorneys for Defense: The McKay Firm, P.A.
Deposition date: March 12, 2018


Jose Cortes vs. Broward County, Florida, Scott Israel, Sheriff of Broward (Plaintiff Side)
Case NO: 17-cv-61156JEM
Attorneys for Plaintiff: Fisher Law Firm
Attorneys for Defense: Walton Lantaff Schroeder & Carson LLP
Deposition date: April 16, 2018


David Brown, and individual and Tonia Jenkins, his wife vs. Marisol Luguardo-Soto (Plaintiff
Side)
Case No: 2015-008856 CA 10
Attorneys for Plaintiff: Goldberg and Rosen PA
Attorneys for Defense: Martinez Denbo, LLC
Deposition date: April 19th, 2018

Diane Williford vs. Carnival Corporation (Plaintiff Side)
Case NO: 1721992-CIV-COOKE/GOODMAN
Attorneys for Plaintiff: Aronfeld Trial Lawyers
Attorneys for Defense: Mase Tinelli Mebane & Briggs, P.A.
Deposition date: April 20th, 2018


Cledner Belidor (Pan AM Diagnostic Services) vs. State Farm Mutual Automobile Insurance
Company (Plaintiff side)
Case No: COCE 12-04696 (51)
Attorneys for Plaintiff: The Law Offices of Gonzalez and Associates
Attorneys for Defense: Green Murphy Murphy and Keelam
Deposition date: May 17, 2018

Osterblom vs. Cruise line (Plaintiff Side)
Case No: 17-CV-21475-MGC
Attorneys for Plaintiff: Brais Law Firm
Attorneys for Defense: HORR, NOVAK & SKIPP, P.A.
Deposition date: May 30th, 2018


Clenzo S Clark (Estate of Terry Clark) vs. Kershaw Health Medical Center, Justin Dzik, MD
(Plaintiff side)
Case No: 2017-CP-28-907
Attorneys for Plaintiff: Elliott & Phelan, LLC
Attorneys for Defense: James Parham Law
Deposition date: June 15th, 2018


Carey Ross vs. Bethesda Hospital Inc eurology Association of Palm Beach  (Plaintiff Side)
Case No:502013CA018971XXXXMBAJ
Attorneys for Plaintiff: Shevin Law Firm, PLLC
Attorneys for Defense: Bobo Ciotoli, White, Russell, P.A.
Deposition date: June 27th, 2018


Charles Veres, Matilde Hernandez-Nieves et al vs. Michael Darrin ZIll and Zill's Services Inc.
(Plaintiff Side)
Case No: 50-2017-CA-009048XXXMB
Attorneys for Plaintiff: Dolan Dobrinsky Rosenblum, LLP
Attorneys for Defense: Conroy Simberg
Deposition date: July 3rd, 2018


Marie Daniella Delices (Estate of Jonas Delices vs. Robert Katz, MD et al. (Plaintiff Side)
Case No: 2015-CA-5738
Attorneys for Plaintiff: Jason Gunter P.A.
Attorneys for Defense: Rissman Barrett, Hurt Donahue, McLain, Mangam P.A.
Deposition Date: July 9th, 2018

Phillip Brown and Jerry Cozart vs. Williams Escobar and Mastec Norht America Inc. (Plaintiff Side)
Case No: 11-40573 CA 11
Attorneys for Plaintiff: Jeffrey Wolfson Esq. and Ruggerio Law
Attorneys for Defense: Hinshaw & Culbertson LLP
Deposition date: August 31st, 2018


Berwick, Michael vs. JFK Medical Center Limited Partnership (Defense Side)
Case No: 50-2016-CA-013345-XXXX-MB
Attorneys for Plaintiff: Cohen Milstein Sellers & Toll PLLC
Attorneys for Defense: Billing, Cochran, Lyles, Mauro, Ramsey, P.A.
Deposition date: September 17th, 2018

William McKenney vas. David Marshall D.O. et al. (Plaintiff Side)
Case #:1:18-CV-00232-RDB
Attorneys for Plaintiff: Schochor, Federico Staton P.A.
Attorneys for Defense: Frederick W. Goundry, III, Esq.
Deposition date: September 25th, 2018


Sandala, Lauren vs. Bethesda Hospital Inc. (Defense Side)
Case No: 50-2016-CA-014025-XXXX-MB
Attorneys for Plaintiff: David C. Rash, P.A.
Attorneys for Defense: Law Offices of Keith Puya, P.A.
Deposition date: September 28th,2018


James Jordan IV, by Melissa Kacou vs. St. Mary's Medical Center INC et al. (Plaintiff Side)
Case No. 2018-CA-001371
Attorneys for Plaintiff: Kelley Uustal PLC
Attorneys for Defense: Conroy Simberg
Deposition date: October 5th, 2018


Samir Gharfeh vs. Carnival Corporation d/b/a Carnival Cruise Line and Carvajal MD (Plaintiff Side)
Case No. 17-cv-20499-JEM
Attorneys for Plaintiff: Hickey Law Firm, P.A.
Attorneys for Defense: Fowler White, Burnett, P.A.
Deposition date: October 17th, 2018

Santa Fe Medical Center a/a/o Lazara Rojas vs. United Automobile Insurance (Plaintiff Case)
Case No.: 03-6144 SP 26 (2)
Attorneys for Plaintiff: The Alvarez Law Firm
Attorneys for Defense: Nicolas Babinsky Esq.
Trial Date: November 14th, 2018

Richard Ward vs. Carnival Corporation d/b/a Carnival Cruise Line (Plaintiff Side)
Case No.: 17-CV-24628-RNS
Attorney for Plaintiff: Hickey Law Firm, P.A.
Attorney for Defense: Horr, Novak, & Skipp, P.A.
Deposition date: November 28th, 2018


Cardenas, Wilson vs. Smith Terminal Warehouse Company a Florida Corporation (Defense Side)
Case No.: 14-023482 CA 10
Attorneys for Plaintiff: William Petros Law, Corona Law Firm
Attorneys for Defense: Rogers Towers P.A.
Deposition date: November 30th, 2018


David Brown, and individual and Tonia Jenkins, his wife vs. Marisol Luguardo-Soto (Plaintiff Side)
Case No: 2015-008856 CA 10
Attorneys for Plaintiff: Goldberg and Rosen PA
Attorneys for Defense: Martinez Denbo, LLC
Trial date: December 4th, 2018


Paulette Howard-Bunch vs. Carnival Corporation d/b/a Carnival Cruise Line  (Plaintiff Side)
Case NO.: 18-CV-21867-MOORE/SIMONTON
Attorneys for Plaintiff: Hickey Law Firm, P.A.
Attorneys for Defense: Horr, Novak & Skipp P.A.
Deposition date: December 11th, 2018


Arnold R. Green et al., vs. Gabriel A Hernandez, M.D., et. al. (Plaintiff Side)
Case No.: 24-C-18-001863
Attorneys for Plaintiff: Schochor Federico Staton PA
Attorneys for Defense: Waranch & Brown, LLC
Deposition date: December 12, 2018


Molly Hughes and Michael Hughes vs. The Southern Spine Institute, LLC et al. (Plaintiff Side)
Case No.: 2017-CP-10-02670
Attorneys for Plaintiff: Elliott Phelan, LLC
Attorneys for Defense: Hood Law Firm LLC
Deposition date: January 3rd, 2019

Paulette Bakeberg, by Dennis Bakeberd  vs. The Homestead at Anoka Inc. (Plaintiff Side)
Case NO.: 27-CV-17-16041
Attorneys for Plaintiff: Kosieradzki Smith
Attorneys for Defense: Pfefferle Kane
Trial Date: January 8th, 2019


Shaniya Monet Linzie vs Frank Groshek, MD et al (Plaintiff Side)
Case No.: 2017CA 008597 M
Attorneys for Plaintiff: Schochor Federico Staton P.A.
Attorneys for Defense:  Wharton Levin Enhrmantrout & Klein P.A.
Deposition date: January 14th, 2019


Jean Robert Leblanc vs. A&A West Indian Groceries, Inc., et al.  (Plaintiff side)
Case No.: CACE 18-000391
Attorneys for Plaintiff: Anderson Glenn LLP
Attorneys for Defense: Hankin & Giaramita P.A.
Deposition date: January 22nd, 2019


Thomas Davies (guardian of Daniel Davies) vs. Scott Israel (Broward Sheriff's office) et al.
(Plaintiff side)
Case No.: 18-60637-KMM-SNOW
Attorneys for Plaintiff: Edwards Pottinger LLC
Attorneys for Defense: Walton Lantaff Schroeder & Carson LLP;  Haliczer, Pettis & Schwamm
P.A.
Deposition date:  January 25th, 2019


Stanley Fleury (representative of Grable Fleury; Estate) vs. Tenet Healthsystem North Shore,
Inc., d/b/a North Shore Medical Center, et al. (Plaintiff side)
Case No.: 2014-12481 CA 01
Attorneys for Plaintiff: Friedman, Rodman & Frank PA; Beckham & Beckham, P.A.
Attorneys for Defense: Hoffman Fabano P.A.; Diaz Law Group; Falk Waas, Hernandez, Cortina,
Solomon & Bonner, P.A.
Deposition date: March 6th, 2019


Brittany Hittle (Alexandria Helmick as guardian) vs. University of Maryland Medical System
Corporation, Inc. et al. (Plaintiff side)
Case No.: 24-C-18-000712 MM
Attorneys for Plaintiff: Schochor Federico Staton P.A.
Attorneys for Defense: Brady, Fischel, Daily, LLC
Deposition date: March 22nd, 2019

Richard Ward vs. Carnival Corporation d/b/a Carnival Cruise Line (Plaintiff Side)
Case No.: 17-CV-24628-RNS
Attorney for Plaintiff: Hickey Law Firm, P.A.
Attorney for Defense: Horr, Novak, & Skipp, P.A.
Trial date: April 17th, 2019


NargisYousuf and Mohammed Yousuf vs. Jetro restaurant Depot, LLC, d/b/a Restaurant Depot
(Defense Side)
Case No.: CACE 17-022120 (02)
Attorneys for Plaintiff: Krupnick Campbell, Malone, Bused, Slama, Hancock P.A.
Attorneys for Defense: Resnick & Louis, P.C.
Deposition date: April 19th, 2019


Lee Clancy Ford (Mother and next friend of Jane Doe) vs. NCL (Bahamas) LTD., Bermuda
Company d/b/a Norwegian Cruise Line (Plaintiff Side)
Case No.: 17-CV-24404-MORENO/LOUIS
Attorneys for Plaintiff: Mason Kerns
Attorneys for Defense: Mase Mebane & Briggs, P.A.
Deposition date: April 29th, 2019


Randall Knoepfle  (Joan Knoepfle) vs. Raudel Gil Martin and Crescent Moon Holdings, LLC, a
Florida Limited Liability Company, f/k/a All Star Toilet Co, LLC, (Plaintiff side)
Case No.: 2017- 009721-CA
Attorneys for Plaintiff: The Law Offices of Dan Newlin & Partners
Attorneys for Defense:Fowler White Burnett, PA
Deposition date: May 10th, 2019


Barrier Pamela (Guardian of Barrier Chad) vs. JFK Med Center Limited Partnership, d/b/a JFK
Medical Center et al. (Plaintiff side)
Case No.: 50-2012-CA-022822-XXX-MB
Attorneys for Plaintiff: The Grossman Attorneys at Law; Tarro & Marotti Law Firm, LLC; Joel
C. Perwin P.A.
Attorneys for Defense: La Cava & Jacobson, P.A.; Cole, Scott, Kissane, P,.A.; Grower,
Ketchman, Eide, Telam, Meltz, P.A.; Billing Cochran, Lyles, Mauro & Ramsey, P.A.; Wicker
Smith, O'Hara, McCoy & Ford, P.A.
Deposition date: May 15th, 2019


Hall, Julie vs. Orlando Health, Inc. D/B/A Orlando Regional Medical Center (Plaintiff side)
Case No.: 2013-CA-013661-0
Attorney for Plaintiff: Dellecker, Wilson, Seidule, King, McKenna, Ruffier & SOS
Attorney for Defense: Wicker, Smith, O'hara, McCoy & Ford, P.A.
Trial date: May 22nd, 2019


Sincerely;

_Nicholas D.A. Suite, M.D._          *ELECTRONICALLY SIGNED ON  May 24th.2019*
Nicholas D.A. Suite, M.D.

# MEDICO-LEGAL CASES
# NICHOLAS D.A. SUITE, M.D.
# THE ACADEMIC NEUROLOGY NETWORK, INC.

| PLAINTIFF | LAW OFFICES / ATTORNEYS | DEFENDANT | LAW OFFICES / ATTORNEYS |
|---|---|---|---|
| ABBOTT | LYTAL | ADVANTAGE ROOFING (GOHAGEN) | LYDECKER DIAZ |
| ADKINS | WEINSTEIN & COHEN P.A. | AHMED (REBERA, CAROL) | LAW OFFICES BILLING, COCHRAN, LYLES, MAURO & RAMSEY |
| AELION, | PANTER PANTER AND SAMPEDRO P.A. | AMERICAN STRATEGIC INSURANCE COMPANY (JOANNE SHAMPAIN ) | ATKINSON ATTORNEYS AT LAW |
| AJETE, JESUUS | FORT  DEAN ROTUNDO PA | AMARAL | MITRANI, RYNOR, ADAMSKY & TOLAND PA |
| ALEXANDER, SABRIE ESTATE | FIEGER,FIEGER, KENNEY&HARRINGTON | ARC MARTIN AND JARED CAMP (CLAIR. M) | MITRANI, RYNOR, ADAMSKY & TOLAND PA |
| ALFARO | WEINSTEIN & COHEN P.A. | ATICE, M | BRETT KAPLAN, ESQ. |
| ALLEN, KAILE | KAPLAN AND FREEDMAN P.A. | BAKER M. INVISION CENTER (KUELBS, PAULA) | RICHARD WOMBLE ESQ |
| ALLEN R. | ELLIOT & PHELAN, LLC | BAHADORI, HAMID MD (BONNIE LOHR) | BUYCK SANDERS & SIMMONS LLC. |
| ALVAREZ M. | THE LAW OFFICE OF GONZALEZ & ASSOCIATES | BANCO POPULAR DE PUERTO RICO (JACOBS LUCY) | BARNES &  BENOIT LLP |
| AMIEIRO P. | MONTERO LAW | BARKSDALE, R | COLE, SCOTT & KISSANE |
| ANDRADE | LEOPOLD LAW | BAPTISTHOSPITAL & BATILLO A (GOMEZ, ANIBAL) | HINSHAW CULBERTSON LLP |
| ASHANTI, JORDAN | KELLEY UUSTAL | BAPTIST MEDICAL CENTER (MERRITT J.) | SMITH HULSEY & BUSEY |
| ATWELL, DONNA | SCHOCHOR FEDERICO & STATON, PA | BEAUTY HEALTH & TRADE ALLIANCE (REBECCA HENDERSON) | LYDECKER DIAZ |
| BAKEBERG | KOSIERADZKI SMITH LAW FIRM | BENARI | MITRANI, RYNOR, ADAMSKY & TOLAND PA |
| BANDEN A. | WILLIAM NORTONESQ. | BENNYS ON BEACH | STONE & CONNOLLY PA |
| BANKS C. | THE LAW OFFICES OF JAY COHEN | BIG TIME RESTAURANT GROUP CORP (VAIL) | ENTIN & DELLA FERA P.A. |
| BARNETT, D. | NORTON & NORFLEET, P.C. | BITTLE, R | FRANK KESSLER |
| BARRIER, PAMELA/CHAD | GROSSMAN ATTORNEYS AT LAW | BLUE MARTINI GALLERIA (REEVES) | LAW OFFICES OF RICHARD DELLLA FERA P.A |
| BASNADAN A. | LAW OFFICES OF JAY COHEN PA | BLUE MARTINI (KLETSKAYA | LAW OFFICES OF RICHARD DELLLA FERA P.A |
| BATISTA O | DEPRIMO FLEITAS P.A. | B'NAI (BOHBOT) | LY DECKER DIAZ LAW |
| BATISTA Z. | LAW OFFICE OF ROBERT DIXON | Bridgestone Aircraft Tire (ALI ALEEM) | The Chartwell Law Offices, LLP |
| BEAMON | HUTCHISON TUBIANA LAW FIRM | BOHBOT G. | LYDECKER DIAZ |
| BEATY N. | BOUNDS LAW GROUP | BOLONGO BAY | BARNES &  BENOIT LLP |
| BEAUVAIS V. | COHEN, BLOSTEIN & AYALA PA | BONSAVER, E | LAW OFFICE OF MARK J. LABATE |
| BEGAY | WIDNER | BROWARD COUNTY (JERRY GOODINE) | BROWARD COUNTY |

# MEDICO-LEGAL CASES
# NICHOLAS D.A. SUITE, M.D.
# THE ACADEMIC NEUROLOGY NETWORK, INC.

| PLAINTIFF | LAW OFFICES / ATTORNEYS | DEFENDANT | LAW OFFICES / ATTORNEYS |
|---|---|---|---|
| BELIDOR, CLEDNER | THE LAW OFFICE OF GONZALEZ & ASSOCIATES | BROWARD COUNTY (SETTIPANE) | BROWARD COUNTY |
| BELL, ROBERT | ERIC BLOCK P.A. | BROWARD SHERIFFS OFFICE | KO LAWYERS |
| BELLA COLL | THE HICKEY LAW FIRM | BROWARD SHERRIFS OFFICE (MICHAEL HINSCH) | KO LAWYERS |
| BELLAMY Y.1 | MATTHEW WEISSING ESQ. | BROWARD SURGICAL | MCINTOCH, SAWRAN & CARTAYA |
| BERRIOS D. | THE LAW OFFICE OF JAY COHEN | BROWN | BOSCO |
| BIELASZKA, J. | BROWN CHIARI LLP | CALDERON S. (JOHNSON CRAIG)X | RISSMAN, BARRETT, HURT, DONAHUE & MCLAIN |
| BITNER, D ESTATE | GROSSMAN ROTH, PA | CANTORE, A | MICHAUD, MITTLEMARK, MAROWITZ &ARSANI |
| BLANCO M | KAIRE & HEFFERNAN | CANTUARIA, N | MITRANI, RYNOR, ADAMSKY & TOLAND PA |
| BLANKENCHIP, S | GOLDBERG & OSBORNE LLP | CARONNA R | HEATH & CARCIOPPOLO |
| BOLDEAU | HICKEY LAW FIRM | CARTAYA, C | MCINTOCH, SAWRAN & CARTAYA |
| BOND J | SCHOCHOR FEDERICO & STATON, PA | CASTILLO, D | ROBERT L. SWITKES & ASSOCIATES |
| BONNER, MACKENZIE | WAPNER NEWMAN WIGRIZER BREACHER MILLER | CATHOLIC HEALTH SYSTEM INC. (HARB) | BROWN CHIARI LLP |
| BRADLEY J | CHARPENTIER LAW FIRM | CHEIHADE | MITRANI, RYNOR, ADAMSKY & TOLAND PA |
| BRIGGS | COURNARD | CHIU | ENNIS |
| BROOKOVER, R. | LAW OFFICE OF JAY COHEN | CITY OF MIAMI (AVENDANO) | CITY OF MIAMI |
| BROWN B | HOLZBERG LEGAL | CITY OF PEMBROKE | MASSEY, COICAN, SCHUSTER & KING |
| BROWN, DAVID | GOLDBERG AND ROSEN P.A. | CLEMENTS, A | MICHAUD, MITTLEMARK, MAROWITZ & ARSANI |
| BRUZZESI T. | DEUTSCH & BLUMBERG | CLOROX (PATRICK) | BARNES &  BENOIT LLP |
| BULLOCK, MINNIE | OSBORN & ASSOCIATES | COLWELL, K | BECKER & POLIAKOFF |
| BURGESS J. | BROTMAN NUSBAUM IBRAHIM | COMMCARE PHARMACY (CUEVAS L) | MCINTOCH, SAWRAN & CARTAYA |
| BURKHART B. | CONNORS LLP | CORONA, R. | HEALTH & CARCIPPOLO, CHARTERED |
| BYRNE, J. | GROSSMAN ROTH, PA | CRUZ & GEICO | STEVEN ADAMSKY ESQ. |
| CABRERA G. | LAW OFFICE OF JAY COHEN P.A. | DELGADO | GOLDMAN |
| CABRERA L. | GROSSMAN ROTH, PA | DEWAN MC (MERCIER) | LAW OFFICES OF KEITH J. PUYA, P.A. |
| CAFRA, J | CLARK & MARTINO | DI PONZA II, M  (SHRINER, STUART | CASSIDY & BLACK, P.A. |
| CAMPILLO, HORACIO | WHITE & TWOMBLY, P.A. | DOMINOS | MITRANI, RYNOR, ADAMSKY & TOLAND PA |
| CARP J | D'ORAZIO PETERSON LLP | DR. BALLWEG | DEUTSCH & BLUMBERG |
| CARSON S | ROBERTS & DURKEE | DR. GHANAVATI | MICHAUD, MITTLEMARK, MAROWITZ & ARSANI |
| CHAPMAN, CARLOS | PANTER PANTER AND SAMPEDRO P.A. | DR. HOWELL | RISSMAN, BARRETT, HURT, DONAHUE & MCLAIN |
| CLARK T. | ELLIOTT & PHELLAN | DR. VONGXAIBURANA | RISSMAN, BARRETT, HURT, DONAHUE & MCLAIN |
| COBB | SHEVIN | ECOLABS | NILSEN |
| COHEN, AARON | SCHOCHOR FEDERICO & STATON, PA | FELDMAN | MITRANI, RYNOR, ADAMSKY & TOLAND PA |
| COHEN, FLORENCE | MCLAUGHLIN & STERN | FELSON | JOSEPHS JACK, ESQ. |
| CONLAN, B | WELTCHEK MALLAHAN & WELTCHEK | FIGUEROA, D | RISSMAN, BARRETT, HURT, DONAHUE & MCLAIN |

# MEDICO-LEGAL CASES
# NICHOLAS D.A. SUITE, M.D.
# THE ACADEMIC NEUROLOGY NETWORK, INC.

| PLAINTIFF | LAW OFFICES / ATTORNEYS | DEFENDANT | LAW OFFICES / ATTORNEYS |
|---|---|---|---|
| CONREUR, MICHELLE | RICK RUBINO/ DELRAY LAW LLC | FLAGLER HOSPITAL | MCINTOCH, SAWRAN & CARTAYA |
| COOK C. | BULLOCK LAW GROUP | FLANAGANS | ROBERTS & DURKEE |
| | | FLORIDA MEMORIAL | |
| CORMIER D | GROSSMAN ROTH, PA | UNIVERSITY (EDMOND A.) | KLEIN GLASSNER PARK & LOWE P.L. |
| CORNELIUS | THE HICKEY LAW FIRM | FOSTER | WOMACK |
| CORTES, JOSE | FISHERREDAVID TRIAL LAWYERS | FRASER, L | LAW OFFICES OF JAY COHEN PA |
| CORTES, PEDRO | ARMAND & DIEGUEZ, P.A. | FREDERICKSON, D | GREGGORY GLASSER PA |
| COWART, HENRY | ELLIOTT & PHELLAN | FEDRICK G. | BOBO, CIOTOLI, WHITE & RUSSEL, P.A. |
| CURRY, JOHANNA | HICKEY LAW FIRM | GARDENS COURT | FANN & PETRUCCI PA |
| CRAIN, G | THE HICKEY LAW FIRM | GARLOCK L ESTATE | THE LAW OFFICE OF KEITH R/ TAYLOR |
| CREWS T. | THE LAW OFFICE OF WILLIAM J. SCOTT, P.A. | GEICO (KIMBERLY COLON) | ECLAT LAW |
| CRITCHLOW, K. | LUGO LAW CENTER | GEICO (DARLENE FOLEY) | KUBICKI DRAPER |
| CRUZ, ALBERTO | GOLD AND GOLD LAW PA | GEIST, E VS. PARKER | HOOD LAW |
| | | GENERAL MOTORS | |
| CRUZ, E. | FRIEDMAN, RODMAN, & FRANK, P.A. | (T'QUILA SMITH) | BARNES & NEIL, LLP |
| | | GFS MARKETPLACEREALTY | |
| CZAJKOWSKI, KRYSTA | SCHOCHOR FEDERICO & STATON, PA | FOUR (GOLDSTEIN) | ECLAT LAW |
| | | GFS MARKETPLACEREALTY | |
| DANIELS M. | JAYSON, FARTHING, SKAFIDAS & WRIGHT PA | FOUR (PETERS, A.) | ECLAT LAW |
| | | GFS TRANSPORT AND IVYN LUC JOSEPH (ANGIE | |
| DAVIES, THOMAS | EDWARDS POTTINGER LLC | DAZA) | ECLAT LAW |
| | | Girishbhai Panchal | |
| DAVISON G. | JOHN PAVSNER P.A. | (Allen Dionne) | RISSMAN, BARRETT, HURT, DONAHUE & MCLAIN |
| | | GOODWILL INDUSTRIES OF SOUTH FL (LOPEZ, | |
| DENNISS | THE HICKEY LAW FIRM | RAFAEL) | KLEIN GLASSNER PARK & LOWE P.L. |
| | | GORDON FOOD ET.AL | |
| DEVONTE, CHRISTIAN | SCHOCHOR FEDERICO & STATON, PA | (KINCAID, CHARLES) | |
| | | GORDON FOOD SERVICES ET AL | |
| DOLAN, CAROLYNN | COLLING GILBERT WRIGHT CARTER LLC | (mClINTON | ECLAT LAW |
| | | GORDON FOOD SERVICES ET AL | |
| DOLAN, MICHAEL | GROSSMAN ROTH, PA | (BOSTER) | ECLAT LAW |
| DOUGHERTY | BABBIT JOHNSON & OSBORNE | GREENBARG | ROMERO |
| DOUGLAS | BABBIT JOHNSON & OSBORNE | GREENBARG, M | GAEBE, MULLEN, ANTONELLI & DIMATTEO |
| DOWNER, ANGELLA | SCHOCHOR FEDERICO & STATON, PA | GROSSMAN | MILT THURM, ESQ |
| | | GULFSTREAM | |
| DOYEN, KEVIN | PROPAYNT CLAIM SERVICES | (BOCACHICA) | MITRANI, RYNOR, ADAMSKY & TOLAND PA |

# MEDICO-LEGAL CASES
# NICHOLAS D.A. SUITE, M.D.
# THE ACADEMIC NEUROLOGY NETWORK, INC.

| PLAINTIFF | LAW OFFICES / ATTORNEYS | DEFENDANT | LAW OFFICES / ATTORNEYS |
|---|---|---|---|
| DROUILLARD, MAPHISE | FREIDIN BROWN, P.A. | HARBORSIDE CORP. (FREDERIC) | BARNES &  BENOIT LLP |
| D'SOUZA | WALKER | HARTNER, JOHN C. | O'CONNELL & ARONOWITZ ATTORNEYS AT LAW |
| DUNN | LEVIN PERCONTI | HARTFORD | MILT THURM, ESQ |
| DURAN A. | JAMES TRAITZ LLC | HELFAN | DEUTSCH & BLUMBERG |
| EADES, MARY | BOUNDS LAW GROUP | HENDERSON | STONE & CONNOLLY PA |
| ENDRES M. | LEGALLY PINK LAW | HOLIDAY CVS | MCINTOCH, SAWRAN & CARTAYA |
| EPPS S. | WELTCHEK MALLAHAN & WELTCHEK | HOLY CROSS HOSP | HEATH & CARCIOPPOLO |
| ERAZO, RUBY | SOUTH FLORIDA TRIAL LAWYERS | HUSAINY MD (CRUCE) | LAW OFFICES OF KEITH J. PUYA, P.A. |
| ESTATE DELICES | SEARCY DENNEY SCAROLA BARNHART | IMPERIAL FIRE AND CASUALTY (ALVAREZ) | GOLDSTEIN LAW GROUP |
| ESTUPINAN, STEVEN | GROSSMAN ROTH YAFFA COHEN PA | IMPERIAL FIRE AND CASUALTY (FERICELLI) | GOLDSTEIN LAW GROUP |
| EWING, ERIC | BRAIS LAW FIRM | IMPARIAL FIRE AND CASUALTY (FIGUEROA) | GOLDSTEIN LAW GROUP |
| FABRE, GAELLEN | KATZMAN WASSERMAN BENNARDINI RUBINSTEIN P.A. | IMPERIAL FIRE AND CASUALTY (GOMEZ) | GOLDSTEIN LAW GROUP |
| FADER A. | GOLDBERG & ROSEN P.A. | IMPERIAL FIRE AND CASUALTY (MENA) | GOLDSTEIN LAW GROUP |
| FARABEE, J | COHEN MILSTEIN SELLERS& TOLL | IMPERIAL FIRE AND CASUALTY (MENDIBLE) | GOLDSTEIN LAW GROUP |
| FARROQI, Z. | SCHOCHOR FEDERICO & STATON, PA | IMPERIAL FIRE AND CASUALTY (RAMIREZ) | GOLDSTEIN LAW GROUP |
| FAUST-KNIGHT | SCHOCHOR FEDERICO & STATON, PA | IMPERIAL FIRE AND CASUALTY (SAUNDERS) | GOLDSTEIN LAW GROUP |
| FAZENBAKER D. | SCHOCHOR FEDERICO & STATON, PA | IMPERIAL FIRE AND CASUALTY (SIRI) | GOLDSTEIN LAW GROUP |
| FEDAS | SPIER | IMPERIAL FIRE AND CASUALTY (ZUNIGA) | GOLDSTEIN LAW GROUP |
| FEDERCZYK, MARIA | BROWN CHIARI LLP | ISRAEL, SCOTT ET AL (WATKINS, ERIC) | KO LAWYERS |
| FERNANDEZ, L. | ROBERTS & DURKEE | JACKSON | RISSMAN, BARRETT, HURT, DONAHUE & MCLAIN |
| FERNANDEZ, SYDNEY | HICKEY LAW FIRM | JAMES RIVER INSURANCE COMPANY (DAISY PRIETO) | RESNICK LOUIS P.C. |
| FIKE | PARVEY & FRANKEL ATTORNEYS P.A. | JC PENNY (FODALE-PODDUBNY) | RESNICK & LOUIS P.C.ATTORNEYS AT LAW |
| FONSECA-DEPINA, LISA | HICKEY LAW FIRM | JFK MEDICAL CENTER (NOTO MESA | BILLING COCHRAN, LYLES, MAURO & RAMSEY, PA |
| FOX, VIRGINIA | SCHOCHOR FEDERICO & STATON, PA | JFK MEDICAL GROUP | BILLING COCHRAN, LYLES, MAURO & RAMSEY, PA |
| GERSBECK, N | HICKEY LAW FIRM | JORDAN GROVE MISSIONARY BAPTIST CHURCH (THOMAS COLLINS) | GUIDE INE INSURANCE |

# MEDICO-LEGAL CASES
# NICHOLAS D.A. SUITE, M.D.
# THE ACADEMIC NEUROLOGY NETWORK, INC.

| PLAINTIFF | LAW OFFICES / ATTORNEYS | DEFENDANT | LAW OFFICES / ATTORNEYS |
|---|---|---|---|
| FIGOEROA, J. | LEIGHTON LAW | KAMM | MITRANI, RYNOR, ADAMSKY & TOLAND PA |
| FLEURY PAUL ESTATE | FRIEDMAN, RODMAN, & FRANK, P.A. | KASZUBA (DUDEK) | WEEKLEY SHULTE VALDES |
| FORD, C. | PAUL HOFFMAN | KHAN, KASHAN, M.D. (HERNANDEZ) | RISSMAN, BARRETT, HURT, DONAHUE & MCLAIN |
| FRAGA, SERGIO | THE ALVAREZ LAW FIRM | KMART (ARCHER) | BIRCH, DEJONGH & HINDELS PLLC |
| FREEMAN WEST B. | LEIGHTON LAW | KMART (PHILLIPS) | BIRCH, DEJONGH & HINDELS PLLC |
| FUNSTON, EMILY | PAYAS PAYAS PAYAS LLP | LAYSON, C | COLE, SCOTT & KISSANE |
| GARCIA, T. | JAY COHENS OFFICE | LOPEZ | STEPHANS LYNN |
| GARCIA-ROJAS A. | GAMBA LOMBANA HERRERA | LOUREIRO | GRANT |
| GATES, RAY | DELLECKER WILSON MCKENNA RUFFIER SOS | LYFT FLORIDA (DANIEL CORREA) | LIEBER, GONZALEZ & PORTUNDO |
| GHARFEH, SAMIR | HICKEY LAW FIRM | LYFT INC (ALLEXIE POWELL) | LIEBER, GONZALEZ & PORTUNDO |
| GOLDSMITH | BABBIT JOHNSON & OSBORNE | MACY'S (JEAN BRADLEY JENKINS) | RESNICK & LOUIS P.C. |
| GONZALEZ, J | MONTERO LAW | MANGO'S RESTAURANT AND LOUNGE (N. PASTOR) | COLE, SCOTT & KISSANE |
| GONZALEZ, M | GROSSMAN ROTH, PA | MANTEGZZA, I | MITRANI, RYNOR, ADAMSKY & TOLAND PA |
| GOSNELL, S | BABBIT JOHNSON & OSBORNE | MARKHAM K. CONDOMINIUM ASSOCIATION INC (TURTURO) | LYDECKER DIAZ |
| GOULBOURNE, RAMOY (FIU BRIDGE) | ROMANO LAW | MARCUS, K | GREEN ACKERMAN & FROST |
| GRAMADA | LOUIS VUCCI | MARTIN MEMORIAL MED. (CROUCH) | BILLING COCHRAN, LYLES, MAURO & RAMSEY, PA |
| GREEN, JOSEPH | MASE MEBANE & BRIGGS | MATIAS Y | GUIDE INE INSURANCE |
| GREEN X | GOLDBERG & HIRSH | MASON J. | RISSMAN, BARRETT, HURT, DONAHUE & MCLAIN |
| GREENFIELD, M | NEEDLE & ELLENBERG | MCLAUGLIN | MICHAUD, MITTLEMARK, MAROWITZ &ARSANI |
| GREER, FREDERICK | SOMERA SILVA llp | MCCUBBIN MEGAN | COLE, SCOTT & KISSANE |
| GRIFFIN, P. | BOUNDS LAW GROUP | MIGUEL | CAROLE FERNANDEZ |
| GRUBB K | SCHOCHOR FEDERICO & STATON, PA | MORENO | MITRANI, RYNOR, ADAMSKY & TOLAND PA |
| GUMINA | LEOPOLD LAW | NICHOLSON, L | SCOTT E. GWARTNEY |
| GUZMAN, ROSA | STVEN GROVER | OFF THE WALL TRAMPOLINE FUN CENTER (MADISON LAND) | LYDECKER DIAZ |
| HAIGLER, KIMISHA | ELLIOTT & PHELLAN | ORLANSKI GUILLERMO | GEICO |
| HAGEDORN R. | PARVEY & FRANKEL ATTORNEYS P.A. | ORTIZ DPM (SANDALA) | LAW OFFICES OF KEITH J. PUYA, P.A. |
| HAMILTON A. | GROSSMAN ROTH, PA | OUTTEN-COX S. (GERVAIS J.) | GRIFFITH & PARTNERS ATTORNEY |
| HANNA, DARRYL | FISHERREDAVID TRIAL LAWYERS | PALMS WEST HOSPITAL | BILLING COCHRAN, LYLES, MAURO & RAMSEY, PA |

# MEDICO-LEGAL CASES
# NICHOLAS D.A. SUITE, M.D.
# THE ACADEMIC NEUROLOGY NETWORK, INC.

| PLAINTIFF | LAW OFFICES / ATTORNEYS | DEFENDANT | LAW OFFICES / ATTORNEYS |
|---|---|---|---|
| HART, TOBY | BROTMAN NUSBAUM IBRAHIM | PALM BEACH GARDENS MEDICAL CTR. (REMY, ANTHONY) | MALLARD & SHARP, P.A. |
| HARSHMAN, ALAN | LEIGHTON LAW | PALM BEACH GARDENS MED. CENTRE (RICHARD MARTIN) | BILLING COCHRAN, LYLES, MAURO & RAMSEY, PA |
| HARVEY, LARRY | ROSELLI & MCNELIS | PALMS WEST HOSPITAL (CLARKE) | BILLING COCHRAN, LYLES, MAURO & RAMSEY, PA |
| HOWARD-BUNCH | HICKEY LAW FIRM | PANCHAL G. | RISSMAN, BARRETT, HURT, DONAHUE & MCLAIN |
| HOYT, MARIE | LABOVICK LAW GROUP | PARKER, M | CONROY SIMBERG GANON KREVANS ABEL |
| HUBER, JOHN | LEVIN PERCONTI | PEARSON | ATKINSON DINER |
| HUGHES, MOLLY | ELLIOTT & PHELLAN | PIER 1 IMPORTS | FOWLER, WHITE & BURNETT |
| HAWATMEH | FRIEDLAND LAW GROUP | PLAYA DEL SOL ASSOc.. | JOSEPHS JACK, ESQ. |
| HERRING-COOPER E. | BOUNDS LAW GROUP | PRABHAKAR, PUNAM MD (TEWARI) | BILLING COCHRAN, LYLES, MAURO & RAMSEY, PA |
| HERNANDEZ A. | GONZALES & ASSOCIATES | PROJECT | MCINTOCH, SAWRAN & CARTAYA |
| HERNANDEZ, CLARA | GILL AND CHAMAS LLC | RANDSTAD NORTH AMERICA (MARY RICHARDSON) | LEGAL SOLUTIONS GROUP P.L. |
| HERNANDEZ, ERNESTO | PATINO LAW FIRM | RESTAURANT DEPOT (YOUSUF) | RESNICK & LOUIS P.C.ATTORNEYS AT LAW |
| HERNANDEZ-NIEVES, MATILDE | DOLAN DOBRINSKY ROSENBLUM | ROBERSON, MARCUS DWAYNE (CAPRICE LATHE) | COLE, SCOTT & KISSANE |
| HERRERA L..\ | GONZALES & ASSOCIATES | RODRIGUES, ROGER (RUBEN PENA | WHITE & WOMBLY P.A. |
| HILL | THE HICKEY LAW FIRM | PORT OF MIAMI MANAGEMENT INC (DUDEK) | MITRANI, RYNOR, ADAMSKY & TOLAND PA |
| HOBBS J. | FORMAN LAW OFFICES | RUBENSTEIN, P | LY DECKER DIAZ LAW |
| HODGES, GABRIELA | SOUTH FLORIDA TRIAL LAWYERS | SHER | MITRANI, RYNOR, ADAMSKY & TOLAND PA |
| HOFFERBERT, CALVIN | SCHOCHOR FEDERICO & STATON, PA | SCHALLOP M.D. (RICHARD MARTIN) | BOBO, CIOTOLI, WHITE & RUSSEL, P.A. |
| HOLLAND, J | LOCKE LAW PA | SIWICKI | MAGDICH |
| HOLSEY | THE HICKEY LAW FIRM | SMITH TERMINAL WAREHOUSE COMPANY (CARDENAS) | ROGERS TOWERS |
| INDECK | ROBERTS & DURKEE | SOUTH FL SEAFOOD | MITRANI, RYNOR, ADAMSKY & TOLAND PA |
| IRWIN, TERENCE VINCENT | COLLING GILBERT WRIGHT CARTER LLC | SPECIALISTS ON CALL | BUSH GRAZIANO &RICE PA |
| JEWETT, E | DEUTSCH & BLUMBERG | STATE FARM (AARON-GONZALEZ, DORIS) | |
| JOHNSON E. | LAW OFFICE OF JAY COHEN | STATE FARM (BESSER) | KIRWAN SPELLACY DAHNER PA |

# MEDICO-LEGAL CASES
# NICHOLAS D.A. SUITE, M.D.
# THE ACADEMIC NEUROLOGY NETWORK, INC.

| PLAINTIFF | LAW OFFICES / ATTORNEYS | DEFENDANT | LAW OFFICES / ATTORNEYS |
|---|---|---|---|
| JOHNSON | ROBERTS & DURKEE | STATE FARM (ROMERO) | KIRWAN SPELLACY DAHNER PA |
| JOHNOSON, LORRAINE | SCHOCHOR FEDERICO & STATON, PA | St. LUCY MEDICAL CENTER(KIRKEBERG) | BILLING COCHRAN, LYLES, MAURO & RAMSEY, PA |
| JOHNSON, MARTIN | POLLACK LAW FIRM | ST. MARY'S MED CTR | MICHAUD, MITTLEMARK, MAROWITZ &ARSANI |
| JORDAN, JAMES | KELLEY UUSTAL | SUNCOAST ELEVATOR COMPANY (PRITIKIN) | LYDECKER DIAZ |
| JUSTUS, GARATH | WILLIAM E PLOSS PA | SUNDMACHER | COONEY, KAPS |
| KELLY, CELIA | SCHOCHOR FEDERICO & STATON, PA | Sunshine Lake Mary LLC d/b/a Planet Fitness (DESAPIO) | MITRANI, RYNOR, ADAMSKY & TOLAND PA |
| KESSLER J. | MARK WOLIN | SUNZ INSURANCE (DULAC) | COHEN MILSTEIN SELLERS TOLL PLLC |
| KHAN, AMBER | JOHNSON DALAL | THE ARC (CLAIR, MICHAEL) | MITRANI, RYNOR, ADAMSKY & TOLAND PA |
| KIRSCH, L | THE VOORHIES LAW FIRM | THE GARDENS NORTH CONDO ASSOCIATION (Velez) | KLEIN GLASSNER PARK & LOWE P.L. |
| KUPIEC W. | HICKEY LAW FIRM | TIRADO M.D. (THOMPSON) | LAW OFFICES OF KEITH J. PUYA, P.A. |
| KUPINSKI, S. | WEINSTEIN & COHEN P.A. | TOOJAYS MGT CORP (LYONEL RIGAUD) | MCINTOCH, SAWRAN & CARTAYA |
| LAKHAN | GRIFFIT J WINTHROP III | TRADEWIND (GNIEWOSZ) | MITRANI, RYNOR, ADAMSKY & TOLAND PA |
| LAUDEMAN B. | SCHOCHOR FEDERICO & STATON, PA | | |
| LAWRENCE A. | SCHOCHOR FEDERICO & STATON, PA | TOWN OF DAVIE (DONALD SMITH) | LYDECKER DIAZ |
| LAZAR, ELIZABETH | DOLAN DOBRINSKY ROSENBLUM | TOWN OF DAVIE POLICE (LUCIA MAPP) | LYDECKER DIAZ |
| LEBLANC, ROBERT ESTATE | LEIGHTON LAW | UGALDE | MITRANI, RYNOR, ADAMSKY & TOLAND PA |
| LEBLANC, JEAN ROBERT | ANDERSONGLENN LLP | UNITED PENTECOSTAL (BRYAN) | LY DECKER DIAZ LAW |
| LEDEZMA U | PETER MILLER ESQ | USAA CIC (MIRABAL | BOYD & JENERETTE PA |
| LEE, ALTHEA | COHEN BLOSTEIN & AYALA PA | VIDAL | WICKER SMITH |
| LEITAO C. | HICKEY LAW FIRM | VIZOSOL | MITRANI, RYNOR, ADAMSKY & TOLAND PA |
| LEMA, BRANDI | BOUNDS LAW GROUP | WALSH | MITRANI, RYNOR, ADAMSKY & TOLAND PA |
| LEWIS, LOIS | BABBIT JOHNSON & OSBORNE | WASHMAN, PAMELA | BERNSTEIN POLSKY |
| LINGEMAN R. | PARVEY & FRANKEL ATTORNEYS P.A. | WEGHORST R | RISSMAN, BARRETT, HURT, DONAHUE & MCLAIN |
| LINZIE, SHAMIYA | SCHOCHOR FEDERICO & STATON, PA | WEST PALM HOSPITAL (BERWICK) | BILLING COCHRAN, LYLES, MAURO & RAMSEY, PA |
| LONG T. | SHELSBY & LEONI | WILKIE | JACKSON LEWIS |
| LOVEL, BERNADETTE | PAUL & PERKINS | WINE | MITRANI, RYNOR, ADAMSKY & TOLAND PA |
| LOWE | KELLEY UUSTAL | YMP REAL ESTATE (LUBIN) | LYDECKER DIAZ |
| LUSSIER C | MCLEOD LAW GROUP | ZELMAN, M | FISHER & BENDECK, PL |

# MEDICO-LEGAL CASES
# NICHOLAS D.A. SUITE, M.D.
# THE ACADEMIC NEUROLOGY NETWORK, INC.

| PLAINTIFF | LAW OFFICES / ATTORNEYS | DEFENDANT | LAW OFFICES / ATTORNEYS |
|---|---|---|---|
| MAIR K. | LAW OFFICE OF JAY COHEN | TOTAL REHAB (ACA, GLORIA) | VERPLOEG & LUMPKIN |
| | | | |
| MANOOGIAN, GABRIEL | MARK KAUFMAN & ASSOCIATES PA | AGUDELO, JUAN | VERPLOEG & LUMPKIN |
| MARS, CANDI | RAMSDELL LAW FIRM | AGUIRRE, MIRIAN | VERPLOEG & LUMPKIN |
| MARQUEZ, I | CARTER & VALLE LAW FIRM | ALARCON, EDGAR | VERPLOEG & LUMPKIN |
| MATERIALE G. | MONTERO LAW | AMARAL, JOHN | VERPLOEG & LUMPKIN |
| MATHENY,R | TROP & AMEEN PA | AMARAL, JOHN | VERPLOEG & LUMPKIN |
| MATTHEWS | GROSSMAN ROTH, PA | ANDERSEN, RONALD | VERPLOEG & LUMPKIN |
| MILLER, CAROLYNE | BOUNDS LAW GROUP | ANDERSON, RONALD | VERPLOEG & LUMPKIN |
| MILLER, WILLIAM | ROSELLI & MCNELIS | ANTUNEZ, CELIO | VERPLOEG & LUMPKIN |
| | | | |
| MORNING, STERLING | THE ALTMAN LAW FIRM | APONTE, ANGEL | VERPLOEG & LUMPKIN |
| MYAKOVSKI, B. | MCCARTHY/ KELLY LLP | AQUDELO, JUAN | VERPLOEG & LUMPKIN |
| MAZE, R. | LEESFIELD SCORALA P.A. | ARANGO, EDILMA | VERPLOEG & LUMPKIN |
| MAZURO | DAVID NEEB | ARBOLEDA, JOSE | VERPLOEG & LUMPKIN |
| MCCAIN, EUGENE | FIEGER,FIEGER, KENNEY&HARRINGTON | ARBOLEDA, YURANNY | VERPLOEG & LUMPKIN |
| MCCOY, M | GROSSMAN ROTH, PA | ARROYAVE, MARIA | VERPLOEG & LUMPKIN |
| MCGRAW, M. | HICKEY LAW FIRM | ARROYOVE, MARIA (2ND AC | VERPLOEG & LUMPKIN |
| | | | |
| MCKENNEY, WILLIAM | SCHOCHOR FEDERICO & STATON, PA | BARNES, STEWART | VERPLOEG & LUMPKIN |
| MENDOZA, THOMAS | MARC KAUFMAN AND ASSOCIATES | BONEY, LISA | VERPLOEG & LUMPKIN |
| MINCEY P. | COHEN MILSTEIN LEOPOLD | BREEZIE, FERDINAND | VERPLOEG & LUMPKIN |
| MOORE ERINN | MALCA AND JACOBS P.A. | CANDALIER, JUAN | VERPLOEG & LUMPKIN |
| MORGAN-SMITH, V | SCHOCHOR FEDERICO & STATON, PA | CARO, JOHAN | VERPLOEG & LUMPKIN |
| MOSKOVITZ, ERNA | COHEN BLOSTEIN & AYALA PA | CARRENO, ANGELA | VERPLOEG & LUMPKIN |
| | | | |
| MOSS, KAREN | LIPCON, MARGULIES, ALSINA, WINKELMAN, P.A. | CARTES, ANGEL | VERPLOEG & LUMPKIN |
| MOURAD S. | TODD MCFARLIN, ESQ | CEDILLO, ANGEL | VERPLOEG & LUMPKIN |
| MURGA C. | FARMER YAFFE WEISSING EDWARDS FISTOS | CHIBNIK, LOUIS | VERPLOEG & LUMPKIN |
| MURRAY, BRYNN | JOHNSON LAW OFFICE BRAIN INJURY LAW GROUP S.C | DARATANY, LISA | VERPLOEG & LUMPKIN |
| MUSSALAM, NOHAD | KELLEY UUSTAL | DARATANY, LISA | VERPLOEG & LUMPKIN |
| | | | |
| MUSSALAM, SIMONE | KELLEY UUSTAL | DAVILA, SYLVIA | VERPLOEG & LUMPKIN |
| NATAL | VALDES | DAVIS, DAISY | VERPLOEG & LUMPKIN |
| NAVARRO DE LA CRUZ, ENA | LANDAU & ASSOCIATES | DOMINQUEZ, CARLOTA | VERPLOEG & LUMPKIN |
| NEVINS | KELLEY UUSTAL | DUQUE, DIANA | VERPLOEG & LUMPKIN |
| N'GUYEN | MOORE & COMPANY P.A. | EGOCHEAGA, ADRIANA | VERPLOEG & LUMPKIN |
| NOLAN, G. | KRUPNICK CAMPBELL MALONE ET AL, PA | EGOCHEAGA, DIANA | VERPLOEG & LUMPKIN |
| O'BANION, M | JOHNSON, VORHEES & MARTUCCI | ESCOBAR, ANA | VERPLOEG & LUMPKIN |
| OSTERBLOM, K. | BRAIS BRAIS RUSAK | ESCOBAR, YANI (TAMRAN) | VERPLOEG & LUMPKIN |
| PADOVANO, J | LAW OFFICES OF JAY COHEN PA | ESPINOZA, EDILBERTO | VERPLOEG & LUMPKIN |
| PEDROSO | ELLENBERG | FERRO, MARIA | VERPLOEG & LUMPKIN |
| PENT, NELIDA | BRUMER & BRUMER P.A. | FILEUS, RONALD | VERPLOEG & LUMPKIN |
| PEREZ, ROSA | THE ALVAREZ LAW FIRM | FJLEUS, RONALD | VERPLOEG & LUMPKIN |
| PETCU I. | MICHAEL F. GUILFORD. ESQ | FLARES, TOMAS | VERPLOEG & LUMPKIN |

# MEDICO-LEGAL CASES
# NICHOLAS D.A. SUITE, M.D.
# THE ACADEMIC NEUROLOGY NETWORK, INC.

| PLAINTIFF | LAW OFFICES / ATTORNEYS | DEFENDANT | LAW OFFICES / ATTORNEYS |
|---|---|---|---|
| PETRI, D | CLARK & MARTINO | FLORES, LUCIO | VERPLOEG & LUMPKIN |
| PHANSAITHONG, KRISTINE | SCHOCHOR FEDERICO & STATON, PA | FLOREZ, DIANA | VERPLOEG & LUMPKIN |
| PARKHURST, HARLEY | BOUNDS LAW GROUP | FLOREZ, DIANA (2ND ACCIL | VERPLOEG & LUMPKIN |
| PIERRE-LOUIS, TACIUS | GARY ROBERTS & ASSOCIATES P.A. | FONTALVO, MARILYN | VERPLOEG & LUMPKIN |
| PULLEY, J. (ESTATE) | BOUNDS LAW GROUP | GALVES, FRANCISCO | VERPLOEG & LUMPKIN |
| QUEVEDO, YDAYA | GOLDSMITH & GOLDSMITH | GALVES, JUAN | VERPLOEG & LUMPKIN |
| RAMIREZ | BERSACH | GARCIA CAMPOS JORGE | VERPLOEG & LUMPKIN |
| RAMOS C. | ELLIOTT & PHELLAN | GEORGE, THOMAS | VERPLOEG & LUMPKIN |
| REISCHOW | THE HICKEY LAW FIRM | GRANDA, EDWIN | VERPLOEG & LUMPKIN |
| LEGG, TERRY | COLLING GILBERT WRIGHT CARTER LLC | GUTIERREZ, BRYAN | VERPLOEG & LUMPKIN |
| REYES, GILBERTO & LOURDES | KLAUBER LEGAL | HALAS IV, BERT | VERPLOEG & LUMPKIN |
| REZA, PETRA ESTATE | FLANAGAN INJURY & WRONGFUL DEATH LAW P.A. | HUERTAS DIMATE CRISTIN | VERPLOEG & LUMPKIN |
| RICHARDSON, MARTINE | COHEN BLOSTEIN & AYALA PA | KAPP, KEVIN | VERPLOEG & LUMPKIN |
| ROBERSON, D. | ERIC BLOCK P.A. | LOUIS, CHIBNIK | VERPLOEG & LUMPKIN |
| ROBINSON, HEATHER | RUBENSTEIN LAW | MANRIQUE, MARIA | VERPLOEG & LUMPKIN |
| RODRIGUEZ, TILSON | KRUPNICK CAMPBELL MALONE ET AL, PA | MAYONSCHI, GIVAN | VERPLOEG & LUMPKIN |
| ROJAS, LAZARA | THE ALVAREZ LAW FIRM | MAYONSCHI, LIRIA | VERPLOEG & LUMPKIN |
| ROMERO, R | GROSSMAN ROTH, PA | MELENDEZ, CIGNY | VERPLOEG & LUMPKIN |
| ROOSEVELT, ALSTON | D'AMORE PERSONAL INJURY LAW LLC | MELENDEZ, JOANN | VERPLOEG & LUMPKIN |
| ROSS N. | SCHOCHOR FEDERICO & STATON, PA | MILLER, STEVEN | VERPLOEG & LUMPKIN |
| RUBIN, L | MARK A. KAUFMAN & ASSOCIATES | MILLER, STEVEN | VERPLOEG & LUMPKIN |
| RUDOLPH, CHARLES | HICKEY LAW FIRM | MOLANO, CLARA | VERPLOEG & LUMPKIN |
| RUIZ, HILDA | HICKEY LAW FIRM | MONTALVAN, LILI | VERPLOEG & LUMPKIN |
| SAAH, A. | SCHOCHOR FEDERICO & STATON, PA | MONTJAY, GILBERTO | VERPLOEG & LUMPKIN |
| SANTIAGO, ADRIAN | SHELSBY & LEONI | MONTJAY, OLGA MARTHA | VERPLOEG & LUMPKIN |
| SAPIENZA, TONY | HICKEY LAW FIRM | MORCOTE, RUTH | VERPLOEG & LUMPKIN |
| SARTAN, WILLIAM | LAW OFFICE OF MICHAEL GARCIA PETIT | MORENO, ADRIANA | VERPLOEG & LUMPKIN |
| SAROOP | COHEN BLOSTEIN & AYALA PA | MUNOZ, HERBERT | VERPLOEG & LUMPKIN |
| SCAWTHORN, S. | BUTZEL LONG ATTORNEYS & COUNSELORS | MUSETTI, MELBA | VERPLOEG & LUMPKIN |
| SCHOONMAKER, B | SCHOCHOR FEDERICO & STATON, PA | MUSETTI, MILTON | VERPLOEG & LUMPKIN |
| SCHWARTZ, LYNNE | MONTERO LAW | NAVARRO, OMAIRA | VERPLOEG & LUMPKIN |
| SCOGGINS | RICCI | OSPINA, MERCEDES | VERPLOEG & LUMPKIN |
| SEBASTIAN, RUBEN | LAW OFFICES OF DAVID FRANKEL PA | POLANCO, JUAN | VERPLOEG & LUMPKIN |
| SEEHUF, SANDY | KOSIERADZKI SMITH LAW FIRM | POLANCO, LILIANA | VERPLOEG & LUMPKIN |
| SEGRAVE, G | PAUL HOFFMAN | POSADA, JORGE | VERPLOEG & LUMPKIN |
| SEIFERT, C | ARONFELD TRIAL LAWYERS | RUIZ, LUCELLY | VERPLOEG & LUMPKIN |
| SHEEKS, MARK | SCHOCHOR FEDERICO & STATON, PA | SALMERON, REGINA | VERPLOEG & LUMPKIN |
| SHIPMAN | MITRANI, RYNOR, ADAMSKY & TOLAND PA | SALMRON, JESUS | VERPLOEG & LUMPKIN |

# MEDICO-LEGAL CASES
# NICHOLAS D.A. SUITE, M.D.
# THE ACADEMIC NEUROLOGY NETWORK, INC.

| PLAINTIFF | LAW OFFICES / ATTORNEYS | DEFENDANT | LAW OFFICES / ATTORNEYS |
|---|---|---|---|
| SHTAYEH, NAJLA | BROWN CHIARI LLP | VARGAS, RAMONA | VERPLOEG & LUMPKIN |
| SIANO, JOSEPH | WINSTON LAW | WASSERMAN, JASON | VERPLOEG & LUMPKIN |
| SIMMONS, CRISTOPHER | SCHOCHOR FEDERICO & STATON, PA | | |
| SIMONE, MELISSA | NEEDLE & ELLENBERG | | |
| SIMPSON | BRILL RINALDI GARCIA | | |
| SIMPSON | LAW OFFICES OF JAY COHEN PA | | |
| SINGH | LAW OFFICES OF JAY COHEN PA | | |
| SNOW | LYTAL | | |
| SOBRERA, RYAN | BROWN CHIARI LLP | | |
| | | | |
| SOTELO, ERNESTINA | SOUTH FLORIDA TRIAL LAWYERS | | |
| SOTO, AMANDA | JAYSON, FARTHING, SKAFIDAS & WRIGHT PA | | |
| SOTO, MARIBEL | MCLUSKEY, MCDONALD & HUGHES P.A. | | |
| SPEARS, R | GROSSMAN ROTH, PA | | |
| SPENCER, NILENE | SCHOCHOR FEDERICO & STATON, PA | | |
| STRUGALA | BARNES TRIAL GROUP | | |
| SUTTON, JENNIFER | HICKEY LAW FIRM | | |
| TABOR, A | CRAIG SCLAPPRIZZI | | |
| TAITEL | ELLENBERG | | |
| TENNEY, M | LAW OFFICES OF JAY COHEN PA | | |
| | | | |
| THOMPSON, DONALD | JAY COHENS OFFICE | | |
| THOMPSON, JAMES | BAISDEN PEREZ LLC | | |
| TOLLIVER, KARISSA | BOUNDS LAW GROUP | | |
| TOLOZA, G. | WALKER & O'NEILL P.A. | | |
| TRINIDAD, JERIANI | GAMBA LOMBANA HERRERA | | |
| ULLENES, GARY | BOUNDS LAW GROUP | | |
| VALERO, ZULEYMA | MONTERO LAW | | |
| | | | |
| VANSYCKLE, CHERYL | PAUL M. HOFFMAN P.A. | | |
| VAUGHAN, THOMAS | COLLING GILBERT WRIGHT CARTER LLC | | |
| VERA, KIERA | OSBORN & ASSOCIATES | | |
| VICKERS C. | BOUNDS LAW GROUP | | |
| VICTOR E. | KELLEY UUSTAL | | |
| VIOLA, EDITH | D'ORAZIO PETERSON LLP | | |
| VIRGIL, RIDDLE | BOUNDS LAW GROUP | | |
| VOSS, ROY | SCHOCHOR FEDERICO & STATON, PA | | |
| | | | |
| WACHMAN, PAMELA | BERNSTEIN POLSKY | | |
| WAGNER, DESTRY | COLEMAN & ASSOCIATES OF MARION INC. | | |
| | | | |
| WAINGER, ANDREW S. | ROSELLI & MCNELIS | | |
| WALKER J. | BOUNDS LAW GROUP | | |
| WALLACE, GARY | NORTON & NORFLEET, P.C. | | |
| WALLACE, KATHY | WHITTINGTON AND KENNEDY LAW FIRM | | |
| WALTERS, DEREK | OSSI & NAJEM P.A. | | |
| WALTON, ADAM | BROWN CHIARI LLP | | |

# MEDICO-LEGAL CASES
# NICHOLAS D.A. SUITE, M.D.
# THE ACADEMIC NEUROLOGY NETWORK, INC.

| PLAINTIFF | LAW OFFICES / ATTORNEYS | DEFENDANT | LAW OFFICES / ATTORNEYS |
|---|---|---|---|
| WARD, LARIE | HICKEY LAW FIRM | | |
| WARD, RICHARD | HICKEY LAW FIRM | | |
| | | | |
| WASHINGTON, ERNEST | ELLIOT & PHELAN, LLC | | |
| WATERS, TERRY | COLLING GILBERT WRIGHT CARTER LLC | | |
| WEATHERHOLTZ | PARVEY & FRANKEL ATTORNEYS P.A. | | |
| WEECH | BRILL RINALDI GARCIA | | |
| WEINRIB | MCCARTHY | | |
| WELLS, ROBERT | ELLIOT & PHELAN, LLC | | |
| WHITCHER, RICK | MORGAN & MORGAN | | |
| WHITE-JONES | KINNEAR | | |
| WIES, BETH | COHEN BLOSTEIN & AYALA PA | | |
| WIGGING, DIANNA | ERIC BLOCK P.A. | | |
| WILBER, SERENA | HICKEY LAW FIRM | | |
| WILEY | SINCLAIR LAW OFFICES | | |
| WILLIAMS, FELISIA | HICKEY LAW FIRM | | |
| WILLIAMS, J. | ERIC BLOCK P.A. | | |
| WILLIAMS, MAURICE | SCHOCHOR FEDERICO & STATON, PA | | |
| WILLIAMS T. | ELLIOT & PHELAN, LLC | | |
| WILLIAMS, SHIRLEE | HICKEY LAW FIRM | | |
| WILSON | THE HICKEY LAW FIRM | | |
| WITLEN S. | EISINGER, BROWN | | |
| | | | |
| WROTEN, CASSANDRA | SCHOCHOR FEDERICO & STATON, PA | | |
| YAMAUCHI, | COHEN MILSTEIN SELLERS& TOLL | | |
| YANT, NATHANIEL | GORDON AND PARTNERS PA | | |
| YOUNG, JOHN | KENNETH J. BUSH, P.A. | | |
| ZAMORA | WOLK | | |
| ZELAYA, JEFFER | MORGAN & MORGAN | | |